# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

YIFAN SHEN, *et al.*,

    *Plaintiffs*,

v.

WILTON SIMPSON, *etc.*, *et al.*,

    *Defendants*.

Case No. 4:23-cv-208-AW-MAF

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Multi-Choice Realty, LLC states that it has no parent corporation or any other publicly held corporation owning 10% or more of its stock.

Respectfully submitted this 22nd day of May, 2023,

/s/ Nicholas L.V. Warren

Daniel B. Tilley (FBN 102882)
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2707
dtilley@aclufl.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Keliang (Clay) Zhu*
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
(925) 399-5856
czhu@dehengsv.com

Bethany Y. Li*
Elizabeth Koo*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013

Ashley Gorski*  
Patrick Toomey*  
Sarah Taitz*  
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**  
125 Broad Street, 18th Floor  
New York, NY 10004  
(212) 549-2500  
agorski@aclu.org  
ptoomey@aclu.org  
staitz@aclu.org  

(212) 966-5932  
bli@aaldef.org  
ekoo@aaldef.org  

Cody Wofsy*  
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**  
39 Drumm Street  
San Francisco, CA 94111  
Telephone: (415) 343-0770  
Email: cwofsy@aclu.org  

*Attorneys for Plaintiffs*

\* *Motion for leave to appear pro hac vice forthcoming*