AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-208  AW/MAF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Wilton Simpson, Commissioner of Agriculture__
was received by me on *(date)* __5/23/2023__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Jared Gardner, Senior Attorney__, who is designated by law to accept service of process on behalf of *(name of organization)* __Florida Department of Agriculture and Consumer Services__ on *(date)* __5/23/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ __7.50__ for services, for a total of $ __7.50__ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __5/23/23__

*Server's signature*

Joseph Dye, Redistricting Intern
*Printed name and title*

ACLU of Florida, 336 E. College Ave. Ste. 203, Tallahassee, FL 32301
*Server's address*

Additional information regarding attempted service, etc: