AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-208   AW-MAF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Meredith Ivey, Acting Florida Secretary of Economic Opportunity

was received by me on *(date)*   5/23/2023   .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* _____   , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Valerie Autumn Wright, Deputy General Counsel   , who is

designated by law to accept service of process on behalf of *(name of organization)*

Florida Department of Economic Opportunity   on *(date)*   5/23/2023   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $   0   for travel and $   7.50   for services, for a total of $   7.50   .

I declare under penalty of perjury that this information is true.

Date:  5/23/2023

Server's signature

Joseph Dye, Redistricting Intern
*Printed name and title*


ACLU of Florida, 336 E. College Ave. Ste. 203, Tallahassee, FL 32301
*Server's address*

Additional information regarding attempted service, etc: