# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

YIFAN SHEN, an individual, ZHIMING XU, an individual, XINXI WANG, an individual, YONGXIN LIU, an individual, and MULTI-CHOICE REALTY LLC, a limited liability corporation,

    *Plaintiffs*,

v().

WILTON SIMPSON, in his official capacity as Commissioner of Agriculture for the Florida Department of Agriculture and Consumer Affairs, MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission,

    *Defendants*.

Case No. 4:23-cv-00208-AW-MAF

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Ashley Gorski respectfully moves this Court for leave to appear *pro hac vice* on behalf of YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY LLC, a limited liability corporation ("Plaintiffs"), and states as follows:

1. Plaintiffs have retained the law firm of the American Civil Liberties Union Foundation ("ACLU") to represent them in this matter. In addition, Plaintiffs have retained the American Civil Liberties Union Foundation of Florida, Inc., DeHeng Law Offices PC, and the Asian American Legal Defense and Education Fund as counsel in this matter.

2. I reside in the State of New York, I am not a resident of the State of Florida, and I am not admitted to practice in the Northern District of Florida.

3. I am an attorney with the ACLU, and regularly practice law at the ACLU's office in New York, NY.

4. I am licensed to practice law in the State of New York and an active member in good standing of the New York Bar (Registration No. 4874228). A current Certificate of Good Standing is attached as Exhibit A (New York, May 17, 2023).

5. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND1684774298550.

6. I have reviewed the CM/ECF Attorney User's Guide.

7. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Ashley Gorski respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: May 24, 2023                American Civil Liberties Union Foundation

*/s/ Ashley Gorski*
Ashley Gorski
125 Broad Street, 18th Floor
New York, NY 10004
(212) 284-7305
agorski@aclu.org

*Counsel for Plaintiffs*