# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

YIFAN SHEN, an individual,
ZHIMING XU, an individual, XINXI
WANG, an individual, YONGXIN
LIU, an individual, and MULTI-
CHOICE REALTY LLC, a limited
liability corporation,

     *Plaintiffs*,

v.

WILTON SIMPSON, in his official
capacity as Commissioner of
Agriculture for the Florida Department
of Agriculture and Consumer Affairs,
MEREDITH IVEY, in her official
capacity as Acting Secretary of the
Florida Department of Economic
Opportunity, PATRICIA
FITZGERALD, in her official capacity
as Chair of the Florida Real Estate
Commission,

     *Defendants*.

Case No. 4:23-cv-00208-AW-MAF

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Sarah Taitz respectfully moves this Court for leave to appear *pro hac vice* on behalf of YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY LLC, a limited liability corporation ("Plaintiffs"), and states as follows:

1.      Plaintiffs have retained the law firm of the American Civil Liberties Union Foundation ("ACLU") to represent them in this matter.  In addition, Plaintiffs have retained the American Civil Liberties Union Foundation of Florida, Inc., DeHeng Law Offices PC, and the Asian American Legal Defense and Education Fund as counsel in this matter.

2.      I reside in the State of New York, I am not a resident of the State of Florida, and I am not admitted to practice in the Northern District of Florida.

3.      I am an attorney with the ACLU, and regularly practice law at the ACLU's office in New York, NY.

4.      I am licensed to practice law in the State of New York and an active member in good standing of the New York Bar (Registration No. 5784285). A current Certificate of Good Standing is attached as Exhibit A (New York, May 23, 2023).

5.     I have successfully completed the online Local Rules tutorial exam. My

confirmation number is FLND1684765960548.

6.     I have reviewed the CM/ECF Attorney User's Guide.

7.     I have paid the required *pro hac vice* fee concurrent with the filing of

this motion.

WHEREFORE, Sarah Taitz respectfully moves this Court for leave to appear

*pro hac vice* on behalf of Plaintiffs.


Dated: May 24, 2023                    American Civil Liberties Union Foundation


                                       */s/ Sarah Taitz*
                                       Sarah Taitz
                                       125 Broad Street, 18th Floor
                                       New York, NY 10004
                                       (212) 549-2500
                                       staitz@aclu.org

                                       *Counsel for Plaintiffs*