## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**YIFAN SHEN, an individual,**
**ZHIMING XU, an individual,**
**XINXI WANG, an individual,**
**YONGXIN LIU, an individual, and**
**MULTI-CHOICE REALTY, LLC,**

     **Plaintiffs,**

**vs.**                           **Case No. 4:23cv208-AW-MAF**

**WILTON SIMPSON, in his**
**official capacity as Florida**
**Commissioner of Agriculture**
**and Consumer Affairs,**
**MEREDITH IVEY, in her official**
**capacity as Acting Secretary of**
**the Florida Department of**
**Economic Opportunity, and**
**PATRICIA FITZGERALD, in her**
**official capacity as Chair of the**
**Florida Real Estate Commission,**

     **Defendants.**
_____/

## O R D E R

     Before the Court are three motions for leave to proceed *pro hac vice.*

The first motion is filed by attorney Ashley Gorski, seeking to appear on

behalf of the Plaintiffs in this action.  ECF No. 7.  The motion demonstrates

that counsel does not reside in the State of Florida and is an active member in good standing of the Bar of the State of New York. *Id.* Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 7, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The second motion is filed by attorney Patrick C. Toomey, also seeking to appear on behalf of the Plaintiffs. ECF No. 8. The motion demonstrates that counsel does not reside in the State of Florida and is an active member in good standing of the Bar of the State of New York. *Id.* Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 8, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The third motion is filed by attorney Sarah M. Taitz, who also seeks to appear on behalf of the Plaintiffs. ECF No. 9. The motion demonstrates that counsel does not reside in the State of Florida and is an active member in good standing of the Bar of the State of New York. *Id.* Counsel has completed this Court's local rules tutorial, and the docket confirms that

the $208 pro hac vice admission fee has been paid.  *Id.*  The motion, ECF

No. 9, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is

**ORDERED:**

1.  The motion for leave to appear *pro hac vice* for Plaintiffs, ECF No.

7, is **GRANTED**.

2.  The motion for leave to appear *pro hac vice* for Plaintiffs, ECF No.

8, is **GRANTED**.

3.  The motion for leave to appear *pro hac vice* for Plaintiffs, ECF No.

9, is **GRANTED**.

**DONE AND ORDERED** on May 26, 2023.

**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**