UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Y<small>IFAN</small> S<small>HEN</small>, et al.,

 *Plaintiffs*,

v.

         Case No. 4:23-cv-208-AW-MAF

W<small>ILTON</small> S<small>IMPSON</small>, in his official capacity as Florida Commissioner of Agriculture, et al.,

 *Defendants*.

_____/

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** of the appearance of Henry C. Whitaker, Daniel W. Bell, and Robert S. Schenck as counsel for Commissioner Wilton Simpson, Secretary Meredith Ivey, and Chair Patricia Fitzgerald.

Respectfully submitted on May 31, 2023.

>ASHLEY MOODY
>  *Attorney General*
>
>HENRY C. WHITAKER (FBN 1031175)
>  *Solicitor General*
>
>DANIEL W. BELL (FBN 1008587)
>  *Chief Deputy Solicitor General*
>
>/s/ *Robert S. Schenck*
>ROBERT S. SCHENCK (FBN 1044532)
>  *Solicitor General Fellow*
>
>OFFICE OF THE ATTORNEY GENERAL
>The Capitol, PL-01
>Tallahassee, FL 32399
>Phone: (850) 414-3300
>Facsimile: (850) 410-2672
>*henry.whitaker@myfloridalegal.com*
>*daniel.bell@myfloridalegal.com*
>*robert.schenck@myfloridalegal.com*
>
>*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on May 31, 2023, to all counsel of record.

/s/ *Robert S. Schenck*
Solicitor General Fellow
