## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:23-CV-208-AW-MAF

Plaintiff:
YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTICHOICE REALTY, LLC

vs.

Defendant:
WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission


LIN2023021654

For:
Daniel B. Tilley
ACLU
4343 West Flagler Street
Miami, FL 33134

Received by Lynx Legal Services, LLC on the 23rd day of May, 2023 at 10:21 am to be served on **Florida Real Estate Commission, c/o: Patricia Fitzgerald, Chair, Department of Business and Professional Regulation, Division of Real Estate, 400 West Robinson Street, N801, Orlando, FL 32801.**

I, Raymond Bounds, being duly sworn, depose and say that on the **23rd day of May, 2023** at **1:00 pm**, I:

served a **Florida Real Estate Commission, c/o: Patricia Fitzgerald, Chair** by delivering a true copy of the **21-Day Summons in a Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **Kathy McGinnis** as Legal Development for Florida Real Estate Commission,, at the address of: **Department of Business and Professional Regulation, Division of Real Estate, 400 West Robinson Street, N801, Orlando, FL 32801**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: _, Weight: _, Hair: Brown, Glasses: N

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Subscribed and Sworn to before me by means of [✓] Physical Presence or [ ] Online Notarization on the __26__ day of ____May____, __2023__ by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Caleb Ramos
My Commission GG 951295
Expires 02/02/2024

Raymond Bounds
ID No. 528

Lynx Legal Services, LLC
201 E. Pine Street
Suite 740
Orlando, FL 32801
(407) 872-0707

Our Job Serial Number: LIN-2023021654