IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY, LLC,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission,<br><br>　　*Defendants*. | Case No. 4:23-cv-00208 |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Keliang Zhu, pursuant to Local Rule 11.1, hereby move this Court for admission to appear and practice as counsel *pro hac vice* in the above-captioned matter, and state in support thereof as follows:

1.　Movant resides in California, and is not a resident of Florida.

2.　Movant is admitted to practice and is a member in good standing of the State Bar of California (State Bar No. 305509). A copy of a Certificate of Standing issued by the State Bar of California dated within thirty (30) days of this motion is attached hereto as Exhibit 1.

3.　Pursuant to Local Rule 11.1(E), Movant has successfully completed the Attorney Admission Tutorial. The confirmation number for passage of this tutorial is FLND1684884680562.

-2-

4. Movant certifies that he is familiar with the CM/ECF e-filing system.

5. Movant has upgraded his PACER account to "NextGen."

WHEREFORE, Movant respectfully requests that the Court enter an order granting this Motion to Appear *Pro Hac Vice*.

Dated: June 2, 2023                              Respectfully Submitted,

                                                 by /s/ *Keliang Zhu*

                                                 Keliang Zhu (*PHV pending*)
                                                 **DEHENG LAW OFFICES PC**
                                                 7901 Stoneridge Drive, Suite 208
                                                 Pleasanton, CA 94588
                                                 T: 925-399-5856
                                                 F: 925-397-1976
                                                 E: czhu@dehengsv.com

                                                 *Counsel for Plaintiffs*