# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

YIFAN SHEN, an individual, ZHIMING XU, an individual, XINXI WANG, an individual, YONGXIN LIU, an individual, and MULTI-CHOICE REALTY LLC, a limited liability corporation,

    *Plaintiffs*,

v.

WILTON SIMPSON, in his official capacity as Commissioner of Agriculture for the Florida Department of Agriculture and Consumer Affairs, MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission,

    *Defendants*.

Case No. 4:23-cv-00208-AW-MAF

# MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Cody Wofsy respectfully moves this Court for leave to appear *pro hac vice* on behalf of YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY LLC, a limited liability corporation ("Plaintiffs"), and states as follows:

1. Plaintiffs have retained the American Civil Liberties Union Foundation ("ACLU") to represent them in this matter, along with cocounsel. I am an attorney with the ACLU.

2. I am not a resident of the State of Florida, and I am not admitted to practice in the Northern District of Florida.

3. I regularly practice law at the ACLU's office in California.

4. I am licensed to practice law in the State of California and an active member in good standing of the California Bar (Registration No. 294179). A current Certificate of Good Standing is attached.

5. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND1685650063615.

6. I have reviewed the CM/ECF Attorney User's Guide.

7. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Cody Wofsy respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: June 3, 2023

/s/ Cody Wofsy
Cody Wofsy
39 Drumm Street
San Francisco, CA 94111
(415) 343-0785
cwofsy@aclu.org

*Counsel for Plaintiffs*