IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, *et al.*,

   *Plaintiffs*,

v.

WILTON SIMPSON, *etc.*, *et al.*,

   *Defendants*.

Case No. 4:23-cv-208-AW-MAF

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE A MEMORANDUM THAT EXCEEDS WORD LIMIT**

Plaintiffs move for leave to file a memorandum of no more than 10,500 words supporting their anticipated motion for a preliminary injunction ("Plaintiffs' Motion"). All Defendants are unopposed to Plaintiffs' request. As grounds in support, Plaintiffs state:

1.    Local Rule 7.1(F) limits a memorandum supporting a motion to 8,000 words, and also permits that "[i]n extraordinary circumstances, the Court may grant leave to file a longer memorandum."

2.    Plaintiffs respectfully request leave to file a memorandum in support of Plaintiffs' Motion that will exceed 8,000 words but be no longer than 10,500 words.

3.    An additional 2,500 words are warranted for Plaintiffs to adequately brief the multiple legal issues pertaining to Plaintiffs' Motion. Plaintiffs seek to preliminary enjoin SB 264, a newly-passed Florida law that imposes discriminatory

-1-

prohibitions on the ownership and purchase of real property based on race, ethnicity, alienage, and national origin—and imposes especially draconian restrictions on people from China. The law is scheduled to go into effect on July 1, 2023. As Plaintiffs allege in their Complaint filed on May 22, 2023 (and in their forthcoming First Amended Complaint), SB 264 violates the U.S. Constitution's Equal Protection Clause, Due Process Clause, and Supremacy Clause. It also violates the Fair Housing Act. Adequately explaining why Plaintiffs are substantially likely to succeed on the merits of multiple claims will require more than 8,000 words.

4. In addition to addressing these complex legal issues, the memorandum will need to extensively discuss the legislative history of the Florida law to show the intent and effects of the law.

5. Finally, the memorandum will need to explain to the Court why Plaintiffs would suffer irreparable harm without a preliminary injunction, which will be based on detailed factual discussions relating to several individual Plaintiffs and one corporate Plaintiff.

6. Plaintiffs have consulted with Defendants, who do not oppose the relief requested by this motion. The parties have agreed that if the Court grants this motion, Plaintiffs will consent to the same request for a word-limit expansion should Defendants need one for their opposing memorandum.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant Plaintiffs'

motion for leave to file a memorandum with a limit of no more than 10,500 words.

## LOCAL RULE 7.1(C) CERTIFICATE OF CONFERRAL

Counsel for Plaintiffs conferred with counsel for Defendants, who do not oppose the relief requested by this motion.

Respectfully submitted this 5th day of June, 2023,

 /s/ *Nicholas L.V. Warren*

| | |
|---|---|
| Daniel B. Tilley (FBN 102882)<br>**ACLU FOUNDATION OF FLORIDA**<br>4343 West Flagler Street, Suite 400<br>Miami, FL 33134<br>(786) 363-2707<br>dtilley@aclufl.org | Keliang (Clay) Zhu**<br>**DEHENG LAW OFFICES PC**<br>7901 Stoneridge Drive, Suite 208<br>Pleasanton, CA 94588<br>(925) 399-5856<br>czhu@dehengsv.com |
| Nicholas L.V. Warren (FBN 1019018)<br>**ACLU FOUNDATION OF FLORIDA**<br>336 East College Avenue, Suite 203<br>Tallahassee, FL 32301<br>(786) 363-1769<br>nwarren@aclufl.org | Derek L. Shaffer[†]<br>William A. Burck[†]<br>Haiyan Tang[†]<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>1300 I Street NW, 9th Floor<br>Washington, D.C. 20005<br>(202) 538-8000<br>derekshaffer@quinnemanuel.com<br>williamburck@quinnemanuel.com<br>haiyantang@quinnemanuel.com |
| Ashley Gorski*<br>Patrick Toomey*<br>Sarah Taitz*<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>agorski@aclu.org<br>ptoomey@aclu.org<br>staitz@aclu.org | Bethany Y. Li[†]<br>Elizabeth Koo[†]<br>**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**<br>99 Hudson Street, 12th Floor<br>New York, NY 10013<br>(212) 966-5932<br>bli@aaldef.org |
| Cody Wofsy** | |

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Email: cwofsy@aclu.org

ekoo@aaldef.org

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*

*\*\* Motion for leave to appear pro hac vice pending*

† *Motion for leave to appear pro hac vice forthcoming*