IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, an individual, ZHIMING XU, an individual, XINXI WANG, an individual, YONGXIN LIU, an individual, and MULTI-CHOICE REALTY LLC, a limited liability corporation,

    *Plaintiffs*,

v.

WILTON SIMPSON, in his official capacity as Commissioner of Agriculture for the Florida Department of Agriculture and Consumer Affairs, MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission,

    *Defendants*.

Case No. 4:23-cv-00208

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Derek L. Shaffer respectfully moves this Court for leave to appear *pro hac vice* on behalf of YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY LLC, a limited liability corporation ("Plaintiffs"), and states as follows:

1. Plaintiffs have retained the law firm of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn") to represent them in this matter. In addition, Plaintiffs have retained our co-counsel American Civil Liberties Union Foundation of Florida, Inc., DeHeng Law Offices PC, and the Asian American Legal Defense and Education Fund as counsel in this matter.

2. I reside in the District of Columbia, I am not a resident of the State of Florida, and I am not admitted to practice in the Northern District of Florida.

3. I am an attorney with Quinn Emanuel Urquhart & Sullivan, and regularly practice law at Quinn's office in Washington, D.C.

4. I am licensed to practice law in the District of Columbia and an active member in good standing of the D.C. Bar (Member No. 478775). A current Certificate of Good Standing is attached as Exhibit A.

5. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND1685668705617.

6. I have reviewed the CM/ECF Attorney User's Guide.

7. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Derek L. Shaffer respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: June 5, 2023         Quinn Emanuel Urquhart & Sullivan LLP

                            */s/ Derek . L. Shaffer*
                            Derek L. Shaffer
                            1300 I Street NW, Suite 900
                            Washington, DC 20005
                            (202)538-8000
                            derekshaffer@quinnemanuel.com

                            *Counsel for Plaintiffs*

2

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Derek L Shaffer

was duly qualified and admitted on August 5, 2002 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 02, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.