IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.                                 Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

**ORDER GRANTING MOTION FOR EXPANDED WORD LIMIT**

Plaintiffs' unopposed motion for an expanded word limit (ECF No. 15) is GRANTED. The word limit is expanded to 10,500 for Plaintiffs' forthcoming preliminary-injunction motion.

SO ORDERED on June 5, 2023.

                                          s/ *Allen Winsor*
                                          United States District Judge