# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

YIFAN SHEN, an individual, ZHIMING XU, an individual, XINXI WANG, an individual, YONGXIN LIU, an individual, and MULTI-CHOICE REALTY LLC, a limited liability corporation,

      *Plaintiffs*,

v.

WILTON SIMPSON, in his official capacity as Commissioner of Agriculture for the Florida Department of Agriculture and Consumer Affairs, MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission,

      *Defendants*.

Case No. 4:23-cv-00208

# MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Elizabeth Koo respectfully moves this Court for leave to appear *pro hac vice* on behalf of YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY LLC, a limited liability corporation ("Plaintiffs"), and states as follows:

1. Plaintiffs have retained the law firm of the Asian American Legal Defense and Education Fund ("AALDEF") to represent them in this matter. In addition, Plaintiffs have retained the American Civil Liberties Union Foundation of Florida, Inc., the American Civil Liberties Union, DeHeng Law Offices PC, and Quinn Emanuel Urquhart & Sullivan LLP as counsel in this matter.

2. I reside in the State of New York, I am not a resident of the State of Florida, and I am not admitted to practice in the Northern District of Florida.

3. I am an attorney with AALDEF, and regularly practice law at the AALDEF's office in New York, NY.

4. I am licensed to practice law in the State of New York and an active member in good standing of the New York Bar (Registration No. 5446612). A current Certificate of Good Standing is attached as Exhibit A (New York, May 31, 2023).

1

5. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND1685408769590.

6. I have reviewed the CM/ECF Attorney User's Guide.

7. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Elizabeth Koo respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: June 5, 2023                Asian American Legal Defense and Education Fund

*/s/ Elizabeth Koo*
Elizabeth Koo
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
ekoo@aaldef.org

*Counsel for Plaintiffs*

2

# EXHIBIT A



## Appellate Division of the Supreme Court of the State of New York Fourth Judicial Department

I, Ann Dillon Flynn, Clerk of the Appellate Division of the Supreme Court of the State of New York, Fourth Judicial Department, do hereby certify that

## Elizabeth Linda Koo

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 20, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Rochester on May 31, 2023.

*Ann Dillon Flynn*

Clerk of the Court

CertID-00121446

 

NEW YORK STATE SUPREME COURT
APPELLATE DIVISION, FOURTH DEPARTMENT
M. DOLORES DENMAN COURTHOUSE
50 EAST AVENUE, SUITE 200
ROCHESTER, NEW YORK 14604
(585) 530-3100   Fax (585) 530-3247

ANN DILLON FLYNN
CLERK OF THE COURT

ALAN L. ROSS
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Fourth Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Ann Dillon Flynn
Clerk of the Court

Revised September 2021

www.courts.state.ny.us/ad4