**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

YIFAN SHEN, an individual,
ZHIMING XU, an individual, XINXI
WANG, an individual, YONGXIN
LIU, an individual, and MULTI-
CHOICE REALTY LLC, a limited
liability corporation,

       *Plaintiffs*,

v.

WILTON SIMPSON, in his official
capacity as Commissioner of
Agriculture for the Florida Department
of Agriculture and Consumer Affairs,
MEREDITH IVEY, in her official
capacity as Acting Secretary of the
Florida Department of Economic
Opportunity, PATRICIA
FITZGERALD, in her official capacity
as Chair of the Florida Real Estate
Commission,

       *Defendants*.

Case No. 4:23-cv-208

## <u>MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*</u>

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Bethany Li respectfully moves this Court for leave to appear *pro hac vice* on behalf of YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY LLC, a limited liability corporation ("Plaintiffs"), and states as follows:

1.      Plaintiffs have retained the law firm of the Asian American Legal Defense and Education Fund ("AALDEF") to represent them in this matter.  In addition, Plaintiffs have retained the American Civil Liberties Union Foundation of Florida, Inc., the American Civil Liberties Union, DeHeng Law Offices PC, and Quinn Emanuel Urquhart & Sullivan LLP as counsel in this matter.

2.      I reside in the State of Massachusetts, I am not a resident of the State of Florida, and I am not admitted to practice in the Northern District of Florida.

3.      I am an attorney with AALDEF, and regularly practice law at AALDEF's office in New York, NY.

4.      I am licensed to practice law in the State of Massachusetts and an active member in good standing of the Massachusetts Bar (Registration No. 673383). A current Certificate of Good Standing is attached as Exhibit A (Massachusetts, June 1, 2023).

5.      I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND1685975749621.

6.      I have reviewed the CM/ECF Attorney User's Guide.

7.      I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Bethany Li respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: June 5, 2023                    Asian American Legal Defense and Education Fund

*/s/ Bethany Y. Li*
Bethany Y. Li
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
bli@aaldef.org

*Counsel for Plaintiffs*

# EXHIBIT A



The Commonwealth of Massachusetts
**SUPREME JUDICIAL COURT**
FOR SUFFOLK COUNTY
**JOHN ADAMS COURTHOUSE**
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

**MAURA S. DOYLE**
CLERK

June 1, 2023

Attorney Bethany Yue-Ping Li
Bethany Li
99 Hudson Street 12th Floor
New York , NY  10013
bli@aaldef.org

**IN RE:      CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Bethany Yue-Ping Li .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/  jr
Clearance:  06/01/2023 05.31.2023
Enclosures

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on    **February 25, 2009**,

said Court being the highest Court of Record in said Commonwealth:

## Bethany Yue-Ping Li

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this    **first**    day of    **June**

in the year of our Lord **two thousand and twenty-three.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.