IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| YIFAN SHEN, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WILTON SIMPSON, *etc., et al.*,<br><br>    *Defendants*. | Case No. 4:23-cv-208-AW-MAF |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Having considered Plaintiffs' Motion for a Preliminary Injunction, and for good cause shown, this Court GRANTS the motion and ORDERS as follows:

1. Plaintiffs' Motion for a Preliminary Injunction is granted.

2. Defendants and their agents, employees, successors in office, and all others acting in active concert with them are preliminarily ENJOINED from implementing and enforcing SB 264 (Laws of Fla. ch. 2023-33, §§ 3–8, at 5–15) during the pendency of this lawsuit and until such time as the Court reaches a final disposition of this lawsuit.

3. Defendants and their agents, employees, successors in office, and all others acting in active concert with them are ORDERED to sequester any registrations filed pursuant to SB 264, and may not access such registrations during the pendency of this lawsuit and until such time as the Court reaches a

    final disposition of this lawsuit.

4. Defendants are ORDERED to notify immediately all state officials who are responsible for implementing or enforcing SB 264 (Laws of Fla. ch. 2023-33, §§ 3–8, at 5–15) of this preliminary injunction.

This Order shall remain in full force and effect pending further proceedings in this Court.

IT IS SO ORDERED.

                                                              _____
                                                              United States District Court Judge