IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, an individual, ZHIMING XU, an individual, XINXI WANG, an individual, YONGXIN LIU, an individual, and MULTI-CHOICE REALTY LLC, a limited liability corporation,

   *Plaintiffs*,

v.

ASHLEY MOODY, in her official capacity as Attorney General of the State of Florida, WILTON SIMPSON, in his official capacity as Commissioner of Agriculture for the Florida Department of Agriculture and Consumer Affairs, MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission, R.J. LARIZZA, in his official capacity as State Attorney for the 7th Judicial Circuit, MONIQUE WORRELL, in her official capacity as State Attorney for the 9th Judicial Circuit, KATHERINE RUNDLE, in her official capacity as State Attorney for the 11th Judicial Circuit,

   *Defendants*.

Case No. 4:23-cv-208-AW-MAF

## DECLARATION OF XINXI WANG

I, Xinxi Wang, hereby declare as follows:

1. I am a plaintiff in the above-captioned action, and I make this declaration in support of Plaintiffs' Motion for a Preliminary Injunction, filed concurrently herewith. I have personal knowledge of the facts stated in this declaration, and if called to testify in this matter, I could and would competently testify to the facts contained herein.

### A. Personal Background

2. I am a 29-year-old woman of Asian descent and Chinese ethnicity.

3. I am a citizen of the People's Republic of China.

4. I am neither a member of the Chinese government nor a member of the Chinese Communist Party.

5. I have lived in the United States since August 2017.

6. I am neither a United States citizen nor a permanent resident of the United States.

7. I currently have permission to stay and live in the United States as a holder of a valid F-1 visa, which is a nonimmigrant visa for international students.

8. I have not applied for permanent residency status in the United States.

9. I have lived in Florida since August 2017. Except for some recreational travel, I have continuously lived in Florida for the past five years.

10. In Florida, I live with my one-year daughter, who is a U.S. Citizen.

11. I am currently pursuing my Ph.D. degree in earth systems science at a university in Miami. My studies are focused on improving the ability to forecast hazardous weather formed from the ocean. In particular, the goal of my academic work is to help residents of coastal regions, especially people in Florida, survive coastal hazards, such as the landfalling of hurricanes, flooding, and extreme winds that can otherwise threaten the lives and health of coastal communities and habitats.

### B.     Property Interests in Florida

12.    I am a homeowner; I own my current residence in Miami, Florida, where I have lived for more than five years.

13.    The driving distance between my home and my lab at the university is only about ten minutes, which is one of the things I love about my current home.

### C.     Irreparable Harm Caused by Florida's New Alien Land Law

14.    I learned about the new Florida law, which is the subject of this lawsuit, from people I know, as well as from news and media reports. I have read the new law, read articles about it, and discussed it with others to try to understand what it means.

15.    Based on my understanding, two independent provisions of Florida's New Alien Land Law require me to register my current property with the Florida Department of Economic Opportunity because I am Chinese. One provision requires me to register because I own real estate in Florida and am from China. A second provision, which applies to people from China and six other countries, requires me to register because my property appears to be located within ten miles of a critical infrastructure facility.

16.    These registration requirements are burdensome, discriminatory, and stigmatizing to me. I am very worried that this registration will be used to target me, discriminate against me, monitor me, and generally harass me as a Chinese homeowner.

17.    I came to the United States to pursue education and opportunity offered in this country, but now I feel I am being targeted by the law simply because where I came from, my ancestry, and my alienage status. The law stigmatizes me and wrongly treats me as suspicious because I am Chinese, which is extremely distressing to me.

18.    Before the new Florida law was passed, I had already experienced incidents of racial discrimination in Florida against me just because I am Chinese.

I am very fearful that my daughter and I will be subject to worsening racial hatred in Florida because the new law singles out Chinese people.

19. I am also very worried about my future ability to make another property purchase in Florida, even to move within the state by selling my current home and buying a new home in Florida. Even though the new law contains an exception allowing certain people to purchase one residential property up to two acres in size and not within five miles of a military installation, that exception does not apply to me as someone who currently owns real estate in Florida—and it is unclear if it would apply even if I were to sell my existing property. In addition, even if I become eligible for the exception after selling my current property, the new law is very unclear about the areas where I can legally purchase a home in Florida without risking criminal prosecution. It is extremely difficult to understand where I can safely purchase a property in the state because the definitions of "critical infrastructure" and "military installation" are ambiguous and very broad. I am very fearful that I could inadvertently purchase a home that violates the law and could be arrested and charged with a felony. If I were convicted, I could face up to five years in prison and a fine of $5,000, plus immigration consequences. On top of that, the property could be forfeited.

20. Relatedly, I am also very worried that I will be discriminated against by future sellers and real estate agents if I sell my current property and seek to purchase another home, because of their fear of the risk of violating the law and because I am Chinese. I believe that my search for real estate will be more costly, time-consuming, and burdensome under the new law because I am Chinese. The new law will cast a cloud of suspicion over me as a Chinese person.

21. With respect to the possible criminal sanctions for violating the law, even inadvertently, I am very worried about the impact that being incarcerated could have on my life. Not only would being incarcerated deprive me of my freedom and basic liberties, but it would interrupt my income, derail my academic

studies, and would certainly harm my family, especially, my daughter, who is only one-year old. I am also worried about the immigration consequences if I am criminally convicted and jailed.

    I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct.

    Executed this  fourth  day of June, 2023.

_____
Xinxi Wang