IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, an individual, ZHIMING XU, an individual, XINXI WANG, an individual, YONGXIN LIU, an individual, and MULTI-CHOICE REALTY LLC, a limited liability corporation,

      *Plaintiffs*,

v.

ASHLEY MOODY, in her official capacity as Attorney General of the State of Florida, WILTON SIMPSON, in his official capacity as Commissioner of Agriculture for the Florida Department of Agriculture and Consumer Affairs, MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission, R.J. LARIZZA, in his official capacity as State Attorney for the 7th Judicial Circuit, MONIQUE WORRELL, in her official capacity as State Attorney for the 9th Judicial Circuit, KATHERINE RUNDLE, in her official capacity as State Attorney for the 11th Judicial Circuit,

      *Defendants*.

Case No. 4:23-cv-208-AW-MAF

## DECLARATION OF YONGXIN LIU

I, Yongxin Liu, hereby declare as follows:

1. I am a plaintiff in the above-captioned action, and I make this declaration in support of Plaintiffs' Motion for a Preliminary Injunction, filed concurrently herewith. I have personal knowledge of the facts stated in this declaration, and if called to testify in this matter, I could and would competently testify to the facts contained herein.

### A.    Personal Background

2. I am a 34-year-old man of Asian descent and Chinese ethnicity.

3. I am a native-born citizen of the People's Republic of China.

4. I am neither a member of the Chinese government nor a member of the Chinese Communist Party.

5. I have lived in the United States since August 2018.

6. I am neither a United States citizen nor a permanent resident of the United States.

7. I currently have permission to stay and live in the United States as a holder of a valid H-1B visa, which is a nonimmigrant worker visa.

8. I have not yet applied for permanent residency status in the United States, but I plan to do so and my hope is to remain in the United States.

9. I have lived in Florida since August 2018. Except for a nine-month period of time from August 2021 to May 2022, I have continuously lived in Florida for the past year and for a period of three years prior to that.

10. I am an assistant professor at a Florida university in the field of data science. I teach both undergraduate and graduate-level science courses, as well as courses on cybersecurity. I also conduct research, with the majority of my work focusing on fundamental technologies of interconnected domain of artificial intelligence and information security.

11. I am also part of the Institute of Electrical and Electronics Engineers

(IEEE), which is a prestigious global technical professional organization dedicated to advancing technology for the benefit of humanity. IEEE has chapters in Florida, and I am an active senior member.

### B. Property Interests in Florida

12. I am a homeowner; I own my current residence in Daytona Beach, Florida, where I have lived for about nine months.

13. I am currently planning to purchase a second property in Pelican Bay, Florida as an investment property and vacation home for myself and my parents.

### C. Irreparable Harm to Me Caused by Florida's New Alien Land Law

14. I am aware that Senate Bill 264 (hereinafter, "Florida's New Alien Land Law") was recently passed in Florida and signed into law on May 8, 2023, which is the subject of this lawsuit. I learned about the new law from people I know, as well as from news and media reports. I have read the new law, read articles about it, and discussed it with others to try to understand what it means.

15. Based on my understanding, two independent provisions of Florida's New Alien Land Law require me to register my current property with the Florida Department of Economic Opportunity because I am Chinese. One provision requires me to register because I own real estate in Florida and am from China. A second provision, which applies to people from China and six other countries, requires me to register because my property appears to be located within ten miles of a critical infrastructure facility.

16. These registration requirements are burdensome, discriminatory, and stigmatizing to me. I am very worried that this registration will be used to target me, discriminate against me, monitor me, and generally harass me as a Chinese homeowner.

17. I feel that as a Chinese person, I have been singled out and targeted by the law simply because of where I came from, my ancestry, and my alienage

status. The law stigmatizes me and wrongly treats me as suspicious because I am Chinese, which is extremely distressing to me.

18. Based on my understanding, Florida's New Alien Land Law will also prohibit me from purchasing the second property in Pelican Bay, Florida, that I planned to use as an investment property and vacation home for myself and my parents because I am Chinese. Because I currently own real estate in Florida and am from China, the law prohibits me from purchasing any additional property in the state after July 1, 2023, so I will be forced to abandon my planned purchase. I am extremely distressed at the prospect of never being able to purchase additional property in Florida.

19. In recent years, Chinese immigrants and Asian Americans in general have become targets of racial hatred and violence because of the rising tension between the United States and China. In the academic field, numerous Chinese American professors and scientists have been subject to unfair investigations and prosecutions by the federal government because of unfounded suspicion of illegitimate ties with the Chinese government. I fear that the new law in Florida will fan the flames of racial hatred against Chinese immigrants and Asian Americans in general.

20. I am also very worried about my future ability to make another property purchase in Florida, even to move within the state by selling my current home and buying a new home in Florida. Even though the new law contains an exception allowing certain people to purchase one residential property up to two acres in size and not within five miles of a military installation, that exception does not apply to me as someone who currently owns real estate in Florida—and it is unclear if it would apply even if I were to sell my existing property. In addition, even if I become eligible for the exception after selling my current property, the new law is very unclear about the areas where I can legally purchase a home in Florida without risking criminal prosecution. It is extremely difficult to

understand where I can safely purchase a property in the state because the definitions of "critical infrastructure" and "military installation" are ambiguous and very broad. I am very fearful that I could inadvertently purchase a home that violates the law and could be arrested and charged with a felony. If I were convicted, I could face up to five years in prison and a fine of $5,000, plus immigration consequences. On top of that, the property could be forfeited.

21. Relatedly, I am also very worried that I will be discriminated against by future sellers and real estate agents if I sell my property and seek to purchase another home, because of their fear of the risk of violating the law and because I am Chinese. I believe that my search for real estate will be more costly, time-consuming, and burdensome under the new law because I am Chinese. The new law will cast a cloud of suspicion over me as a Chinese person.

22. With respect to the possible criminal sanctions for violating the law, even inadvertently, I am very worried about the impact that being incarcerated could have on my life. Not only would being incarcerated deprive me of my freedom and basic liberties, but it would interrupt my income and destroy my career in academia.

I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct.

Executed this __5th__ day of June, 2023.

*Yongxin Liu*
_____
Yongxin Liu