IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, an individual, ZHIMING XU, an individual, XINXI WANG, an individual, YONGXIN LIU, an individual, and MULTI-CHOICE REALTY LLC, a limited liability corporation,

      *Plaintiffs*,

v.

ASHLEY MOODY, in her official capacity as Attorney General of the State of Florida, WILTON SIMPSON, in his official capacity as Commissioner of Agriculture for the Florida Department of Agriculture and Consumer Affairs, MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission, R.J. LARIZZA, in his official capacity as State Attorney for the 7th Judicial Circuit, MONIQUE WORRELL, in her official capacity as State Attorney for the 9th Judicial Circuit, KATHERINE RUNDLE, in her official capacity as State Attorney for the 11th Judicial Circuit,

      *Defendants*.

Case No. 4:23-cv-208-AW-MAF

## DECLARATION OF JIAN SONG

I, Jian Song, hereby declare as follows:

1. I am authorized on behalf of Multi-Choice Realty, LLC ("Multi-Choice Realty"), a plaintiff in the above-captioned action, to make this declaration in support of Plaintiffs' Motion for a Preliminary Injunction, filed concurrently herewith. I have personal knowledge of the facts stated in this declaration, and if called to testify in this matter, I could and would competently testify to the facts contained herein.

2. I am a naturalized citizen of the United States and have lived in Florida for the past 11 years with my wife and two children.

3. Multi-Choice Realty is a limited liability company organized under the laws of the State of Florida with its principal place of business in Clermont, Florida. It was first registered in Florida in 2009.

4. Multi-Choice Realty is a privately held company owned by my wife and me. I am also the manager of Multi-Choice Realty.

5. Multi-Choice Realty is licensed real estate brokerage firm that primarily serves Chinese-speaking clients in the United States, China, and Canada.

6. Multi-Choice Realty has approximately 14 employees, including real estate agents, on its payroll. I am very proud of being a small business owner in Florida and creating local jobs in my community.

7. Multi-Choice Realty is not owned or controlled by the Chinese government or the Chinese Communist Party.

8. I am neither a member of the Chinese government nor a member of the Chinese Communist Party.

9. In 2022, Multi-Choice Realty was involved in 74 real estate acquisitions. The majority of these acquisitions were for clients who were Chinese or Chinese American.

10. I am aware that Senate Bill 264 was recently passed in Florida and signed into law on May 8, 2023. SB 264 contains a new law, which is the subject of this lawsuit (hereinafter, "Florida's New Alien Land Law"). I learned about the new law from people I know, as well as from news and media reports. I have read the new law, read articles about it, and discussed it with others to try to understand what it means.

11. Based on my understanding, Florida's New Alien Land Law will directly impact Multi-Choice Realty's existing customers, as well as many of its potential clients. In particular, it will impact Multi-Choice Realty's Chinese customers who are neither citizens nor permanent residents of the United States.

12. As to those customers who already own real estate in Florida, the new law will require them to register their properties with the Florida Department of Economic Opportunity, and it will prohibit them from purchasing additional property. In addition, if any of those customers are interested in selling their properties, the new law will impose restrictions on who can and cannot buy that property in Florida. If any of those customers were to sell to someone in violation of the new law, they could be arrested and charged with a misdemeanor. If convicted, they could face up to one year in prison and a fine of $1,000, plus immigration consequences. Likewise, my company could be exposed to the same criminal culpability for facilitating, that is, "aiding and abetting" such a sale, which could implicate not only my wife and me as co-owners, but also the real estate agents on our payroll.

13. With respect to Multi-Choice Realty's potential Chinese customers who are neither citizens nor permanent residents of the United States, but who are interested in purchasing real estate in Florida, the new law will severely restrict them from making such a purchase after July 1, 2023. Even though the new law contains an exception allowing certain people to purchase one residential property

up to two acres in size and not within five miles of a military installation, that exception is very narrow. In addition, even for customers who may be eligible for the exception, the new law is unclear about the areas where they can legally purchase a home in Florida without risking criminal prosecution. It is extremely difficult to understand where Multi-Choice Realty's clients can safely purchase a property in the state because the definitions of "critical infrastructure" and "military installation" are ambiguous and very broad. I am very fearful that one of our clients could inadvertently purchase a home that violates the law and could be arrested and charged with a felony. If they were convicted, they could face up to five years in prison and a fine of $5,000, plus immigration consequences. On top of that, the property could be forfeited. In addition, my company could be exposed to the same criminal liability for "aiding and abetting" such a purchase, which could implicate not only my wife and me as co-owners, but the people on our payroll. With respect to the possible criminal sanctions for violating the law, even inadvertently, I am very worried about the potential impact on my business.

14.     Ultimately, as a result of the new law, Multi-Choice Realty stands to lose an estimated 25 percent of its business. These losses will reflect the fact that Multi-Choice Realty will not be able to facilitate real estate transactions that would close after July 1, 2023, for some of its existing customers who are searching for properties to purchase, and will not be able to represent new customers in future transactions that are now barred under Florida's New Alien Land Law.

15.     If the law goes into effect, I expect that Multi-Choice Realty will immediately lose prospective customers and income. In the time since the new law was signed by Governor DeSantis on May 8, 2023, the number of inquiries from prospective buyers have decreased substantially, as compared to this time last year.

I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct.

Executed this __5th__ day of June, 2023.

*/s/ Jian Song*

Jian Song