**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

YIFAN SHEN, *et al.*,

        *Plaintiffs*,

v.

WILTON SIMPSON, *etc., et al.*,

        *Defendants*.

Case No. 4:23-cv-208

## <u>DECLARATION OF KELIANG ZHU</u>

I, Keliang Zhu, hereby declare as follows:

1.      I am an attorney, duly licensed to practice law in the State of California and my motion for *pro hac vice* admission is pending before this Court. I am an attorney at DeHeng Law Offices PC, counsel of record for Plaintiffs in the above-captioned action. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction, filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify thereto.

### <u>Statements to the Press & Via Social Media</u>

2.      The following materials relate to statements made on or about September 22, 2022:

a.      **<u>Exhibit 1</u>**: A true and correct copy of a press release, dated

September 22, 2022, titled "Governor Ron DeSantis Counteracts Malign Influence by China and Other Hostile Nations in Florida through New Action," available at https://www.flgov.com/2022/09/22/governor-ron-desantis-counteracts-malign-influence-by-china-and-other-hostile-nations-in-florida-through-new-action/.

b. **Exhibit 2**: A true and correct copy of an announcement, released on September 22, 2022, titled "Stop CCP Influence," available at https://www.flgov.com/wp-content/uploads/2022/09/9.22-Stop-CCP-Influence.pdf.

c. **Exhibit 3**: A transcript of portions of a video recording of remarks made by Florida Governor Ron DeSantis at press conference on September 22, 2022, titled "Governor's Press Conference on Restrictions Against Foreign Countries." The complete video recording is available at https://thefloridachannel.org/videos/9-22-22-governors-press-conference-on-restrictions-against-foreign-countries/. The transcript is of the following portions of the video recording, which are identified herein by their timestamps: 06:29 to 06:58, 11:16 to 12:39, 12:48 to 13:11, and 13:27 to 14:01.

3. The following materials relate to statements made on or about December 9, 2022:

- 2 -

a.     **<u>Exhibit 4</u>**: A true and correct copy of a press release, dated December 9, 2022, titled "Senator Jay Collins Teams Up With Agriculture Commissioner-Elect Wilton Simpson and Rep. David Borrero to Restrict Foreign Control of Florida Agriculture Land and Land Surrounding Military Bases,"                    available                    at https://www.flsenate.gov/Media/PressRelease/Show/4378.

b.     **<u>Exhibit 5</u>**: A true and correct copy of a news article published by Florida's Voice, dated December 9, 2022, titled "Agriculture Commissioner-Elect Wilton Simpson Announces Plan to Ban Foreign Control of Florida Land," available at https://flvoicenews.com/wilton-simpson-foreign/.

c.     **<u>Exhibit 6</u>**: A true and correct copy of a news article, published by Fox 13 News, dated December 9, 2022, titled "Florida's new agricultural commissioner wants to ban foreign agricultural land sales," available at https://www.fox13news.com/news/floridas-new-agriculture-commissioner-wants-to-ban-foreign-ag-land-sales. The news article quotes statements made by Florida Commissioner Wilton Simpson which were also recorded on video; the video recording corresponding to the news article is available on the foregoing webpage.

d.     **<u>Exhibit 7</u>**: A true and correct copy of a statement made by

- 3 -

Florida Senator Jay Collins via his verified Twitter account, @JayCollinsFL, on December 9, 2022 at 2:29 p.m., available at https://twitter.com/JayCollinsFL/status/1601313013772210178.

4.    The following materials relate to statements on or about January 10, 2023:

a.    **Exhibit 8**: A transcript of portions of a video recording of remarks by Florida Governor Ron DeSantis at a press conference on January 10, 2023, titled "Governor's Press Conference on Conservation." The complete video recording of the press conference is available at

https://thefloridachannel.org/videos/1-10-23-governors-press-conference-on-conservation/. The transcript is of the following portions of the video recording, which are identified herein by their timestamps: 38:55 to 40:17.

5.    The following materials relate to statements made on or about February 7, 2023:

a.    **Exhibit 9**: A true and correct copy of a news article published by Florida's Voice, dated February 7, 2022, titled "Agriculture commissioner's agenda includes protecting farmland, defending Second Amendment," available at https://flvoicenews.com/agriculture-commissioner-agenda-includes-protecting-farmland-defending-second-

amendment/.

