

EXHIBIT 2

# STOP CCP INFLUENCE

**Governor DeSantis is taking action to stop the influence of China and other foreign countries of concern in Florida.**



**Signed Executive Order 22-216 to prohibit government entities from procuring technology and services from companies owned by, controlled by, or located in China or other foreign countries of concern.**

## Proposing Legislation for the Upcoming Session to:



Prohibit state and local government from contracting with companies owned by, controlled by, or based in China and other foreign countries of concern if the contract provides access to Floridians' personal information.



Prohibit China and other foreign countries of concern from purchasing agricultural land and land surrounding military bases in Florida.



Prohibit Florida universities from receiving gifts from any individual or entity affiliated with China or other foreign countries of concern.