# EXHIBIT 3

# TRANSCRIPT

**Press Conference on September 22, 2022, titled "Governor's Press Conference on Restrictions Against Foreign Countries"**

https://thefloridachannel.org/videos/9-22-22-governors-press-conference-on-restrictions-against-foreign-countries/

*Remarks by Florida Governor Ron DeSantis*

06:29 to 06:58

I'm also excited about today's announcement because if you remember in the most recent legislature with Speaker Sprowls and Simpson, we were able to do in 2021, a package of bills to recognize that we do not want to see malign foreign influence in the state of Florida. And the number one source of that influence—not just in the United States but really around the world—is the Chinese Communist Party.

11:16 to 12:39

You also see around the country things like the CCP, or a front group, company, or something, they'll buy like all this land, farmland and all this other stuff. And you're thinking, how is that in our national interest to be selling all this land? And you know, they pay a lot more than it's worth, and that's why people are doing it, but from a national security perspective, is that something that we want to see? And a lot of times, they'll be companies that will put themselves out as private, but if you peel back the onion a little bit, they're basically controlled by the Chinese government. So we think that's something that the US as a whole needs to take much more seriously, and what we're going to be doing in Florida is doing that.

You also have the CCP buying land near our military installations. Why are they doing that? Well, of course, they want to get intelligence, they want to know what's going on here in the United States. And we have 21 different military branches [*sic*] form every branch of the Armed Forces, here in the State of Florida, and we view that as something that's significant. So we have to be on the lookout for what they're doing. So today, we're going to propose legislation to pass a bill to prohibit the purchase of these lands, including lands near military bases, by China and other countries of concern.

1

12:48 to 13:11

And yes, there's the danger of having this land misused for intelligence or military purposes, but put that aside, we saw what happened with covid, when almost all this stuff was made in China. Why would you want them to be involved in our own food supply and our chain, supply chain, here in the United States? They've got enough power over this throughout the globe.

13:27 to 14:01

So I think this is something that you'll see other states will do, and if you look around the country, just with farmland, as of 2019, foreign persons and entities overall held 2.7% of privately owned agricultural land in this country. In Florida, it was about 5.8%. Now, that is not all countries of concern. I mean, the United Kingdom, for example, has some companies that are involved, but clearly, when you're talking about the CCP and you're talking about countries like that, we need to have some distance there, and we need to have a layer of protection for the people of Florida.