# EXHIBIT 5

(https://flvoicenews.com/) (https://flvoicenews.com/)

Dinnerware Sets & More
replacements.com

## Redefining Mainstream Media

# Agriculture Commissioner-Elect Wilton Simpson Announces Plan to Ban Foreign Control of Florida Land

POLITICS (HTTPS://FLVOICENEWS.COM/CATEGORY/POLITICS/)

By Lydia Nusbaum (https://flvoicenews.com/author/lydia-nusbaum/)
Published Dec. 9, 2022, 2:08 p.m. ET | Updated Dec. 9, 2022



(https://flvoicenews.com/)

Wilton Simpson announces 'Florida Strategic Land Plan,' Dec. 9, 2022.

LITHIA (FLV) – Incoming Republican Agriculture Commissioner Wilton Simpson, along with Sen. Jay Collins and Rep. David Borrero, announced a proposal to restrict foreign control of Florida agriculture land and strategic military lands.

Simpson called the the proposal "**Florida's Strategic Land Plan**," which would restrict the purchase, acquisition, lease, or holding of controlling interest in agricultural land in Florida by "nonresident aliens, foreign businesses and corporations, or foreign governments."



**Whistleblower Attorneys**

"We have a responsibility to ensure Floridians have access to safe, affordable and abundant food and water supply," Simpson said.

More than one million acres of agricultural land in Florida were under foreign ownership in 2020, according to the press release.

"Florida plays a critical role in our food supply chain and in the national security of the United States," Simpson said. "China now controls nearly 200,000 acres of agricultural land in the U.S., leaving our food supply chain, our water quality and our national security interests vulnerable to the Chinese Communist Party. Restricting foreign control of Florida's agricultural land and key strategic military land will protect our state, provide long-term stability and preserve economic freedom."

> *History should be a grim reminder that no foreign enemy, especially a communist dictatorship, should ever control any farmland in the land of the free. Our national security requires fertile, free and domestically owned farmland. With political upheaval and economic turmoil taking place in many foreign countries, Florida must act to insulate our food supply and food prices from these drastic events. Florida will act accordingly to make sure that foreign influences like China will not pose a threat to the critical food supply and food prices in our state.*
>
> **Rep. David Borrero**

> *Florida will not stand by while our lands and our water supply fall into the hands of enemies who operate in the shadows to undermine our freedom from within. Incapable of competing head-to-head, they choose subversive schemes to take our food and water hostage in hopes of crippling us from the inside. We will fight those efforts and send a clear message that Florida is not for sale.*
>
> **Rep. Danny Alvarez**

> *Preserving and protecting our agricultural community ensures a safe and reliable food supply, which is essential for all Floridians. I commend Commissioner-Elect Simpson for proposing this legislation and appreciate the growing support by legislators.*
>
> **Hillsborough County Sheriff Chad Chronister**

6

In an interview with **Florida's Voice (https://flvoicenews.com/exclusive-agriculture-commissioner-candidate-wilton-simpson-plans-to-work-to-outlaw-foreign-enemies-buying-farmland/)** before the 2022 elections, Simpson said if elected, he will work hard on "outlawing the idea that our foreign enemies can buy real estate in the state of Florida, farmlands and [agriculture] lands."

(https://flvoicenews.com/)

Simpson won his election in November against Democrat Naomi Blemur by nearly 20 points. He is replacing Commissioner Nikki Fried, who was the only statewide elected Democrat from 2018-2022.

## Share This Post


(https://www.facebook.com/sharer.php?u=https%3A%2F%2Fflvoicenews.com%2Fwilton-simpson-foreign%2F)


(https://twitter.com/share?url=https%3A%2F%2Fflvoicenews.com%2Fwilton-simpson-foreign%2F)

in
(https://www.linkedin.com/shareArticle?url=https%3A%2F%2Fflvoicenews.com%2Fwilton-simpson-foreign%2F)

✉
(mailto:?body=https%3A%2F%2Fflvoicenews.com%2Fwilton-simpson-foreign%2F)

Florida's Voice is a patriotic news network that you can trust to deliver the truth with no hidden agenda. Founder and Editor in Chief Brendon Leslie left his job in mainstream news to practice journalism as it should be, unbiased and unbossed.

