

EXHIBIT 8

## <u>TRANSCRIPT</u>

**Press Conference on January 10, 2023, titled at "Governor's Press Conference on Conservation"**

https://thefloridachannel.org/videos/1-10-23-governors-press-conference-on-conservation/

***Remarks by Florida Governor Ron DeSantis***

38:55 to 40:17

So my view on the, our economy is, in Florida, is, we don't want to have holdings by hostile nations. And so, if you look at the Chinese Communist Party, they've been very active in throughout the Western Hemisphere in gobbling up land and investing in different things. And, you know, when they have interests that are opposed to ours, and you see how they've wielded their authority, and especially with President Xi, who's taken a much more Marxist/Leninist turn since he's been ruling China. That is not in the best interest of Florida to have the Chinese Communist Party owning farmland, owning land close to military bases. But you know, my view is, I think there's a broad agreement in those two, but my view is, okay, yeah, no farmland, but why would you want them buying residential developments or things like that? I don't want them owning subdivisions and things like that. I think that the issue's just going to be, I think people agree with that, the issue's going to be, yeah, obviously, if someone comes in and buys, it's not the CCP that's signing that, these are holding companies and all that. So you've got to structure in a way that will effectively police it, but yes, we do not need to have CCP influence in Florida's economy.