# EXHIBIT 9

(https://flvoicenews.com/) (https://flvoicenews.com/)

Maximize Your CRE Portfolio
Make Data-Driven Decisions

Sign Up

**Redefining Mainstream Media**

# Agriculture commissioner's agenda includes protecting farmland, defending Second Amendment

POLITICS (HTTPS://FLVOICENEWS.COM/CATEGORY/POLITICS/)

(https://flvoicenews.com/author/ernesto-sampera/)  **By Ernesto Sampera (https://flvoicenews.com/author/ernesto-sampera/)**
Published Feb. 7, 2023, 7:32 p.m. ET | Updated Feb. 7, 2023



Agriculture Commissioner Wilton Simpson announces plan to fine credit card companies tracking firearms purchases, Jan. 10, 2023.

TALLAHASSEE, Fla. (FLV) – Agriculture Commissioner Wilton Simpson laid out his department's 2023 legislative priorities Monday to the Senate Agriculture Committee, pledging to protect second amendment rights as well as Florida's farming and energy industries.

Simpson reiterated his support for the proposed Florida Arms and Ammo Act.

(https://flvoicenews.com/)



The proposed legislation would prohibit financial institutions from collecting and monitoring information on Floridians' firearm related purchases.

"We want to make it that if a credit card company does that in the state of Florida, that they would receive up to a $10,000 fine," Simpson said. "We're not going to let a backdoor opportunity take on our gun rights."

Speaking in support of the Secure Florida Act, Simpson vowed to prevent "foreign enemies" from purchasing farmland as well as properties located near U.S military installations.

"The bill that we're putting forward is saying that our foreign enemies will not be able to buy land in the state of Florida," Simpson said. "Not agricultural land in the state of Florida, or lan around our military bases."



Simpson said another top priority is raising the wages of Agricultural Law Enforcement and Florida's Forest Service personnel.

The commissioner is formally requesting $300 million be allocated to the Rural and Family Lands Protection Program.

The program involves partnering with farmers to protect important agricultural lands by acquiring permanent agricultural land conservation easements. He noted from 2001 to 2021, the state spent about $100 million on the program. However, last year the state put $300 million into the program.

"And why should we do more of the rural family lands? First of all, it keeps it into the private taxpayer's hands, so it leaves it in the farmer's hands, landowner's hands," Simpson said.

Simpson told the committee the department would do a "Farm T.E.A.M." card, which stands for tax exempt agricultural materials. Currently, he said farmers have to fill out a lot of paperwork to receive sales tax deals on items in stores. He wants to make a card similar to other states where it is easier for farmers to receive tax breaks.










"If you can buy development rights, you're gonna make sure that 50 years from now, 100 years from now that we can still farm in this state."

Hoping to drive fuel costs down as much as possible, Simpson pledged to crack down on fuel theft by adding criminal penalties for utilizing devices commonly used to steal fuel.

Simpson is also planning an overhaul of the Department of Agriculture, promising to increase the efficiency of his agency's operations and terminating unnecessary regulations.

 (https://flvoicenews.com/)

## Share This Post

 (https://www.facebook.com/sharer.php?u=https%3A%2F%2Fflvoicenews.com%2Fagriculture-commissioner-agenda-includes-protecting-farmland-defending-second-amendment%2F)

 (https://twitter.com/share?url=https%3A%2F%2Fflvoicenews.com%2Fagriculture-commissioner-agenda-includes-protecting-farmland-defending-second-amendment%2F)

 (https://www.linkedin.com/shareArticle?url=https%3A%2F%2Fflvoicenews.com%2Fagriculture-commissioner-agenda-includes-protecting-farmland-defending-second-amendment%2F)

 (mailto:?body=https%3A%2F%2Fflvoicenews.com%2Fagriculture-commissioner-agenda-includes-protecting-farmland-defending-second-amendment%2F)

Florida's Voice is a patriotic news network that you can trust to deliver the truth with no hidden agenda. Founder and Editor in Chief Brendon Leslie left his job in mainstream news to practice journalism as it should be, unbiased and unbossed.

## Latest News



 (https://flvoicenews.com/desantis-raises-massive-8-2-million-on-launch-breaking-bidens-2019-record/)



 (https://flvoicenews.com/tampa-bay-young-republicans-endorses-desantis-for-president/)
**Tampa Bay Young Republicans**



5

---------- ----------
Article Rating

★★★★★

2

 Login (https://flvoicenews.com/wp-login.php?redirect_to=https%3A%2F%2Fflvoicenews.com%2Fagriculture-commissioner-agenda-includes-protecting-farmland-defending-second-amendment%2F)
(https://flvoicenews.com/)

Join the discussion

B  I  U  S  ☰  ☰  "  🔗

**2 COMMENTS**                                                      Oldest



**Thomas Stevens**
🕒 3 months ago

It's nice to have an Ag Commissioner that actually has an Ag background and fights for the people of Florida. The last one was just interested in photo ops and running for higher office instead of working for Farmers and Ranchers. Also we are crazy if we keep letting Communist China buy up American farmland in this state or any other state.

➕ 0 ➖            ↪ Reply



**R. Smith**
🕒 3 months ago

Glad he got elected. I agree with his plans.

➕ 0 ➖            ↪ Reply

# Join Our Network

Here at Florida's Voice, we are committed to being a reliable, trustworthy news source. While social media can be a good tool to stay connected, the best way to ensure you have access to all the news we have for you is by subscribing to Florida's Voice. You'll be the first to hear about updates and get major stories delivered directly to your inbox.

SUBSCRIBE →

2

(https://flvoicenews.com/)

**The following Patriot-owned businesses are proud supporters of Florida's Voice.**


(https://www.oakesfarms.com/)


(https://www.naplesfloral.com/)


(https://www.flpuppiesonline.com/)


(https://sunwestplumbingservice.com/)


(https://www.martinlawfirm.com/)

2

Case 4:23-cv-00208-AW-MAF   Document 21-16   Filed 06/06/23   Page 8 of 8
(https://flvoicenews.com/)

**Florida's Voice**

Florida's Voice is a digital news network based in Southwest Florida. With no boss behind the scenes, pulling the strings, we're committed to be a reliable and truthful news source for both local and national stories.

**Latest News**

DeSantis raises massive $8.2 million on launch, breaking Biden's 2019 record (https://flvoicenews.com/desantis-raises-massive-8-2-million-on-launch-breaking-bidens-2019-record/)

Tampa Bay Young Republicans endorses DeSantis for president (https://flvoicenews.com/tampa-bay-young-republicans-endorses-desantis-for-president/)

Sergeant killed in the line of duty by illegal immigrant: DeSantis (https://flvoicenews.com/sergeant-killed-in-the-line-of-duty-by-illegal-immigrant-sheriff/)

**About**

Privacy Policy (https://flvoicenews.com/privacy-policy/)

Terms of Service (https://flvoicenews.com/terms-of-service/)

Contact Us (https://flvoicenews.com/contact-us/)

Meet the Team (https://flvoicenews.com/meet-the-team/)

**Stay Connected**


(https://www.instagram.com/flvoicenews/)


(https://www.facebook.com/floridaconservativevoice)


(https://twitter.com/FLVoiceNews)

Join Our Network

© 2021-2023 Florida's Voice. All Rights Reserved.