# EXHIBIT 10

← **Tweet**

**Jay Collins** ✓
@JayCollinsFL

It's with a great sense of urgency that I'm moving to ban China and the Chinese Communist Party from owning ANY property in FL.

We're not stopping there. We're banning @RonDeSantisFL's Countries of Concern from owning ANY farmland or land near strategic areas.

Let's get going.



1:53 PM · Mar 3, 2023 · **10.5K** Views