

EXHIBIT 15

