# EXHIBIT 16

