

EXHIBIT 17

## <u>TRANSCRIPT</u>

**Interview by Jackie DeAngelis of Florida Senator Jay Collins on "The Evening Edit" on Fox Business News on April 11, 2023**

https://www.foxbusiness.com/video/6324622889112

*Fox Reporter Jackie DeAngelis (00:00 to 00:40)*

Let's welcome to the show, Florida State Senator Jay Collins. It's great to see you, Senator Collins. Today, your legislation in Florida passed banning Communist China from owning land and conducting business in the State of Florida. This actually just passed moments ago. It is groundbreaking legislation because we are experiencing such tension with China. After the spy balloon and so much more, China's aggression over course of the last two and a half years or so, under this administration, people are very concerned about China's presence here in the United States. So this legislation in your state, putting some parameters on that. Tell us about it.

*Florida Senator Jay Collins (00:40 to 02:11)*

Yeah, first and foremost, thank you for having me on here. It's an absolute honor and privilege. And this is groundbreaking legislation. Senate Bill 264 just passed, 38-nothing in the Senate. We're going to be waiting for it to move through the House, and then off to the desk of America's Governor. This bill is very straightforward. It does a few things. It focuses on critical infrastructure, making sure that countries of concern can't purchase land around those critical pieces of infrastructure – think airports, spaceports, seaports, you know, gas, power, those critical nodes of infrastructure. It also makes sure the CCP, the PRC can't buy real property here in the free state of Florida. We've got to make sure that we maintain our stability, our strategic interests moving forward. It also makes sure countries of concern cannot buy "ag" land. Our "ag" land is of utmost importance. Farmers are having a hard time right now. We can't continue to cripple our farmers by letting other nations purchase that farmland. It does a couple other things as well. It makes sure that data being housed outside out of our country is only maintained in Canada, US, and our territories for those relevant, sensitive records. And lastly, I just want to say that it's an absolute privilege. After 23 years as a green beret, serving our country, to be able to shore up our national defense by making sure that Florida remains free and we protect our infrastructure in this great state.

1

*Fox Reporter Jackie DeAngelis (02:12 to 02:39)*

I can imagine what a moment this must be for you. Let me ask you this, because Florida has been an outlier under the leadership of Ron DeSantis, doing quite well in this pandemic era that has stretched on and on as we discussed in the previous segment. Florida bucked all the trends, and this is a piece of legislation that is also bucking trends. Do you think that other states will adopt rules like these because this is not only important to Florida for national security, it's important for the entire country.

*Florida Senator Jay Collins (02:40 to 03:24)*

Yeah, you know, I think you're spot on there. This is groundbreaking, and this is what right looks like. I like to joke with some of my friends that our number one export in Florida is freedom. I believe we're leading the way on this. We are setting the tone and setting the standard. I do expect that others will follow suit. We have to take China their word, you know. 2017 was a new era. 2019, they're talking about the long road. We talk about the spy balloons flying over our contract [sic]. Believe on the way down here that Brian Mass pushed out that there is proof that China was actually collecting military intelligence, uh, in that process. They're telling us what they're doing. They're telegraphing their thought process. We have to shore up our security. We have to protect our citizens here in the state of Florida and across this great country.

2