

EXHIBIT 20

