# EXHIBIT 22

# STOP CCP INFLUENCE

**Governor DeSantis is signing SB 264, SB 846, and SB 258 - the strongest legislation in the nation to date to counteract the influence of the United States' greatest economic, strategic, and security threat - the Chinese Communist Party.**

★ Prevents Chinese entities or affiliates from buying farmland in Florida or land near our military bases and critical infrastructure.

★ Stops sensitive data from being stored on servers that might be owned by entities affiliated with the CCP.

★ Prohibits the Chinese influence that we rooted out of higher education from working its way into our primary and secondary education institutions.

★ Blocks access to dangerous applications, such as Tik Tok, on government and educational institution servers and devices.