# EXHIBIT 23

# TRANSCRIPT

## Remarks by Multiple Florida Officials and Lawmakers May 8, 2023 at "Signing of Foreign Entities Legislation"

https://thefloridachannel.org/videos/5-8-23-signing-of-foreign-entities-legislation/

*Remarks by Florida Governor Ron DeSantis*

07:13 to 07:24

And today is one example of Florida really leading the nation in terms of what we're doing to stop the influence of the Chinese Communist Party.

09:02 to 09:53

They have had a concerted effort to acquire farmland throughout the United States. In fact, they were trying to acquire land in Florida, in Levy County, and that ended up not working out, thankfully, because there was some opposition, but nevertheless, you see what they're doing. And I look at things like farmland, it's important for community, it's important for business and jobs and the economy, but our food security is also national security. And so we don't want the CCP in charge of any of the food production. So when you see that, when you see what you see what they're doing in the Western Hemisphere to expand their influence, we really need to have a unified effort in this country to deter the CCP's ambitions and their influence, and part of that is asserting our economic sovereignty.

10:43 to 12:04

So today, we're really recognizing the threat and we're taking action and really doing measures that no other state has done at this level. And I want to thank the legislature for recognizing that we needed to step up and make things happen. So I'm going to be signing a series of bills today aimed at curbing the influence of the CCP both in our country and state of Florida. The legislation SB 264 will prohibit the purchase of farmland in Florida by the CCP and other foreign countries of concern because we believe protecting our food supply is a security issue and we want to make sure that our agriculture land is not compromised by CCP influence.

Now, the prohibition in that bill is not just limited to farmland. It also includes land within 10 miles of any military installation or any type of critical infrastructure in our state, and that ensures our seaports, airports, power plants, telecomm systems

and other critical infrastructure will not be compromised by the CCP or any foreign adversary. So that will make a big, big difference.

15:27 to 15:39

So today Florida makes it very clear. We don't want the CCP in the sunshine state. We want to maintain this as the free state of Florida, and that's exactly what these bills are doing.

*Remarks by Florida Commissioner of Agriculture Wilton Simpson*

**17:08 to 17:52**

When you think about this bill here today the governor is going to sign, and I really have to thank Senator Jay Collins and Representative Borrero for leading the charge on this, they did a great job not allowing our foreign enemies to buy our agriculture lands or around our strategic things. When we think of national security and we think about oil, we know oil is a natural, national security issue, we have strategic supplies. And when it comes to food though, we don't always think about it as a national security issue. So I challenge everyone here to think here today, what would happen if there was one week of no groceries in the grocery store? You'd have chaos. In two weeks, you'd have total chaos.

*Remarks by Florida Senator Jay Collins*

24:04 to 25:31

As a 23-year retired green beret, I've deployed around the globe and I've seen firsthand the pain caused by countries like the PRC, what the CCP does to nations. The pure power of what tyranny does in these communities is gut-wrenching. We must not forget that these nations do not stand for freedom, do not understand or care for the American way. And as Reagan once said, we have to remember that America is a moral force that defeated communism: all those who put the human soul itself in bondage. We must be vigilant. We have to take their words and their actions of nations like the CCP, Cuba, Venezuela, Iran, and Syria seriously. Remember that in 2017, China embarked in a new era, trying to take center stage. In 2019, it was a new long march. This is the same nation that is settling up police stations to patrol American citizens of Chinese origin. Their accelerating military development and pushing for economic dominance via initiatives like the "belt and road" strategy. And here in Florida, with Senate Bill 264, Florida is once again leading the way. As the governor mentioned, we are stopping the CCP from

purchasing real property in the state of Florida. We are blocking countries of concern from purchasing farmland. We are blocking them from purchasing real estate, real property within 10 miles within critical infrastructure.

### *Remarks by Florida House Representative David Borrero*

31:28 to 31:50

With this law today, Florida provides a blueprint for our national security. See, there's no more important security than national security, and what this bill does today is tell Floridians that your governor and your legislature want to make sure that Florida is not for sale to totalitarian regimes.

32:09 to 34:01

This legislation continues to show why the free state of Florida will continue to build back against the totalitarian regimes around the world. Now by explicitly foreign countries of concern such as the Communist Party of Cuba, it's not just China, the Venezuelan regime of Nicolas Maduro, North Korea, from [*sic*] Iran. We are saying that we are not going to allow them to hold hostage our critical food supply here in Florida. This bill also prevents the Communist Party of China from purchasing any land here in Florida. And we know China has one goal in mind, and that is to rise to the apex of global dominance and really, to displace the United States' position of leadership around the world, but we're not going to let that happen, are we? Now many have asked, why does Florida need this? Well, unfortunately, the federal government has not stepped up, but Florida today rises to the occasion. States may be tempted to rely on the federal government to prevent the growing threat of the CCP, however, the efforts of the federal government so far to prevent this threat and Chinese influence in the United States has been futile. The reality is that for decades, Chinese Communist party has been purchasing hundreds of thousands of acres in the United States, and they have lobbied not only the federal government, but the state governments and local governments actively for contracts and to influence public policy here, but we're taking a stand against that today. This bill, it says that foreign adversaries will not have a backdoor to Florida's critical infrastructure. This bill prevents, I know it sounds crazy, but it prevents Florida from not being tenants to the Chinese Communist Party, and this bill prevents our food supply form every being held hostage by foreign countries of concern.

*More Remarks by Florida Governor Ron DeSantis*

37:58 to 39:09

What I'd say to the average Floridian is your state government takes security of this state very seriously. There's a lot that the federal government needs to do, of course, and that goes for our border, which is a total disaster and is going to get worse this week. It goes to having a strong military. It goes to protecting Americans from Chinese influence in the economy and make sure we have more economic self-sufficiency. And there's a lot that's been derelict over the years with that. I think what we can tell Floridians is that we're getting ahead of things, as you start to see what the CCP is doing with the farmland, we reacted very quickly. Also, with all the other critical infrastructure. And so this is the strongest in the country. I think people instinctively realize when you have a junta, a ruling junta dedicated to communist ideology like the CCP, that's not someone you want in your background. And that's not somebody that is going to be productive operating in the state of Florida. And so today, we say no, and that's not going to happen here. And I hope all states follow suit and follow Florida's lead.