

EXHIBIT 28

← **Tweet**

**DavidBorreroFL**
@DavidBorreroFL

Proud to partner with @flgovrondesantis in the fight for Florida's future! 🇺🇸
Today's bills signed by the Governor:
- Prohibits land purchases by the CCP
- Blocks access to CCP-linked apps on government servers and devices
- Prevents the CCP from influencing our education system



6:01 PM · May 8, 2023 · **1,476** Views