

EXHIBIT 29

← **Tweet**

 **Jay Collins** ✓
@JayCollinsFL

Yesterday I was honored to join @GovRonDesantis as he signed my bill blocking the CCP and other countries of concern from acquiring land in the great state of Florida.
Our vital agricultural resources and strategic sites must be protected because Communism has no place in Florida!  Food security is National Security!!!

Thanks to the leadership of @RonDeSantisFL Florida leads the way in the fight against the Chinese Communist Party.



4:23 PM · May 9, 2023 · **3,184** Views