# EXHIBIT 30

# The Florida Senate

## CS/CS/SB 264: Interests of Foreign Countries

GENERAL BILL by Rules ; Judiciary ; Collins ; (CO-INTRODUCERS) Avila

Interests of Foreign Countries; Prohibiting governmental entities from knowingly entering into certain contracts; authorizing the Attorney General to bring a civil action; providing penalties; requiring government entities to require an affidavit from applicants before providing any economic incentive; prohibiting foreign principals from purchasing agricultural land, or having more than a de minimus indirect interest in such land, and certain real property in this state, respectively; authorizing foreign principals to continue to own or hold such land or property under certain circumstances, etc.

**Effective Date:** 7/1/2023
**Last Action:** 5/9/2023 - Chapter No. 2023-33
**Bill Text:** Web Page  |  PDF

**Senate Committee References:**

1. Judiciary (JU)
2. Rules (RC)

## Bill History

| Date | Chamber | Action |
| --- | --- | --- |
| 3/2/2023 | Senate | • Filed |
| 3/6/2023 | Senate | • Referred to Judiciary; Rules |
| 3/7/2023 | Senate | • Introduced |
| 3/9/2023 | Senate | • On Committee agenda-- Judiciary, 03/14/23, 4:00 pm, 412 Knott Building |
| 3/14/2023 | Senate | • CS by Judiciary; YEAS 12 NAYS 0 |
| 3/15/2023 | Senate | • Pending reference review under Rule 4.7(2) - (Committee Substitute)<br>• Now in Rules |
| 3/17/2023 | Senate | • On Committee agenda-- Rules, 03/22/23, 8:30 am, 412 Knott Building |
| 3/21/2023 | Senate | • CS by Judiciary read 1st time |
| 3/22/2023 | Senate | • CS/CS by- Rules; YEAS 18 NAYS 0 |
| 3/23/2023 | Senate | • Pending reference review -under Rule 4.7(2) - (Committee Substitute)<br>• CS/CS by Rules read 1st time |
| 3/24/2023 | Senate | • Placed on Calendar, on 2nd reading |
| 4/5/2023 | Senate | • Placed on Special Order Calendar, 04/11/23 |

| Date | Chamber | Action |
|---|---|---|
| 4/11/2023 | Senate | • Read 2nd time -SJ 344<br>• Amendment(s) adopted (415792, 708856) -SJ 344<br>• Read 3rd time -SJ 347<br>• CS passed as amended; YEAS 38 NAYS 0 -SJ 347 |
| 4/12/2023 | House | • In Messages |
| 5/1/2023 | House | • Bill referred to House Calendar<br>• Bill added to Special Order Calendar (5/2/2023)<br>• 1st Reading (Engrossed 1) |
| 5/2/2023 | House | • Read 2nd time<br>• Amendment 048607 adopted<br>• Placed on 3rd reading<br>• Added to Third Reading Calendar |
| 5/3/2023 | House | • Read 3rd time<br>• CS passed as amended; YEAS 95, NAYS 17 |
| 5/3/2023 | Senate | • In returning messages |
| 5/4/2023 | Senate | • Amendment(s) to House amendment(s) adopted (790990) -SJ 870<br>• Concurred in House amendment(s) as amended (048607) -SJ 874<br>• CS passed as amended; YEAS 31 NAYS 8 -SJ 874 |
| 5/4/2023 | House | • In Messages<br>• Added to Senate Message List<br>• Amendment 790990 Concur<br>• CS passed as amended; YEAS 95, NAYS 17 |
| 5/4/2023 | Senate | • Ordered engrossed, then enrolled |
| 5/8/2023 | | • Signed by Officers and presented to Governor<br>• Approved by Governor |
| 5/9/2023 | | • Chapter No. 2023-33 |

# Related Bills

| Bill Number | Subject | Filed By | Relationship | Last Action and Location | Track Bills |
|---|---|---|---|---|---|
| H 1355 (c2) | Interests of Foreign Countries | Judiciary Committee | Similar | Last Action: 5/2/2023 H Laid on Table, refer to CS/CS/SB 264 | ☀ |
| H 645 (er) | Unmanned Aircraft Systems Act | Transportation & Modals Subcommittee | Compare | Last Action: 5/26/2023 Chapter No. 2023-147 | ☀ |

| Bill Number | Subject | Filed By | Relationship | Last Action and Location | Track Bills |
|---|---|---|---|---|---|
| H 835 | Purchase or Acquisition of Real Property and Strategic Assets by People's Republic of China | Waldron | Compare | Last Action: 5/5/2023 H Died in State Affairs Committee | ☀ |
| S 908 (c2) | Unmanned Aircraft Systems Act | Rodriguez | Compare | Last Action: 5/1/2023 S Laid on Table, refer to CS/CS/HB 645 -SJ 656 | ☀ |
| S 924 | Purchase or Acquisition of Real Property and Strategic Assets by the People's Republic of China | Berman | Compare | Last Action: 5/5/2023 S Died in Judiciary | ☀ |

## Bill Text

| Version | Posted | Format | |
|---|---|---|---|
| S 264 Filed | 3/2/2023 12:01 PM | Web Page | PDF |
| S 264 c1 | 3/15/2023 4:27 PM | Web Page | PDF |
| S 264 c2 | 3/23/2023 9:03 AM | Web Page | PDF |
| S 264 e1 | 4/11/2023 5:47 PM | Web Page | PDF |
| S 264 e2 | 5/6/2023 7:25 AM | Web Page | PDF |
| S 264 er | 5/6/2023 7:39 AM | Web Page | PDF |

