# EXHIBIT 33

Florida Senate - 2023  COMMITTEE AMENDMENT
Bill No. SB 264


606852

LEGISLATIVE ACTION

| Senate | . | House |
|---|---|---|
| | . | |
| | . | |
| | . | |
| | . | |
| | . | |

The Committee on Judiciary (Collins) recommended the following:

1  **Senate Amendment**
2
3      Delete line 231
4  and insert:
5  concern, or a subsidiary of such entity.
6
7      Delete line 291
8  and insert:
9  concern, or a subsidiary of such entity;
10
11     Delete line 503

Page 1 of 2

3/13/2023 12:44:55 PM                590-02432-23

Florida Senate - 2023 COMMITTEE AMENDMENT
Bill No. SB 264

 606852

| | |
|---|---|
| 12 | and insert: |
| 13 | the People's Republic of China, or a subsidiary of such entity. |

Page 2 of 2

3/13/2023 12:44:55 PM   590-02432-23