EXHIBIT 34



647298

LEGISLATIVE ACTION

| Senate | . | House |
|---|---|---|
| | . | |
| | . | |
| | . | |
| | . | |
| | . | |

The Committee on Judiciary (Collins) recommended the following:

**Senate Amendment**

Delete lines 333 - 336

and insert:

(4) Notwithstanding subsection (1), a foreign principal may acquire agricultural land on or after July 1, 2023, by devise or descent, through the enforcement of security interests, or through the collection of debts, provided that the foreign principal sells, transfers, or otherwise divests itself of the

Delete lines 428 - 433

and insert:

647298

(4) Notwithstanding subsection (1), a foreign principal may acquire real property or any interest therein which is within 20 miles of any military installation or critical infrastructure facility in the state on or after July 1, 2023, by devise or descent, through the enforcement of security interests, or through the collection of debts, provided that the foreign principal sells, transfers, or otherwise divests itself of such

Delete lines 532 - 535

and insert:

(4) Notwithstanding subsection (1), a person or an entity described in paragraph (1)(a) may acquire real property in the state on or after July 1, 2023, by devise or descent, through the enforcement of security interests, or through the collection of debts, provided that the person or entity sells, transfers, or otherwise divests itself of such