

EXHIBIT 35

2023 Regular Session

**The Florida Senate**

# COMMITTEE VOTE RECORD

**COMMITTEE:** Judiciary
**ITEM:** SB 264
**FINAL ACTION:** Favorable with Committee Substitute
**MEETING DATE:** Tuesday, March 14, 2023
**TIME:** 4:00—6:00 p.m.
**PLACE:** 412 Knott Building

| FINAL VOTE | | SENATORS | 3/14/2023 1 Amendment 606852 Collins | | 3/14/2023 2 Amendment 647298 Collins | | 3/14/2023 3 Motion to vote "YEA" after roll call DiCeglie | |
|---|---|---|---|---|---|---|---|---|
| Yea | Nay | | Yea | Nay | Yea | Nay | Yea | Nay |
| X | | Albritton | | | | | | |
| X | | Baxley | | | | | | |
| X | | Book | | | | | | |
| X | | Boyd | | | | | | |
| X | | Broxson | | | | | | |
| VA | | DiCeglie | | | | | VA | |
| X | | Harrell | | | | | | |
| X | | Stewart | | | | | | |
| X | | Thompson | | | | | | |
| X | | Trumbull | | | | | | |
| X | | Burton, VICE CHAIR | | | | | | |
| X | | Yarborough, CHAIR | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 12 | 0 | TOTALS | RCS | - | RCS | - | FAV | - |
| Yea | Nay | | Yea | Nay | Yea | Nay | Yea | Nay |

FINAL ACTION: Favorable with Committee Substitute

CODES:   FAV=Favorable          RCS=Replaced by Committee Substitute     TP=Temporarily Postponed        WD=Withdrawn
         UNF=Unfavorable        RE=Replaced by Engrossed Amendment       VA=Vote After Roll Call          OO=Out of Order
         -R=Reconsidered        RS=Replaced by Substitute Amendment      VC=Vote Change After Roll Call   AV=Abstain from Voting