
EXHIBIT 40

# COMMITTEE VOTE RECORD

**COMMITTEE:** Rules
**ITEM:** CS/SB 264
**FINAL ACTION:** Favorable with Committee Substitute
**MEETING DATE:** Wednesday, March 22, 2023
**TIME:** 8:30—10:30 a.m.
**PLACE:** 412 Knott Building

| FINAL VOTE | | | 3/22/2023 1 Late Filed Amendment 833514 Collins | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Yea** | **Nay** | **SENATORS** | **Yea** | **Nay** | **Yea** | **Nay** | **Yea** | **Nay** |
| X | | Baxley | | | | | | |
| X | | Book | | | | | | |
| X | | Boyd | | | | | | |
| X | | Brodeur | | | | | | |
| X | | Broxson | | | | | | |
| X | | Burgess | | | | | | |
| X | | Burton | | | | | | |
| X | | DiCeglie | | | | | | |
| | | Garcia | | | | | | |
| X | | Hooper | | | | | | |
| | | Hutson | | | | | | |
| X | | Jones | | | | | | |
| X | | Osgood | | | | | | |
| X | | Rodriguez | | | | | | |
| X | | Rouson | | | | | | |
| X | | Simon | | | | | | |
| X | | Torres | | | | | | |
| X | | Yarborough | | | | | | |
| X | | Perry, VICE CHAIR | | | | | | |
| X | | Mayfield, CHAIR | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 18 | 0 | **TOTALS** | RCS | - | | | | |
| **Yea** | **Nay** | | **Yea** | **Nay** | **Yea** | **Nay** | **Yea** | **Nay** |

CODES: FAV=Favorable
UNF=Unfavorable
-R=Reconsidered
RCS=Replaced by Committee Substitute
RE=Replaced by Engrossed Amendment
RS=Replaced by Substitute Amendment
TP=Temporarily Postponed
VA=Vote After Roll Call
VC=Vote Change After Roll Call
WD=Withdrawn
OO=Out of Order
AV=Abstain from Voting