# EXHIBIT 44

Florida Senate - 2023                                    SENATOR AMENDMENT
Bill No. CS for CS for SB 264


415792

LEGISLATIVE ACTION

| Senate | . | House |
|---|---|---|
|  | . |  |
|  | . |  |
|  | . |  |
|  | . |  |
|  | . |  |

Senator Collins moved the following:

1    **Senate Amendment**
2
3    Between lines 276 and 277
4  insert:
5    (l) An airport as defined in s. 333.01.

Page 1 of 1

4/10/2023 12:52:49 PM                                        14-02900-23