# EXHIBIT 45

Sequence: 10  
Session Day: 36  
Calendar Page: 11

**The Florida Senate**  
2023 Regular Session

Date: 04/11/2023  
Time: 04:56 PM

CS/CS/SB 264  
Third Reading

Yeas - 38        Nays - 0        Not Voting - 2

**Presiding - President Passidomo**

| | | | | | |
|---|---|---|---|---|---|
| Y | Albritton-27 | Y | DiCeglie-18 | Y | Polsky-30 |
| Y | Avila-39 | Y | Garcia-36 | Y | Powell-24 |
| Y | Baxley-13 | Y | Grall-29 | Y | Rodriguez-40 |
| Y | Berman-26 | Y | Gruters-22 | Y | Rouson-16 |
| Y | Book-35 | Y | Harrell-31 | Y | Simon-3 |
| Y | Boyd-20 | Y | Hooper-21 | Y | Stewart-17 |
| Y | Bradley-6 | Y | Hutson-7 | Y | Thompson-15 |
| Y | Brodeur-10 | Y | Ingoglia-11 | Y | Torres-25 |
| Y | Broxson-1 | Y | Jones-34 | Y | Trumbull-2 |
| Y | Burgess-23 | Y | Martin-33 | Y | Wright-8 |
| Y | Burton-12 | Y | Mayfield-19 | EX | Yarborough-4 |
| Y | Calatayud-38 | Y | Osgood-32 | Y | President Passidomo-28 |
| Y | Collins-14 | Y | Perry-9 | | |
| | Davis-5 | Y | Pizzo-37 | | |

Y=Yea          N=Nay          EX=Excused          AV=Abstain