# EXHIBIT 47

HOUSE AMENDMENT
Bill No. CS/CS/SB 264, 1st Eng.   (2023)

Amendment No.

CHAMBER ACTION

<u>Senate</u>                                            <u>House</u>

.

1  Representative Borrero offered the following:
2
3       **Amendment (with title amendment)**
4       Remove lines 428-547 and insert:
5       (2)(a)  A foreign principal that holds a current verified
6  Employment-Based Immigrant Visa sponsored by a company wholly
7  owned by the United States may purchase a single primary
8  residence on a parcel of real property that is up to 2 acres if
9  such purchase is in the person's name who holds the visa and is
10 not within a 5-mile radius of any military installation or
11 critical infrastructure facility in this state. A purchaser of
12 real property under this subsection must register the property
13 with the Department of Economic Opportunity within 90 days after

510709

Approved For Filing: 4/27/2023 9:51:18 AM

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng. (2023)

Amendment No.

14 the purchase in a form and a manner prescribed by the
15 department. A person who does not register his or her property
16 as required under this paragraph is subject to the penalties
17 under paragraph (4)(b).
18      (b) A purchaser of real property under this subsection
19 must be a permanent resident of the United States, have an
20 application for permanent residency pending with the United
21 States Citizenship and Immigration Services, or verify via
22 affidavit that such purchaser intends to permanently change his
23 or her domicile to this state.
24      (c) If a person purchases real property under this
25 subsection during the pendency of an application for permanent
26 residency and such application is denied or withdrawn, the
27 person must sell, transfer, or otherwise divest himself or
28 herself of such real property within 2 years after the
29 application is denied or withdrawn.
30      (d) If a person purchases real property under this
31 subsection based on the person's intent to permanently change
32 his or her domicile to this state, such person must change his
33 or her domicile to this state within 2 years after the purchase
34 of such real property. If the person does not change his or her
35 domicile to this state within 2 years after such purchase, the
36 person must sell, transfer, or otherwise divest himself or
37 herself of such real property within 4 years after the purchase.

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.   (2023)

Amendment No.

| | |
|---|---|
| 38 | (3)  A foreign principal that directly or indirectly owns |
| 39 | or acquires any interest in real property within 20 miles of any |
| 40 | military installation or critical infrastructure facility in |
| 41 | this state before July 1, 2023, may continue to own or hold such |
| 42 | real property, but may not purchase or otherwise acquire by |
| 43 | grant, devise, or descent any additional real property within 20 |
| 44 | miles of any military installation or critical infrastructure |
| 45 | facility in this state. |
| 46 | (4)(a)  A foreign principal that owns or acquires real |
| 47 | property within 20 miles of any military installation or |
| 48 | critical infrastructure facility in this state before July 1, |
| 49 | 2023, must register with the Department of Economic Opportunity |
| 50 | by January 1, 2024. The department must establish a form for |
| 51 | such registration which, at a minimum, must include all of the |
| 52 | following: |
| 53 | 1.  The name of the owner of the real property. |
| 54 | 2.  The address of the real property, the property |
| 55 | appraiser's parcel identification number, and the property's |
| 56 | legal description. |
| 57 | (b)  A foreign principal that fails to timely file a |
| 58 | registration with the department is subject to a civil penalty |
| 59 | of $1,000 for each day that the registration is late. The |
| 60 | department may place a lien against the unregistered real |
| 61 | property for the unpaid balance of any penalties assessed under |
| 62 | this paragraph. |

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.   (2023)

Amendment No.

```
63        (5)  Notwithstanding subsection (1), a foreign principal
64   may acquire real property or any interest therein which is
65   within 20 miles of any military installation or critical
66   infrastructure facility in this state on or after July 1, 2023,
67   by devise or descent, through the enforcement of security
68   interests, or through the collection of debts, provided that the
69   foreign principal sells, transfers, or otherwise divests itself
70   of such real property within 2 years after acquiring the real
71   property.
72        (6)(a)  At the time of purchase, a buyer of the real
73   property that is within 20 miles of any military installation or
74   critical infrastructure facility in this state must provide an
75   affidavit signed under penalty of perjury attesting that the
76   buyer is:
77        1.  Not a foreign principal; and
78        2.  In compliance with the requirements of this section.
79        (b)  The failure to obtain or maintain the affidavit does
80   not:
81        1.  Affect the title or insurability of the title for the
82   real property; or
83        2.  Subject the closing agent to civil or criminal
84   liability, unless the closing agent has actual knowledge that
85   the transaction will result in a violation of this section.
```

