# EXHIBIT 48

HOUSE AMENDMENT
Bill No. CS/CS/SB 264, 1st Eng.   (2023)

Amendment No.

CHAMBER ACTION

Senate                                                    House

.

1  Representative Driskell offered the following:
2
3       **Amendment to Amendment (510709)**
4       Remove lines 165-170 and insert:
5  must be in the person's name who holds the visa.

353175

Approved For Filing: 4/30/2023 4:43:07 PM

Page 1 of 1