# EXHIBIT 49

HOUSE AMENDMENT
Bill No. CS/CS/SB 264, 1st Eng.   (2023)

Amendment No.

CHAMBER ACTION

Senate                                             House

.

1  Representative Borrero offered the following:
2
3      **Amendment**
4      Remove lines 261-462 and insert:
5  agricultural under s. 193.461 or under the comprehensive plan
6  applicable to the land.
7      (2)  "Critical infrastructure facility" means any of the
8  following, if it employs measures such as fences, barriers, or
9  guard posts that are designed to exclude unauthorized persons:
10     (a)  A chemical manufacturing facility.
11     (b)  A refinery.
12     (c)  An electrical power plant as defined in s.
13  403.031(20), including a substation, switching station,

639273

Approved For Filing: 5/1/2023 2:46:06 PM

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.  (2023)

Amendment No.

14 electrical control center, or electric transmission or
15 distribution facility.
16     (d)  A water intake structure, water treatment facility,
17 wastewater treatment plant, or pump station.
18     (e)  A natural gas transmission compressor station.
19     (f)  A liquid natural gas terminal or storage facility.
20     (g)  A telecommunications central switching office.
21     (h)  An inland port or other facility or group of
22 facilities serving as a point of intermodal transfer of freight
23 in a specific area physically separated from a seaport.
24     (i)  A gas processing plant, including a plant used in the
25 processing, treatment, or fractionation of natural gas.
26     (j)  A seaport as listed in s. 311.09.
27     (k)  A spaceport territory as defined in s. 331.303(18).
28     (l)  An airport as defined in s. 333.01.
29     (3)  "Foreign country of concern" means the People's
30 Republic of China, the Russian Federation, the Islamic Republic
31 of Iran, the Democratic People's Republic of Korea, the Republic
32 of Cuba, the Venezuelan regime of Nicolás Maduro, or the Syrian
33 Arab Republic, including any agency of or any other entity of
34 significant control of such foreign country of concern.
35     (4)  "Foreign principal" means:
36     (a)  The government or any official of the government of a
37 foreign country of concern;

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.   (2023)

Amendment No.

```
38         (b)  A political party or member of a political party or
39   any subdivision of a political party in a foreign country of
40   concern;
41         (c)  A partnership, association, corporation, organization,
42   or other combination of persons organized under the laws of or
43   having its principal place of business in a foreign country of
44   concern, or a subsidiary of such entity;
45         (d)  Any person who is domiciled in a foreign country of
46   concern and is not a citizen or lawful permanent resident of the
47   United States.
48         (5)  "Military installation" has the same meaning as in 10
49   U.S.C. s. 2801(c)(4) and includes an armory as defined in s.
50   250.01.
51         (6)  "Real property" means land, buildings, fixtures, and
52   all other improvements to land.
53         Section 5.  Section 692.202, Florida Statutes, is created
54   to read:
55         692.202  Purchase of agricultural land by foreign
56   principals prohibited.—
57         (1)  A foreign principal may not directly or indirectly own
58   or acquire by purchase, grant, devise, or descent agricultural
59   land or any interest, except a de minimus indirect interest, in
60   such land in this state. A foreign principal has a de minimus
61   indirect interest if any ownership in such land is the result of
62   the foreign principal's ownership of registered equities in a
```

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.   (2023)

Amendment No.

63  publicly traded company owning the land and if the foreign
64  principal's ownership interest in the company is less than 5
65  percent of any class of registered equities or less than 5
66  percent in the aggregate in multiple classes of registered
67  equities.
68      (2)  A foreign principal that directly or indirectly owns
69  or acquires agricultural land or any interest in such land in
70  this state before July 1, 2023, may continue to own or hold such
71  land or interest, but may not purchase or otherwise acquire by
72  grant, devise, or descent any additional agricultural land or
73  interest in such land in this state.
74      (3)(a)  A foreign principal that directly or indirectly
75  owns or acquires agricultural land or any interest in such land
76  in this state before July 1, 2023, must register with the
77  Department of Agriculture and Consumer Services by January 1,
78  2024. The department must establish a form for such
79  registration, which, at minimum, must include all of the
80  following:
81      1.  The name of the owner of the agricultural land or the
82  owner of the interest in such land.
83      2.  The address of the agricultural land, the property
84  appraiser's parcel identification number, and the property's
85  legal description.
86      3.  The number of acres of the agricultural land.

639273

Approved For Filing: 5/1/2023 2:46:06 PM

Case 4:23-cv-00208-AW-MAF   Document 21-56   Filed 06/06/23   Page 6 of 11

HOUSE AMENDMENT
Bill No. CS/CS/SB 264, 1st Eng.   (2023)
Amendment No.

```
 87         (b)  A foreign principal that fails to timely file a
 88   registration with the department is subject to a civil penalty
 89   of $1,000 for each day that the registration is late. The
 90   department may place a lien against the unregistered
 91   agricultural land for the unpaid balance of any penalties
 92   assessed under this paragraph.
 93         (4)  Notwithstanding subsection (1), a foreign principal
 94   may acquire agricultural land on or after July 1, 2023, by
 95   devise or descent, through the enforcement of security
 96   interests, or through the collection of debts, provided that the
 97   foreign principal sells, transfers, or otherwise divests itself
 98   of the agricultural land within 2 years after acquiring the
 99   agricultural land.
100         (5)(a)  At the time of purchase, a buyer of agricultural
101   land or an interest in such land must provide an affidavit
102   signed under penalty of perjury attesting that the buyer is:
103         1.  Not a foreign principal; and
104         2.  In compliance with the requirements of this section.
105         (b)  The failure to obtain or maintain the affidavit does
106   not:
107         1.  Affect the title or insurability of the title for the
108   agricultural land; or
109         2.  Subject the closing agent to civil or criminal
110   liability, unless the closing agent has actual knowledge that
111   the transaction will result in a violation of this section.
```

