EXHIBIT 51

**The Florida Senate**
# HOUSE MESSAGE SUMMARY

Prepared By: The Professional Staff of the Committee on Judiciary

[2023s00264.hms.ju]

BILL:             CS/CS/SB 264

INTRODUCER:       Senators Collins and Avila

SUBJECT:          Interests of Foreign Countries

DATE:             May 2, 2023

## I. Amendments Contained in Message:

**House Amendment - 048607** (body with title)

## II. Summary of Amendments Contained in Message:

**House Amendment *048607*** revises the bill to no longer regulate purchases of real property near critical infrastructure facilities. It also narrows the scope of the bill to regulate purchases of real property by certain foreign principals only within 1 mile of military installations, instead of within 20 miles. It expands the de minimus ownership interest exception to include non-controlling interests in companies controlled by a company that is both registered with the SEC as an investment adviser and is not a foreign entity. Finally, it allows certain Chinese persons legally present in the state for purposes other than tourism to purchase a single primary residence.