

EXHIBIT 52

Sequence: 440
Session Day: 58
Calendar Page:

**The Florida House of Representatives**
2023 Regular Session

Date: 05/03/2023
Time: 01:18 PM

CS/CS/SB 264, 1st Eng.
Passage
Third Reading

Yeas - 95          Nays - 17          Not Voting - 7

**Presiding - Payne**

| | | | | | |
|---|---|---|---|---|---|
| Y | Abbott-5 | N | Eskamani-42 | Y | Overdorf-85 |
| Y | Altman-32 | Y | Esposito-77 | Y | Payne-20 |
| Y | Alvarez-69 | Y | Fabricio-110 | Y | Perez-116 |
| Y | Amesty-45 | Y | Fernandez-Barquin-118 | Y | Persons-Mulicka-78 |
| Y | Anderson-57 | Y | Fine-33 | Y | Plakon-36 |
| Y | Andrade-2 | Y | Franklin-8 | Y | Plasencia-37 |
| N | Antone-41 | Y | Gantt-109 | Y | Porras-119 |
| N | Arrington-46 | Y | Garcia-115 | N | Rayner-Goolsby-62 |
| Y | Baker-17 | Y | Garrison-11 | Y | Renner-19 |
| Y | Bankson-39 | Y | Giallombardo-79 | Y | Rizo-112 |
| Y | Barnaby-29 | Y | Gonzalez Pittman-65 | Y | Roach-76 |
| N | Bartleman-103 | Y | Gossett-Seidman-91 | Y | Robinson, F.-104 |
| Y | Basabe-106 | N | Gottlieb-102 | Y | Robinson, W.-71 |
| Y | Bell-49 | Y | Grant-75 | Y | Rommel-81 |
| Y | Beltran-70 | Y | Gregory-72 | Y | Roth-94 |
| Y | Benjamin-107 | Y | Griffitts-6 | Y | Rudman-3 |
| Y | Berfield-58 | N | Harris-44 | Y | Salzman-1 |
| Y | Black-15 | N | Hart-63 | Y | Shoaf-7 |
| Y | Borrero-111 | Y | Hawkins-35 | Y | Silvers-89 |
| Y | Botana-80 | | Hinson-21 | Y | Sirois-31 |
| Y | Brackett-34 | Y | Holcomb-53 | Y | Skidmore-92 |
| N | Bracy Davis-40 | N | Hunschofsky-95 | Y | Smith-38 |
| Y | Brannan-10 | Y | Jacques-59 | Y | Snyder-86 |
| Y | Buchanan-74 | | Joseph-108 | Y | Stark-47 |
| Y | Busatta Cabrera-114 | | Killebrew-48 | Y | Steele-55 |
| Y | Campbell-99 | Y | Koster-66 | Y | Stevenson-18 |
| Y | Canady-50 | Y | LaMarca-100 | N | Tant-9 |
| Y | Caruso-87 | Y | Leek-28 | Y | Temple-52 |
| Y | Casello-90 | N | López, J.-43 | Y | Tomkow-51 |
| Y | Cassel-101 | Y | Lopez, V.-113 | Y | Trabulsy-84 |
| | Chambliss-117 | Y | Maggard-54 | Y | Tramont-30 |
| | Chaney-61 | Y | Maney-4 | Y | Truenow-26 |
| Y | Clemons-22 | Y | Massullo-23 | Y | Tuck-83 |
| Y | Cross-60 | Y | McClain-27 | N | Valdés-64 |
| Y | Daley-96 | Y | McClure-68 | Y | Waldron-93 |
| | Daniels-14 | Y | McFarland-73 | N | Williams-98 |
| N | Driskell-67 | Y | Melo-82 | N | Woodson-105 |
| Y | Duggan-12 | Y | Michael-16 | Y | Yarkosky-25 |
| N | Dunkley-97 | Y | Mooney-120 | Y | Yeager-56 |
| Y | Edmonds-88 | | Nixon-13 | | |

Y=Yea          N=Nay          EX=Excused          AV=Abstain