

EXHIBIT 54

Sequence: 56  
Session Day: 59  
Calendar Page:

**The Florida Senate**  
2023 Regular Session

Date: 05/04/2023  
Time: 05:48 PM

CS/CS/SB 264  
Returning Messages

Yeas - 31          Nays - 8          Not Voting - 1

**Presiding - President Passidomo**

| | | | | | |
|---|---|---|---|---|---|
| Y | Albritton-27 | Y | DiCeglie-18 | N | Polsky-30 |
| Y | Avila-39 | Y | Garcia-36 | N | Powell-24 |
| Y | Baxley-13 | Y | Grall-29 | Y | Rodriguez-40 |
| N | Berman-26 | Y | Gruters-22 | N | Rouson-16 |
| N | Book-35 | Y | Harrell-31 | Y | Simon-3 |
| Y | Boyd-20 | Y | Hooper-21 |   | Stewart-17 |
| Y | Bradley-6 | Y | Hutson-7 | N | Thompson-15 |
| Y | Brodeur-10 | Y | Ingoglia-11 | Y | Torres-25 |
| Y | Broxson-1 | N | Jones-34 | Y | Trumbull-2 |
| Y | Burgess-23 | Y | Martin-33 | Y | Wright-8 |
| Y | Burton-12 | Y | Mayfield-19 | Y | Yarborough-4 |
| Y | Calatayud-38 | Y | Osgood-32 | Y | President Passidomo-28 |
| Y | Collins-14 | Y | Perry-9 | | |
| N | Davis-5 | Y | Pizzo-37 | | |

Y=Yea          N=Nay          EX=Excused          AV=Abstain