IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.                              Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER SETTING HEARING

Plaintiffs moved for a preliminary injunction and for an expedited briefing schedule and hearing. ECF Nos. 21, 22. The clerk will set a telephonic scheduling conference for June 9 at 11:00 a.m. The purpose of the hearing will be to address timing and procedure, not the substance of Plaintiffs' request for an injunction. If the parties all agree, the clerk will reset the hearing for any other time available on the court's calendar.

Counsel for all parties must confer before the hearing and try to reach agreement regarding scheduling of a hearing and briefing. They must also address whether there is a need for an evidentiary hearing and, if so, appropriate parameters for such a hearing. They must also address whether the motion for preliminary

1

injunction should be consolidated with a trial on the merits. *See* Fed. R. Civ. P. 65(a)(2). They should also address any other matter that could streamline resolution of the preliminary injunction motion or the case.

    SO ORDERED on June 7, 2023.

s/ *Allen Winsor*
United States District Judge
