IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN**, an individual,
**ZHIMING XU**, an individual,
**XINXI WANG**, an individual,
**YONGXIN LIU**, an individual, and
**MULTI-CHOICE REALTY, LLC,**

    Plaintiffs,

vs.                                                                  Case No. 4:23cv208-AW-MAF

**WILTON SIMPSON**, in his
official capacity as Florida
Commissioner of Agriculture
and Consumer Affairs,
**MEREDITH IVEY**, in her official
capacity as Acting Secretary of
the Florida Department of
Economic Opportunity, and
**PATRICIA FITZGERALD**, in her
official capacity as Chair of the
Florida Real Estate Commission,

    Defendants.
_____/

# O R D E R

    Five additional motions have been filed seeking leave to proceed *pro hac vice*. The first motion is filed by attorney Keliang Zhu, seeking to appear on behalf of the Plaintiffs in this action. ECF No. 13. The motion

demonstrates that counsel does not reside in the State of Florida and is a member in good standing of the State Bar of California.  *Id.*  Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid.  *Id.*  The motion, ECF No. 13, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The second motion is filed by attorney Cody Wofsyy, also seeking to appear on behalf of the Plaintiffs.  ECF No. 14.  The motion demonstrates that counsel does not reside in the State of Florida and is a member in good standing of the State Bar of California.  *Id.*  Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid.  *Id.*  The motion, ECF No. 14, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The third motion is filed by attorney Derek L. Shaffer, who also seeks to appear on behalf of the Plaintiffs.  ECF No. 16.  The motion demonstrates that counsel resides in the District of Columbia where he is admitted to practice law and is a member in good standing of the Bar of the District of Columbia.  *Id.*  Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee

has been paid. *Id.* The motion, ECF No. 16, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The fourth motion is filed by attorney Elizabeth Linda Koo, ECF No. 19, seeking to appear on behalf of the Plaintiffs. The motion demonstrates that counsel resides in the State of New York, regularly practices law in New York, NY, and is an active member in good standing of the New York Bar. *Id.* Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid. *Id.* The motion, ECF No. 19, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The fifth motion is filed by attorney Bethany Y. Li, who also seeks to appear on behalf of the Plaintiffs. ECF No. 20. The motion demonstrates that counsel resides in the State of Massachusets, she regularly practices law in the State of New York, and is a member in good standing of the Bar of the Commonwealth of Massachusetts. *Id.* Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid. *Id.* The motion, ECF No. 20, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is

**ORDERED:**

1. The motion for leave to appear *pro hac vice* for Plaintiffs, ECF No. 13, is **GRANTED**.

2. The motion for leave to appear *pro hac vice* for Plaintiffs, ECF No. 14, is **GRANTED**.

3. The motion for leave to appear *pro hac vice* for Plaintiffs, ECF No. 16, is **GRANTED**.

4. The motion for leave to appear *pro hac vice* for Plaintiffs, ECF No. 19, is **GRANTED**.

5. The motion for leave to appear *pro hac vice* for Plaintiffs, ECF No. 20, is **GRANTED**.

**DONE AND ORDERED** on June 7, 2023.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**