# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| YIFAN SHEN, an individual, ZHIMING XU, an individual, XINXI WANG, an individual, YONGXIN LIU, an individual, and MULTI-CHOICE REALTY LLC, a limited liability corporation,<br><br>　　　　　　*Plaintiffs,*<br><br>v.<br><br>WILTON SIMPSON, in his official capacity as Commissioner of Agriculture for the Florida Department of Agriculture and Consumer Affairs, MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission,<br><br>　　　　　　*Defendants.* | Case No. 4:23-cv-00208 |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Haiyan Tang respectfully moves this Court for leave to appear *pro hac vice* on behalf of YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY LLC, a limited liability corporation ("Plaintiffs"), and states as follows:

1. Plaintiffs have retained the law firm of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn") to represent them in this matter. In addition, Plaintiffs have retained our co-counsel American Civil Liberties Union Foundation of Florida, Inc., DeHeng Law Offices PC, and the Asian American Legal Defense and Education Fund as counsel in this matter.

2. I reside in the California, I am not a resident of the State of Florida, and I am not admitted to practice in the Northern District of Florida.

3. I am an attorney with Quinn Emanuel Urquhart & Sullivan, and regularly practice law at Quinn's office in Los Angeles.

4. I am licensed to practice law in California and an active member in good standing of the CA Bar (Member No. 255931). A current Certificate of Good Standing is attached as Exhibit A.

5. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND1685966106620.

6. I have reviewed the CM/ECF Attorney User's Guide.

7. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Haiyan Tang respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.


Dated: June 8, 2023                                        Quinn Emanuel Urquhart & Sullivan LLP


   */s/ Haiyan Tang*
Haiyan Tang
865 South Figueroa Street, 10th Floor,
Los Angeles, California 90017
(213) 443 3000
haiyantang@quinnemanuel.com

*Counsel for Plaintiffs*

# EXHIBIT A

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

June 5, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HAIYAN TANG, #255931 was admitted to the practice of law in this state by the Supreme Court of California on May 30, 2008 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records