UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY LLC,

    *Plaintiffs*,

v.

WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, et al.

    *Defendants*,

No. 4:23-cv-208-AW-MAF

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel Nordby of Shutts & Bowen LLP hereby enters his appearance as additional counsel for Defendant Wilton Simpson, in his official capacity as Florida Commissioner of Agriculture.

Dated: June 8, 2023

Respectfully submitted,

*/s/ Daniel Nordby*
Daniel E. Nordby (FBN 14588)
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
850-241-1717
DNordby@shutts.com
SMartin@shutts.com

*Counsel for Commissioner Wilton Simpson*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Daniel Nordby*
Daniel Nordby
