IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, an individual,
ZHIMING XU, an individual,
XINXI WANG, an individual,
YONGXIN LIU, an individual, and
MULTI-CHOICE REALTY, LLC,

    Plaintiffs,

vs.                                      Case No. 4:23cv208-AW-MAF

WILTON SIMPSON, in his
official capacity as Florida
Commissioner of Agriculture
and Consumer Affairs,
MEREDITH IVEY, in her official
capacity as Acting Secretary of
the Florida Department of
Economic Opportunity, and
PATRICIA FITZGERALD, in her
official capacity as Chair of the
Florida Real Estate Commission,

    Defendants.
_____/

**O R D E R**

A motion for leave to proceed *pro hac vice* has been filed by attorney Haiyan Tang, seeking to appear on behalf of the Plaintiffs.  ECF No. 27. The motion demonstrates that counsel resides not in the State of Florida,

but in California.  *Id.* at 2.  Counsel is an active member in good standing of the State Bar of California.  *Id.*  Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid.  *Id.*  The motion, ECF No. 27, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear *pro hac vice* for Plaintiffs, ECF No. 27, is **GRANTED**.

**DONE AND ORDERED** on June 8, 2023.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE**