AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-208-AW-MAF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Katherine Fernandez Rundle, State Attorney__
was received by me on *(date)* __6/9/2023__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Julio G. Padron, Investigator__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Office of the State Attorney, 11th Judicial Circuit__ on *(date)* __6/9/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __1.50__ for travel and $ __0.00__ for services, for a total of $ __1.50__ .

I declare under penalty of perjury that this information is true.

Date: __6/9/2023__

*Server's signature*

__Suchait Kahlon, Summer Law Clerk__
*Printed name and title*

__ACLU of Florida, 4343 W. Flagler St. Ste. 400, Miami, FL 33134__
*Server's address*

Additional information regarding attempted service, etc: