|  |  |
|---|---|
|  | Start: 11:01 a.m. |
|  | Stop: 11:28 a.m. |

## UNITED STATES DISTRICT COURT
## CIVIL MINUTES - GENERAL

Case No:    4:23-cv-208-AW                                Date: 06-09-2023

Title:

---

DOCKET ENTRY:

       Telephonic Hearing

---

PRESENT:    Honorable ALLEN C WINSOR, District Judge

| TiAnn Stark | Lisa Snyder (USDC-Tallahassee) |
|---|---|
| Deputy Clerk | Court Reporter |
| Patrick Toomey | Daniel Bell, Daniel Nordby |
| Attorney for Plaintiff(s) | Attorneys for Defendant(s) |

---

PROCEEDINGS:

| 11:01 a.m. | Court called to order |
|---|---|
|  | Arguments presented by both sides |
|  | Written order to follow |
| 11:28 a.m. | Court adjourned |