## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:23-CV-208-AW-MAF

Plaintiff:
**YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTICHOICE REALTY, LLC**

vs.

Defendant:
**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission**


LIN2023024751

For:
Daniel B. Tilley
ACLU
4343 West Flagler Street
Miami, FL 33134

Received by Lynx Legal Services, LLC on the 12th day of June, 2023 at 12:05 pm to be served on **Monique Worrell c/o: Office of the State Attorney, 9th Judicial Circuit, 415 North Orange Avenue, Orlando, FL 32801**.

I, Raymond Bounds, being duly sworn, depose and say that on the **13th day of June, 2023** at **12:10 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Plaintiff's Corrected Emergency Motion For Preliminary Injunction, Order Setting Hearing, 21-Day Summons in a Civil Action, First Amended Complaint, Plaintiff's Motion For Expedited Briefing & Hearing On Plaintiff's Motion For Preliminary Injunction, Plaintiff's Rule 7.1 Corporate Disclosure Statement, Civil Cover Sheet, Plaintiff's Emergency Motion For Preliminary Injunction, Proposed Order Granting Plaintiff's Motion For Preliminary Injunction, Declaration Of Zhiming XU, Exhibit "1", Declaration Of Yifan Shen, Exhibit "1", Declaration Of XinXi Wang, Declaration Of Yongxin Liu, Declaration Of Jian Song, Declaration Of Kelliang Zhu and Exhibits** with the date and hour of service endorsed thereon by me, to: **Paola Perez** as **Front Desk**, a person employed therein and stated as authorized to accept service for **Monique Worrell** at the address of: **415 North Orange Avenue, Orlando, FL 32801**, the within named person's usual place of employment, in compliance with State Statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: _, Weight: _, Hair: Brown, Glasses: Y

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Subscribed and Sworn to before me by means of [ ] Physical Presence or [ ] Online Notarization on the _____ day of _____, _____ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**Raymond Bounds**
ID No. 528

**Lynx Legal Services, LLC
201 E. Pine Street
Suite 740
Orlando, FL 32801
(407) 872-0707**

Our Job Serial Number: LIN-2023024751

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r