# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY, LLC,<br><br>   *Plaintiffs*,<br><br>v.<br><br>WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission, R.J. LARIZZA, in his official capacity as State Attorney for the 7th Judicial Circuit, MONIQUE WORRELL, in her official capacity as State Attorney for the 9th Judicial Circuit, and KATHERINE FERNANDEZ RUNDLE, in her official capacity as State Attorney for the 11th Judicial Circuit,<br><br>   *Defendants*. | Case No. 4:23-cv-208-AW-MAF |

**CORPORATE DISCLOSURES FOR RACIAL JUSTICE CENTERS, AFFINITY BAR AND PROFESSIONAL ASSOCIATIONS, AND CIVIL <u>RIGHTS ADVOCACY ORGANIZATIONS AS AMICI CURIAE</u>**

Consistent with Federal Rules of Appellate Procedure 26.1 and 29(c)(1), undersigned counsel for amici make the following disclosures:

*Racial Justice Centers*

**Fred T. Korematsu Center for Law and Equality at Seattle University School of Law**

The Fred T. Korematsu Center for Law and Equality ("Korematsu Center") is a research and advocacy organization based at Seattle University, a non-profit educational institution under Section 501(c)(3) of the Internal Revenue Code. The Korematsu Center does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

**Center for Immigration Law, Policy, and Justice at Rutgers Law School**

The Center for Immigration Law, Policy, and Justice at Rutgers Law School ("CILPJ") is a policy-based center that advocates for the adoption of equitable and more inclusive laws, regulations, policies, and practices for all people – citizens and non-citizens alike. CILPJ is based at Rutgers University, a non-profit educational institution under Section 501(c)(3) of the Internal Revenue Code. Rutgers University does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

**Aoki Center for Critical Race and Nation Studies at UC Davis School of Law**

The Aoki Center for Critical Race and Nation Studies at UC Davis School of Law ("Aoki Center") is a program of the University of California, Davis, School of

Law, a non-profit educational institution under Section 501(c)(3) of the Internal Revenue Code. University of California, Davis does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

### LLS Anti-Racism Center of LMU Loyola Law School

The LLS Anti-Racism Center of LMU Loyola Law School ("LARC") is a research and advocacy center based at LMU Loyola Law School, a non-profit educational institution under Section 501(c)(3) of the Internal Revenue Code. LARC does not have any parent corporation or issue stock and is not a publicly held corporation which owns 10 percent or more of its stock.

### Center on Race, Inequality, and the Law at New York University School of Law

The Center on Race, Inequality, and the Law ("CRIL") is a research and advocacy organization based at New York University, a non-profit educational institution under Section 501(c)(3) of the Internal Revenue Code. CRIL does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

### Boston University Center for Antiracist Research

The Boston University Center for Antiracist Research is a research center based at Boston University, a non-profit educational institution under Section 501(c)(3) of the Internal Revenue Code. The BU Center for Antiracist Research does

not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

### Center for Civil Rights and Racial Justice at the University of Pittsburgh School of Law

The University of Pittsburgh School of Law Center for Civil Rights and Racial Justice mission is to facilitate community-engaged teaching, research, and service in the area of civil rights. It is based at the University of Pittsburgh, a non-profit educational institution under Section 501(c)(3) of the Internal Revenue Code. The University of Pittsburgh does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

*Affinity Bar/Professional Associations*

### Asian Pacific American Bar Association of Tampa Bay

The Asian Pacific American Bar Association of Tampa Bay ("APABA Tampa") is a voluntary bar association of legal professionals that serves the Greater Tampa Bay area, and it is a non-profit organization under Section 501(c)(3) of the Internal Revenue Code. APABA Tampa does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

### Conference of Asian Pacific American Law Faculty

The Conference of Asian Pacific American Law Faculty ("CAPALF") is a non-profit organization under Section 501(c)(3) of the Internal Revenue Code. CAPALF does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

### Hispanic National Bar Association

The Hispanic National Bar Association has no parent corporation and no publicly held corporation owns more than ten percent of its stock.