6.    The following materials relate to statements on or about March 3, 2023:

a.    **Exhibit 10**: A true and correct copy of a statement made by Florida Senator Jay Collins via his verified Twitter account, @JayCollinsFL, on March 3, 2023 at 1:53 p.m., available at https://twitter.com/JayCollinsFL/status/1631744564485652484.

b.    **Exhibit 11**: A true and correct copy of a statement made by Florida Commissioner of Agriculture Wilton Simpson via his verified Twitter account, @WiltonSimpson, on March 3, 2023 at 3:55 p.m., available at https://twitter.com/WiltonSimpson/status/1631775058241699842.

7.    The following materials relate to statements made on or about March 7, 2023:

a.    A video recording of the joint legislative session of the Florida Senate and Florida House of Representatives for Florida Governor Ron DeSantis's "State of the State Address" is available at https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=8536.

b.    **Exhibit 12**: A true and correct copy of a press release, dated March 7, 2023, titled "Governor Ron DeSantis Delivers State of the State Address," available at https://www.flgov.com/2023/03/07/governor-ron-

desantis-delivers-state-of-the-state-address/.

      c.    **Exhibit 13**: A true and correct copy of a statement made by Florida Senator Jay Collins via his verified Twitter account, @JayCollinsFL, on March 7, 2023 at 12:20 p.m., available at https://twitter.com/JayCollinsFL/status/1633170801607188487.

8.    The following materials relate to statements made on or about March 7, 2023:

      a.    **Exhibit 14**: A true and correct copy of a statement made by Florida Commissioner of Agriculture Wilton Simpson via his verified Twitter account, @WiltonSimpson, on March 15, 2023 at 10:22 a.m., available at https://twitter.com/WiltonSimpson/status/1636025075622182912.

9.    The following materials relate to statements on or about April 11, 2023:

      a.    **Exhibit 15**: A true and correct copy of a statement made by Florida Senator Jay Collins via his verified Twitter account, @JayCollinsFL, on April 11, 2023 at 4:41 p.m., available at https://twitter.com/JayCollinsFL/status/1645904817515290625.

      b.    **Exhibit 16**: A true and correct copy of a statement made by Florida Commissioner of Agriculture Wilton Simpson via his verified

Twitter account, @WiltonSimpson, on April 11, 2023 at 6:30 p.m., which is available                                                                                          at https://twitter.com/WiltonSimpson/status/1645932382577467392.

    c.    **Exhibit 17**: A transcript of portions of a video recording of an interview by Fox Business News on April 11, 2023 of Florida Senator Jay Collins by reporter Jackie DeAngelis, available at https://www.foxbusiness.com/video/6324622889112.

10.    The following materials relate to statements on or about April 12, 2023:

    a.    **Exhibit 18**: A true and correct copy of a statement made by Florida Senator Jay Collins via his verified Twitter account, @JayCollinsFL, on April 12, 2023 at 8:19 a.m., available at https://twitter.com/JayCollinsFL/status/1646140972672090118.

11.    The following materials relate to statements on or about May 5, 2023:

    a.    **Exhibit 19**: A true and correct copy of a press release dated May 5, 2023, titled "Governor Ron DeSantis Celebrates Historic Success During the 2023 Legislative Session," available on the Florida Governor's website at https://www.flgov.com/2023/05/05/governor-ron-desantis-celebrates-historic-success-during-the-2023-legislative-session/.

12.    The following materials relate to statements on or about May 5, 2023:

a.  **Exhibit 20**: A true and correct copy of a statement made by Florida Governor via his verified Twitter account, @GovRonDeSantis, on May 6, 2023 at 9:00 a.m., available at https://twitter.com/GovRonDeSantis/status/1654848502378422273?cxt=H HwWgoDT1b78mfctAAAA.

13.  The following materials relate to statements on or about May 8, 2023:

a.  **Exhibit 21**: A true and correct copy of a press release dated May 8, 2023, titled "Governor Ron DeSantis Cracks Down on Communist China," available on the Florida Governor's website at https://www.flgov.com/2023/05/08/governor-ron-desantis-cracks-down-on-communist-china/.

d.  **Exhibit 22**: A true and correct copy of an announcement released on May 8, 2023, titled "Stop CCP Influence," which is available on the Florida Governor's website at https://www.flgov.com/wp-content/uploads/2023/05/Stop-CCP-Influence-2023.pdf.