---

## Latest News


(https://flvoicenews.com/desantis-raises-massive-8-2-million-on-launch-breaking-bidens-2019-record/)


(https://flvoicenews.com/tampa-bay-young-republicans-endorses-desantis-for-president/)
**Tampa Bay Young Republicans**

 (https://flvoicenews.com/)



5
Article Rating

⭐⭐⭐⭐⭐

➡ Login (https://flvoicenews.com/wp-login.php?redirect_to=https%3A%2F%2Fflvoicenews.com%2Fwilton-simpson-foreign%2F)

  Join the discussion

B  I  U  S  ≔  ≡  "  🔗

**6 COMMENTS**                                              Oldest ▼

 **FLNativeson'44**
🕐 5 months ago

Very pleased to see this initiative taking place.
Glad to see Simpson following up on his announced intention!

➕ 0 ➖        ↪ Reply

 **lynexxa**
🕐 5 months ago

I'm glad to hear this. But can't a foreign gov't still buy through some American surrogate and still control the land?

➕ 0 ➖        ↪ Reply                            View Replies (1) ▼

 **Jerry**
🕐 5 months ago

Good move against the CCP, which routinely uses the openness and freedom of American society as a way to increase their nefarious influences...here are some suggestions: 1) Outright ban on any purchase that can be connected back to the CCP 2) There is a popular Chinese Cultural show circulating in Florida here; the press release claims it to be owned by a Company in New York, not the CCP; can we investigate and ascertain that the stockholders are not somehow related to the CCP. 3) How about this: for any foreign company to receive permission

6

[Florida's Voice](https://flvoicenews.com/)

to operate here, the State must verify that it is from an open society or better yet, permit an American company to operate in their country with the same rules and guidelines that we have here. 4) Are there any Russian companies in Florida; we should look into that too. I say good work to all the legislators involved in this. Thank you nand God Bless.

0    Reply



**Dorine**
5 months ago

Good first step..

0    Reply



**Bioya1**
5 months ago

That was step; 1. For Step2, kick out all liberal carpetbaggers.

0    Reply

# Join Our Network

Here at Florida's Voice, we are committed to being a reliable, trustworthy news source. While social media can be a good tool to stay connected, the best way to ensure you have access to all the news we have for you is by subscribing to Florida's Voice. You'll be the first to hear about updates and get major stories delivered directly to your inbox.

SUBSCRIBE →

**The following Patriot-owned businesses are proud supporters of Florida's Voice.**

5/27/23, 10:14 PM
Case 4:23-cv-00208-AW-MAF Document 21-12 Filed 06/06/23 Page 7 of 8
Agriculture Commissioner-Elect Wilton Simpson Announces Plan to Ban Foreign Control of Florida Land


(https://www.oakesfarms.com/)


(https://www.naplesfloral.com/)


(https://flvoicenews.com/)


(https://www.flpuppiesonline.com/)


(https://sunwestplumbingservice.com/)


(https://www.martinlawfirm.com/)

### Florida's Voice

Florida's Voice is a digital news network based in Southwest Florida. With no boss behind the scenes, pulling the strings, we're committed to be a reliable and truthful news source for both local and national stories.

(https://flvoicenews.com/)

**Latest News**

DeSantis raises massive $8.2 million on launch, breaking Biden's 2019 record (https://flvoicenews.com/desantis-raises-massive-8-2-million-on-launch-breaking-bidens-2019-record/)

Tampa Bay Young Republicans endorses DeSantis for president (https://flvoicenews.com/tampa-bay-young-republicans-endorses-desantis-for-president/)

Sergeant killed in the line of duty by illegal immigrant: DeSantis (https://flvoicenews.com/sergeant-killed-in-the-line-of-duty-by-illegal-immigrant-sheriff/)

**About**

Privacy Policy (https://flvoicenews.com/privacy-policy/)

Terms of Service (https://flvoicenews.com/terms-of-service/)

Contact Us (https://flvoicenews.com/contact-us/)

Meet the Team (https://flvoicenews.com/meet-the-team/)

**Stay Connected**


(https://www.instagram.com/flvoicenews/)


(https://www.facebook.com/floridaconservativevoice)


(https://twitter.com/FLVoiceNews)

Join Our Network

© 2021-2023 Florida's Voice. All Rights Reserved.

(https://i(bit.ly/)con/)