## Committee Amendments

### S 264 Filed

| Amendment | Sponsor | Filed | Last Committee Action | Format |
|---|---|---|---|---|
| 606852 - Amendment Delete line 231 and insert: | Judiciary (Collins) | 3/13/2023 3:31 PM | Replaced by Committee Substitute 3/15/2023 | Web Page PDF |
| 647298 - Amendment Delete lines 333 - 336 and insert: | Judiciary (Collins) | 3/13/2023 3:32 PM | Replaced by Committee Substitute 3/15/2023 | Web Page PDF |

### S 264 c1

| Amendment | Sponsor | Filed | Last Committee Action | Format |
|---|---|---|---|---|

| Amendment | Sponsor | Filed | Last Committee Action | Format |
|---|---|---|---|---|
| 833514 - Amendment  Delete lines 293 - 663 and insert: | Rules (Collins) | 3/21/2023 10:50 AM | Replaced by Committee Substitute 3/22/2023 | Web Page  PDF |

## Floor Amendments

### S 264 c2

| Amendments | Sponsor | Filed | Last Floor Action | Format |
|---|---|---|---|---|
| 708856 - Amendment  Delete lines 250 - 617 and insert: | Collins | 4/10/2023 12:38 PM | Senate: Adopted 4/11/2023 | Web Page  PDF |
| 415792 - Amendment  Between lines 276 and 277 insert: | Collins | 4/10/2023 12:53 PM | Senate: Adopted 4/11/2023 | Web Page  PDF |

### S 264 e1

| Amendments | Sponsor | Filed | Last Floor Action | Format |
|---|---|---|---|---|
| 639273 - Amendment  Remove lines 261-462 and insert: | Borrero | 5/1/2023 2:46 PM | House: Withdrawn 5/2/2023 | PDF |
| 048607 - Amendment  Remove lines 262-634 and insert: | Borrero | 5/2/2023 7:31 AM | Senate: Concurred as Amended 5/4/2023 | PDF |
| ↳ 790990 - S Amend. to H Amend. (048607)  Delete lines 5 - 377 and insert: | Collins | 5/4/2023 5:06 PM | House: Concur 5/4/2023 | Web Page  PDF |
| 510709 - Amendment  Remove lines 428-547 and insert: | Borrero | 4/27/2023 9:51 AM | House: Withdrawn 5/2/2023 | PDF |
| ↳ 353175 - Amendment to Amendment (510709)  Remove lines 165-170 and insert: | Driskell | 4/30/2023 4:43 PM | House: Withdrawn 5/2/2023 | PDF |

## Bill Analyses

| Type | Analysis | Author | Posted | Format |
|---|---|---|---|---|
| Bill Analysis | S 264 | Judiciary (Pre-Meeting) | 3/13/2023 3:30 PM | PDF |
| Bill Analysis | S 264 | Judiciary (Post-Meeting) | 3/15/2023 2:45 PM | PDF |
| Bill Analysis | S 264 | Rules (Pre-Meeting) | 3/21/2023 8:36 AM | PDF |
| Bill Analysis | S 264 | Rules (Post-Meeting) | 3/22/2023 6:05 PM | PDF |
| House Message Summary | S 264 | Judiciary | 5/3/2023 1:38 PM | PDF |

## Vote History - Committee

| Version | Committee | Date | Result |
|---|---|---|---|
| S 264 Filed | Judiciary | 3/14/2023 4:00 PM | 12 Yeas - 0 Nays |
| S 264 c1 | Rules | 3/22/2023 8:30 AM | 18 Yeas - 0 Nays |

## Vote History - Floor

| Vote | Date | Chamber | Result |
|---|---|---|---|
| S 264 c2 | 4/11/2023 4:56 PM | Senate | 38 Yeas - 0 Nays |
| S 264 e1 | 5/3/2023 1:18 PM | House | 95 Yeas - 17 Nays |
| S 264 e1 | 5/4/2023 5:48 PM | Senate | 31 Yeas - 8 Nays |
| S 264 e1 | 5/4/2023 6:44 PM | House | 95 Yeas - 17 Nays |

## Citations - Statutes (10)

| Citation | Catchline | Location in Bill **Location In Bill Help** |
|---|---|---|
| 287.138 | | Page 5 (PDF) |
| 288.007 | | Page 8 (PDF) |
| 408.051 | Florida Electronic Health Records Exchange Act. | Page 25 (PDF) |
| 408.810 | Minimum licensure requirements. | Page 28 (PDF) |
| 692.201 | | Page 9 (PDF) |
| 692.202 | | Page 11 (PDF) |
| 692.203 | | Page 15 (PDF) |
| 692.204 | | Page 20 (PDF) |
| 692.205 | | Page 25 (PDF) |
| 836.05 | Threats; extortion. | Page 29 (PDF) |

## Citations - Constitution (0)

No Constitutional citations.

## Citations - Chapter Law (0)

No Chapter Law citations.

Disclaimer: The information on this system is unverified. The journals or printed bills of the respective chambers should be consulted for official purposes.

Copyright © 2000- 2023  State of Florida.