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.   (2023)

Amendment No.

```
 86        (c)  The Florida Real Estate Commission shall adopt rules
 87  to implement this subsection, including rules establishing the
 88  form for the affidavit required under this subsection.
 89        (7)(a)  If any real property is owned or acquired in
 90  violation of this section, the real property may be forfeited to
 91  the state.
 92        (b)  The Department of Economic Opportunity may initiate a
 93  civil action in the circuit court of the county in which the
 94  property lies for the forfeiture of the real property or any
 95  interest therein.
 96        (c)  Upon filing such action, the clerk must record a lis
 97  pendens in accordance with s. 48.23. The court must advance the
 98  cause on the calendar. The defendant may at any time petition to
 99  modify or discharge the lis pendens based upon a finding that
100  there is no probable cause to believe that the real property, or
101  any portion thereof, is owned or held in violation of this
102  section.
103        (d)  If the court finds that the real property, or any
104  portion thereof, is owned or held in violation of this section,
105  the court must enter a final judgment of forfeiture vesting
106  title to the real property in this state, subject only to the
107  rights and interests of bona fide lienholders, and such final
108  judgment relates back to the date of the lis pendens.
109        (e)  The department may sell the real property subject to a
110  final judgment of forfeiture. Any proceeds from the sale must
```

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.   (2023)

Amendment No.

```
111  first be paid to any lienholders of the land, followed by
112  payment of any outstanding fines assessed pursuant to this
113  section, after which the department must be reimbursed for all
114  costs related to the forfeiture civil action and any costs
115  related to the sale of the land. Any remaining proceeds must be
116  paid to the property owner.
117      (f)  At any time during the forfeiture proceeding the
118  department may seek an ex parte order of seizure of the real
119  property upon a showing that the defendant's control of the real
120  property constitutes a clear and present danger to the state.
121      (8)  A foreign principal that purchases or acquires real
122  property or any interest therein in violation of this section
123  commits a misdemeanor of the second degree, punishable as
124  provided in s. 775.082 or s. 775.083.
125      (9)  A person who knowingly sells real property or any
126  interest therein in violation of this section commits a
127  misdemeanor of the second degree, punishable as provided in s.
128  775.082 or s. 775.083.
129      (10)  The Department of Economic Opportunity shall adopt
130  rules to implement this section.
131      Section 7.  Section 692.204, Florida Statutes, is created
132  to read:
133      692.204  Purchase or acquisition of real property by the
134  People's Republic of China prohibited.—
```

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.   (2023)

Amendment No.

```
135        (1)(a)  The following persons or entities may not directly
136   or indirectly own or acquire by purchase, grant, devise, or
137   descent any interest, except a de minimus indirect interest, in
138   real property in this state:
139        1.  The People's Republic of China, the Chinese Communist
140   Party, or any official or member of the People's Republic of
141   China or the Chinese Communist Party.
142        2.  Any other political party or member of a political
143   party or a subdivision of a political party in the People's
144   Republic of China.
145        3.  A partnership, an association, a corporation, an
146   organization, or any other combination of persons organized
147   under the laws of or having its principal place of business in
148   the People's Republic of China, or a subsidiary of such entity.
149        4.  Any person who is domiciled in the People's Republic of
150   China and who is not a citizen or lawful permanent resident of
151   the United States.
152        (b)  A person or entity has a de minimus indirect interest
153   if any ownership is the result of the person's or entity's
154   ownership of registered equities in a publicly traded company
155   owning the land and if the person's or entity's ownership
156   interest in the company is less than 5 percent of any class of
157   registered equities or less than 5 percent in the aggregate in
158   multiple classes of registered equities.
159        (c)  Paragraph (a) does not apply to:
```