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.   (2023)

Amendment No.

```
112          (c)  The Florida Real Estate Commission shall adopt rules
113     to implement this subsection, including rules establishing the
114     form for the affidavit required under this subsection.
115          (6)(a)  The agricultural land or an interest in such land
116     that is owned or acquired in violation of this section may be
117     forfeited to the state.
118          (b)  The Department of Agriculture and Consumer Services
119     may initiate a civil action in the circuit court of the county
120     in which the property lies for the forfeiture of the
121     agricultural land or any interest therein.
122          (c)  Upon filing such action, the clerk must record a lis
123     pendens in accordance with s. 48.23. The court must advance the
124     cause on the calendar. The defendant may at any time petition to
125     modify or discharge the lis pendens based upon a finding that
126     there is no probable cause to believe that the agricultural
127     land, or any portion thereof, is owned or held in violation of
128     this section.
129          (d)  If the court finds that the agricultural land, or any
130     portion thereof, is owned or held in violation of this section,
131     the court must enter a final judgment of forfeiture vesting
132     title to the agricultural land in this state, subject only to
133     the rights and interests of bona fide lienholders, and such
134     final judgment relates back to the date of the lis pendens.
135          (e)  The department may sell the agricultural land subject
136     to a final judgment of forfeiture. Any proceeds from the sale
```

639273

Approved For Filing: 5/1/2023 2:46:06 PM

```
137  must first be paid to any lienholders of the land, followed by
138  payment of any outstanding fines assessed pursuant to this
139  section, after which the department must be reimbursed for all
140  costs related to the forfeiture civil action and any costs
141  related to the sale of the land. Any remaining proceeds must be
142  paid to the property owner.
143       (f)  At any time during the forfeiture proceeding the
144  department may seek an ex parte order of seizure of the
145  agricultural land upon a showing that the defendant's control of
146  the agricultural land constitutes a clear and present danger to
147  the state.
148       (7)  A foreign principal that purchases or acquires
149  agricultural land or any interest therein in violation of this
150  section commits a misdemeanor of the second degree, punishable
151  as provided in s. 775.082 or s. 775.083.
152       (8)  A person who knowingly sells agricultural land or any
153  interest therein in violation of this section commits a
154  misdemeanor of the second degree, punishable as provided in s.
155  775.082 or s. 775.083.
156       (9)  The Department of Agriculture and Consumer Services
157  shall adopt rules to implement this section.
158       Section 6.  Section 692.203, Florida Statutes, is created
159  to read:
```

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.   (2023)

Amendment No.

```
160       692.203  Purchase of real property on or around military
161  installations and critical infrastructure facilities by foreign
162  principals prohibited.—
163       (1)  A foreign principal may not directly or indirectly own
164  or acquire by purchase, grant, devise, or descent any interest,
165  except a de minimus indirect interest, in real property on or
166  within 20 miles of any military installation or critical
167  infrastructure facility in this state. A foreign principal has a
168  de minimus indirect interest if any ownership is the result of
169  the foreign principal's ownership of registered equities in a
170  publicly traded company owning the land and if the foreign
171  principal's ownership interest in the company is less than 5
172  percent of any class of registered equities or less than 5
173  percent in the aggregate in multiple classes of registered
174  equities.
175       (2)  A foreign principal that directly or indirectly owns
176  or acquires any interest in real property on or within 20 miles
177  of any military installation or critical infrastructure facility
178  in this state before July 1, 2023, may continue to own or hold
179  such real property, but may not purchase or otherwise acquire by
180  grant, devise, or descent any additional real property on or
181  within 20 miles of any military installation or critical
182  infrastructure facility in this state.
183       (3)(a)  A foreign principal that owns or acquires real
184  property on or within 20 miles of any military installation or
```

639273

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.  (2023)

Amendment No.

185  critical infrastructure facility in this state before July 1,
186  2023, must register with the Department of Economic Opportunity
187  by January 1, 2024. The department must establish a form for
188  such registration which, at a minimum, must include all of the
189  following:
190      1.  The name of the owner of the real property.
191      2.  The address of the real property, the property
192  appraiser's parcel identification number, and the property's
193  legal description.
194      (b)  A foreign principal that fails to timely file a
195  registration with the department is subject to a civil penalty
196  of $1,000 for each day that the registration is late. The
197  department may place a lien against the unregistered real
198  property for the unpaid balance of any penalties assessed under
199  this paragraph.
200      (4)  Notwithstanding subsection (1), a foreign principal
201  may acquire real property or any interest therein which is on or
202  within 20 miles of any military installation or critical
203  infrastructure facility in this state on or after July 1, 2023,
204  by devise or descent, through the enforcement of security
205  interests, or through the collection of debts, provided that the
206  foreign principal sells, transfers, or otherwise divests itself
207  of such real property within 2 years after acquiring the real
208  property.

639273

Approved For Filing: 5/1/2023 2:46:06 PM

HOUSE AMENDMENT

Bill No. CS/CS/SB 264, 1st Eng.  (2023)

Amendment No.

| | |
|---|---|
| 209 | (5)(a)  At the time of purchase, a buyer of the real |
| 210 | property that is on or within 20 miles of any military |
| 211 | installation or |

639273

Approved For Filing: 5/1/2023 2:46:06 PM