### National Asian Pacific American Bar Association

The National Asian Pacific American Bar Association ("NAPABA") is a national voluntary bar association of legal professionals, and it is a non-profit organization under Section 501(c)(6) of the Internal Revenue Code. NAPABA does not have any parent corporation or issue stock, and, consequently, there exists no publicly held corporation which owns 10 percent or more of its stock.

### South Asian Bar Association of North America

The South Asian Bar Association of North America ("SABANA") is a not-for-profit bar association organized under Section 501(c)(6) of the Internal Revenue Code. SABANA does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

*Civil Rights and Other Advocacy Organizations*

**Asian Americans Advancing Justice - Asian Law Caucus**

Asian Americans Advancing Justice - Asian Law Caucus certifies that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

**Asian Americans Advancing Justice – Atlanta**

Asian Americans Advancing Justice-Atlanta ("Advancing Justice-Atlanta") is a nonprofit organization operating under Section 501(c)(3) of the Internal Revenue Code. Advancing Justice-Atlanta does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

**Asian American Women's Political Initiative**

The Asian American Women's Political Initiative ("AAWPI"), the country's only political leadership organization for Asian American and Pacific Islander women, is a non-profit organization under Section 501(c)(3) of the Internal Revenue Code. AAWPI does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

**Asian Law Alliance**

The Santa Clara County Asian Law Alliance is a non-profit legal services office based in San Jose, California and is established under Section 501(c)(3) of the

Internal Revenue Code. The Santa Clara County Asian Law Alliance does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

### Chinese for Affirmative Action

Chinese for Affirmative Action ("CAA") is a community-based civil rights organization established under Section 501(c)(3) of the Internal Revenue Code. CAA does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

### Japanese American Citizens League

The Japanese American Citizens League ("JACL") is a membership organization whose ongoing mission is to secure and maintain the civil rights of Japanese Americans and all others who are victimized by injustice and bigotry. JACL is a non-profit organization under Section 501(c)(3) of the Internal Revenue Code. JACL does not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10 percent or more of its stock.

### LatinoJustice PRLDEF

LatinoJustice PRLDEF is a private nonprofit corporation organized under the laws of the State of New York.  It does not issue any stock, and thus there is no publicly held corporation that owns 10% or more of its stock.  It does not have a parent organization.

Dated: June 13, 2023

        Respectfully submitted,

        FOLEY HOAG LLP

        */s/ Madeleine K. Rodriguez*
        Madeleine K. Rodriguez, Esq.
        Bar No. 115796
        Seaport World Trade Center West
        155 Seaport Boulevard
        Boston, Massachusetts 02210-2600
        mrodriguez@foleyhoag.com
        617-832-1720

        COUNSEL FOR AMICI CURIAE

        Gabriel J. Chin*
        UC Davis School of Law
        400 Mrak Hall Dr.
        Davis, CA 95616
        gjchin@ucdavis.edu
        (530) 752-3112

        COUNSEL FOR AMICUS CURIAE AOKI CENTER
        FOR CRITICAL RACE AND NATION STUDIES

        Rose Cuison-Villazor*
        Rutgers Law School
        123 Washington Street
        Newark, NJ 07102
        rose.villazor@law.rutgers.edu
        (973) 353-3159

        COUNSEL FOR AMICUS CURIAE CENTER FOR
        IMMIGRATION LAW, POLICY AND JUSTICE

Robert Chang*
Ronald A. Peterson Law Clinic
Seattle University School of Law
901 12th Avenue
Seattle, WA 98122-1090
changro@seattleu.edu
(206) 398-4025


COUNSEL FOR AMICUS CURIAE FRED T. KOREMATSU CENTER FOR LAW AND EQUALITY

*Motion to appear pro hac vice simultaneously filed*

9