e.  **Exhibit 23**: A transcript of portions of a video recording of remarks by Florida Governor Ron DeSantis, Florida Commissioner of Agriculture Wilton Simpson, Florida Senator Jay Collins, Florida House Representative David Borrero, and others at a press conference on May 8, 2023, titled "Signing of Foreign Entities Legislation." The full video

recording of press conference is available on the website of the Florida government-access channel at https://thefloridachannel.org/videos/5-8-23-signing-of-foreign-entities-legislation/. The transcript is of the following portions of the video recording: 07:13 to 07:24, 09:02 to 09:53, 10:43 to 12:04, 15:27 to 15:39, 17:08 to 17:52, 24:04 to 25:31, 31:28 to 31:50, 32:09 to 34:01, and 37:58 to 39:09.

f.     **Exhibit 24**: A true and correct copy of a statement made by Florida Governor via his verified Twitter account, @GovRonDeSantis, on May 8, 2023 at 10:18 a.m., available at https://twitter.com/GovRonDeSantis/status/1655593116806569984?cxt=H HwWgICzveDK7PktAAAA.

g.     **Exhibit 25**: A true and correct copy of a statement made by Florida Governor via his verified Twitter account, @GovRonDeSantis, on May 8, 2023 at 11:00 a.m., available at https://twitter.com/GovRonDeSantis/status/1655603599102078976?cxt=H HwWgMCz1fOs8fktAAAA.

h.     **Exhibit 26**: A true and correct copy of a statement made by Florida Commissioner of Agriculture Wilton Simpson via his verified Twitter account, @WiltonSimpson, on May 8, 2023 at 12:56 p.m., available at

https://twitter.com/WiltonSimpson/status/1655632709929033738?cxt=HH
wWlICznbDL_vktAAAA.

      i.     **Exhibit 27**: A true and correct copy of a statement made by
Florida Governor via his verified Twitter account, @GovRonDeSantis, on
May     8,     2023     at     4:31     p.m.,     available     at
https://twitter.com/GovRonDeSantis/status/1655686919588659200?cxt=H
HwWgIC-1eWel_otAAAA.

      j.     **Exhibit 28**: A true and correct copy of a statement by Florida
House Representative David Borrero, made via his verified Twitter account,
@DavidBorreroFL, on May 8, 2023 at 6:01 p.m., available at
https://twitter.com/DavidBorreroFL/status/1655709438152417282?cxt=HH
wWhICxhca9ofotAAAA.

14.     The following materials relate to statements on or about May 9, 2023:

      a.     **Exhibit 29**: A true and correct copy of a statement by Florida
Senator Jay Collins, made via his verified Twitter account, @JayCollinsFL,
on     May     9,     2023     at     4:23     p.m.,     available     at
https://twitter.com/JayCollinsFL/status/1656047213204652056?cxt=HHw
WsIC2pdKKu_stAAAA.

## Legislative Materials

15.     **Exhibit 30** is a true and correct copy of a summary of the Bill History

of    Senate    Bill    264    ("SB    264"),    available    at

https://www.flsenate.gov/Session/Bill/2023/264/ByCategory/?Tab=BillHistory.

16.    The following materials relate to legislative activities on or about

March 2, 2023:

a.    **Exhibit 31** is a true and correct copy of the Original Filed

version of SB 264, which was filed on or about March 2, 2023, available at

https://flsenate.gov/Session/Bill/2023/264/BillText/Filed/PDF.

17.    The following materials relate to legislative activities on or about

March 13, 2023:

a.    **Exhibit 32**: A true and correct copy of a pre-meeting document,

dated March 13, 2023, prepared by the Judiciary Committee of the Florida

Senate, titled "Bill Analysis and Fiscal Impact Statement," available at

https://www.flsenate.gov/Session/Bill/2023/264/Analyses/2023s00264.pre.j

u.PDF.

b.    **Exhibit 33**: A true and correct copy of proposed amendments

to SB 264, number 606852, filed on March 13, 2023, available at

https://www.flsenate.gov/Session/Bill/2023/264/Amendment/606852/PDF.

c.    **Exhibit 34**: A true and correct copy of proposed amendments

to SB 264, number 647298, filed on March 13, 2023, available at

https://www.flsenate.gov/Session/Bill/2023/264/Amendment/647298/PDF.