160    1.  The purchase of a single primary residence on a parcel
161 of real property that is up to 2 acres if such purchase is made
162 by a permanent worker who holds a current verified Employment-
163 Based Immigrant Visa sponsored by a company wholly owned by the
164 United States. A purchase of real property under this paragraph
165 must be in the person's name who holds the visa and such person
166 must register the property with the Department of Economic
167 Opportunity within 90 days after the purchase in a form and a
168 manner prescribed by the department. A person who does not
169 register his or her property as required under this subparagraph
170 is subject to the penalties under paragraph (3)(b).
171    2.  An entity that administers and invests funds related to
172 the United States Citizenship and Immigration Services' EB-5
173 Immigrant Investor Program if such entity is controlled by
174 general partners that are United States citizens and all EB-5
175 immigrant investors are passive. If the EB-5 applicant does not
176 obtain his or her visa within 2 years after the purchase of real
177 property using invested funds, the applicant must sell,
178 transfer, or otherwise divest himself or herself of such real
179 property within 4 years after the purchase.
180
181    -----------------------------------------------------------
182                    **T I T L E   A M E N D M E N T**
183    Remove lines 27-79 and insert:

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.  (2023)

Amendment No.

```
184            respectively; providing exceptions; authorizing
185            foreign principals to continue to own or hold such
186            land or property under certain circumstances;
187            requiring certain foreign principals that own or
188            acquire such land or real property to register with a
189            specified department; requiring the Department of
190            Agriculture and Consumer Services and the Department
191            of Economic Opportunity, respectively, to establish a
192            form for such registration; providing civil penalties;
193            authorizing the Department of Agriculture and Consumer
194            Services and the Department of Economic Opportunity to
195            place a lien against unregistered agricultural land or
196            real property, respectively; requiring certain foreign
197            principals to sell, transfer, or otherwise divest
198            themselves of certain agricultural land or real
199            property within a specified timeframe; requiring
200            buyers of such land or property to provide a signed
201            affidavit; specifying that the failure to maintain or
202            obtain the affidavit does not affect the title or
203            insurability of the title for the agricultural land or
204            real property, respectively, or subject the closing
205            agent to certain liability; authorizing the Florida
206            Real Estate Commission to adopt rules; authorizing
207            that certain agricultural land or real property be
208            forfeited to the state; authorizing the Department of
```

510709

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng. (2023)

Amendment No.

```
209        Agriculture and Consumer Services and the Department
210        of Economic Opportunity to initiate civil actions for
211        forfeiture of the interest in agricultural land or
212        real property, respectively; requiring that such
213        actions be filed in a certain circuit court; requiring
214        clerks to record a lis pendens; requiring courts to
215        advance the cause on the calendar; authorizing
216        defendants to petition to modify or discharge the lis
217        pendens; requiring the court to enter a specified
218        final judgment under certain circumstances;
219        authorizing the Department of Agriculture and Consumer
220        Services and the Department of Economic Opportunity,
221        respectively, to sell the agricultural land or real
222        property; providing requirements for the proceeds from
223        such sale; authorizing the Department of Agriculture
224        and Consumer Services and the Department of Economic
225        Opportunity, respectively, to seek a specified ex
226        parte order; providing criminal penalties; requiring
227        the Department of Agriculture and Consumer Services
228        and the Department of Economic Opportunity,
229        respectively, to adopt rules; creating s. 692.204,
230        F.S.; prohibiting the People's Republic of China, the
231        Chinese Communist Party, any other political party or
232        member of a political party in the People's Republic
233        of China, and certain persons and entities from
```

510709

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.  (2023)

Amendment No.

```
234        purchasing or acquiring real property in this state or
235        having more than a de minimus indirect interest in
236        such real property; providing exceptions; authorizing
237        such persons and
```

510709

Approved For Filing: 4/27/2023 9:51:18 AM