18.    The following materials relate to legislative activities on or about March 14, 2023:

a.    A video recording of the meeting of the Judiciary Committee of the Florida Senate that took place on March 14, 2023 is available at https://www.flsenate.gov/media/videoplayer?EventID=1_zc8d1g0v-202303141600&Redirect=true.

b.    **Exhibit 35**: A true and correct copy of meeting document, dated March 14, 2023, titled "Committee Vote Record," available at https://www.flsenate.gov/Session/Bill/2023/264/Vote/2023-03-14%200400PM~S00264%20Vote%20Record.PDF.

c.    **Exhibit 36**: A true and correct copy of a post-meeting document, dated March 14, 2023, prepared by the Judiciary Committee of the Florida, Senate,  titled "Bill Analysis and Fiscal Impact Statement," available                                                                    at https://www.flsenate.gov/Session/Bill/2023/264/Analyses/2023s00264.ju.PDF.

19.    The following materials relate to legislative activities on or about March 15, 2023:

a.    **Exhibit 37**: A true and correct copy of the First Committee Substitute of Senate Bill 264 ("CS/SB 264"), which replaced the prior

version of SB 264 on or about March 15, 2023, available at https://flsenate.gov/Session/Bill/2023/264/BillText/c1/PDF.

20.    The following materials relate to legislative activities on or about March 21, 2023:

a.    **Exhibit 38**: A true and correct copy of a pre-meeting document prepared by the Rules Committee of the Florida Senate, titled "Bill Analysis and Fiscal Impact Statement," dated March, 21, 2023, available on Florida Senate                                    website                                    at https://www.flsenate.gov/Session/Bill/2023/264/Analyses/2023s00264.pre.rc.PDF.

b.    **Exhibit 39**: A true and correct copy of proposed amendments to CS/SB 264, number 833514, filed on March 21, 2023, available at https://www.flsenate.gov/Session/Bill/2023/264/Amendment/833514/PDF.

21.    The following materials relate to legislative activities on or about March 22, 2023:

a.    A video recording of the meeting of the Rules Committee of the Florida Senate that took place on March 22, 2023 is available at https://www.flsenate.gov/media/videoplayer?EventID=1_nty0d3lq-202303220830&Redirect=true.

b.    **Exhibit 40**: A true and correct copy of meeting document, dated

March 22, 2023, titled "Committee Vote Record," available at https://www.flsenate.gov/Session/Bill/2023/264/Vote/2023-03-22%200830AM~S00264%20Vote%20Record.PDF.

     c.    **Exhibit 41**: A true and correct copy of a post-meeting document, dated March 22, 2023, prepared by the Rules Committee of the Florida Senate, titled "Bill Analysis and Fiscal Impact Statement," available at https://www.flsenate.gov/Session/Bill/2023/264/Analyses/2023s00264.rc.PDF.

22.    The following materials relate to legislative activities on or about March 23, 2023:

     a.    **Exhibit 42**: A true and correct copy of the Second Committee Substitute of Senate Bill 264 ("CS/CS/SB 264"), which replaced the prior version of CS/SB 264 on or about March 23, 2023, available at https://flsenate.gov/Session/Bill/2023/264/BillText/c2/PDF.

23.    The following materials relate to legislative activities on or about April 10, 2023:

     a.    **Exhibit 43**: A true and correct copy of proposed amendments to CS/CS/SB 264, number 708856, filed on April 10, 2023, available at https://www.flsenate.gov/Session/Bill/2023/264/Amendment/708856/PDF.

b.  **Exhibit 44**: A true and correct copy of proposed amendments to CS/CS/SB 264, number 415792, filed on April 10, 2023, available at https://www.flsenate.gov/Session/Bill/2023/264/Amendment/415792/PDF.

24.  The following materials relate to legislative activities on or about April 11, 2023:

a.  A video recording of the Florida Senate legislative session that took place on April 11, 2023 is available at https://thefloridachannel.org/videos/4-11-23-senate-session/.

b.  **Exhibit 45**: A true and correct copy of a document from the Florida Senate's legislative session on April 11, 2023, titled "CS/CS/SB 264 Third Reading," available at https://www.flsenate.gov/Session/Bill/2023/264/Vote/SenateVote_s00264c 2010.PDF.

c.  **Exhibit 46**: A true and correct copy of the First Engrossed version of Senate Bill 264 ("CS/CS/SB 264 1st Eng."), which replaced the prior version CS/CS/SB 264 on April 11, 2023 and is available at https://flsenate.gov/Session/Bill/2023/264/BillText/e1/PDF.

25.  The following materials relate to legislative activities on or about April 27, 2023:

a.  **Exhibit 47**: A true and correct copy of proposed amendments

to CS/CS/SB 264 1st Eng., number 510709, filed on or about April 27, 2023, available                                                                      at https://www.flsenate.gov/Session/Bill/2023/264/Amendment/510709/PDF.

26.    The following materials relate to legislative activities on or about April 30, 2023:

a.    **<u>Exhibit 48</u>**: A true and correct copy of proposed amendments to amendment number 510709 to CS/CS/SB 264 1st Eng., number 353175, filed    on    or    about    April    30,    2023,    available    at https://www.flsenate.gov/Session/Bill/2023/264/Amendment/353175/PDF.

27.    The following materials relate to legislative activities on or about May 1, 2023:

a.    A video recording of the Florida House of Representatives legislative session that took place on May 1, 2023 is available at https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=8946.

b.    **<u>Exhibit 49</u>**: A true and correct copy of proposed amendments to CS/CS/SB 264 1st Eng., number 639273, filed on or about May 1, 2023, available                                                                      at https://www.flsenate.gov/Session/Bill/2023/264/Amendment/639273/PDF.

28.    The following materials relate to legislative activities on or about May 2, 2023:

a.    A video recording of the Florida House of Representatives legislative session that took place on May 2, 2023 is available at https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=8951.

b.    **Exhibit 50**: A true and correct copy of proposed amendments to CS/CS/SB 264 1st Eng., number 048607, filed on or about May 2, 2023, available                                                                                  at https://www.flsenate.gov/Session/Bill/2023/264/Amendment/048607/PDF.

c.    **Exhibit 51**: A true and correct copy of a message from the Florida Senate to the Florida House of Representatives, dated May 2, 2023, available                                                                                  at https://www.flsenate.gov/Session/Bill/2023/264/Analyses/2023s00264.hms .ju.PDF.

29.    The following materials relate to legislative activities on or about May 3, 2023:

a.    A video recording of the Florida House of Representatives legislative session that took place on May 3, 2023 is available at https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=8955.

b.    **Exhibit 52**: A true and correct copy of a document from the Florida House of Representatives' legislative session on May 3, 2023, titled "CS/CS/SB 264 1st Eng. Passage Third Reading," available at

https://www.flsenate.gov/Session/Bill/2023/264/Vote/HouseVote_s00264e 1440.PDF.

30.   The following materials relate to legislative activities on or about May 4, 2023:

a.   A video recording of the Florida Senate legislative session that took place on May 4, 2023 is available at https://www.flsenate.gov/media/VideoPlayer?EventID=1_nty0d3lq-202305041000&Redirect=true.

b.   A video recording of the Florida House of Representative session that took place on May 4, 2023 is available at https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=8960.

c.   **Exhibit 53**: A true and correct copy of proposed amendments to amendment number 048607 to CS/CS/SB 264 1st Eng., number 790990, filed on or about May 4, 2023, available at https://www.flsenate.gov/Session/Bill/2023/264/Amendment/790990/PDF.

d.   **Exhibit 54**: A true and correct copy of a document from the Florida Senate's legislative session on May 4, 2023, titled "CS/CS/SB 264 Returning Messages," available at https://www.flsenate.gov/Session/Bill/2023/264/Vote/SenateVote_s00264e 1056.PDF.

- 18 -

e.      **Exhibit 55**: A true and correct copy of a document from the Florida House of Representatives' legislative session on May 4, 2023, titled "CS/CS/SB     264     1st     Eng.     Passage," available     at https://www.flsenate.gov/Session/Bill/2023/264/Vote/HouseVote_s00264e 1498.PDF.

f.      **Exhibit 56**: A true and correct copy the Second Engrossed version of CS/CS/SB 264 1st Eng. ("CS/CS/SB 264 2nd Eng"), which replaced the prior version CS/CS/SB 264 1st Eng. on May 4, 2023 and is available                                                                        at https://www.flsenate.gov/Session/Bill/2023/264/BillText/e2/PDF.

g.      **Exhibit 57**: A true and correct copy of the Enrolled version of CS/CS/SB 264 2nd Eng. ("CS/CS/SB 264 Enrolled"), which replaced the prior version CS/CS/SB 264 2nd Eng. on May 4, 2023 and is available at https://www.flsenate.gov/Session/Bill/2023/264/BillText/er/PDF.


I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct.

Executed this 6th day of June, 2023.

/s/ *Keliang Zhu*
Keliang Zhu