IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY, LLC

*Plaintiffs*,

v.

WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission, R.J. LARIZZA, in his official capacity as State Attorney for the 7th Judicial Circuit, MONIQUE WORRELL, in her official capacity as State Attorney for the 9th Judicial Circuit, and KATHERINE FERNANDEZ RUNDLE, in her official capacity as State Attorney for the 11th Judicial Circuit,

*Defendants*.

Case No. 4:23-cv-208-AW-MAF

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1, Rose C. Cuison-Villazor, Esq., respectfully moves this Court for leave to appear *pro hac vice* on behalf of proposed amici curiae Rutgers Center for Immigration Law, Policy and Justice in this case, and states as follows:

1. I represent the Center for Immigration Law, Policy and Justice at Rutgers Law School in this matter. In addition, the Amici are also represented by Foley Hoag, LLP; Robert S. Chang, Esq.; and Gabriel J. Chin, Esq.

2. I am a member of the Bar of the State of New York (Bar No. 3998911), where I regularly practice law and am a member in good standing. A current Certificate of Good Standing is attached as **Exhibit A.**

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND1685483466599.

5. I have reviewed the CM/ECF Attorney User's Guide.

6. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

Case 4:23-cv-00208-AW-MAF   Document 37   Filed 06/13/23   Page 3 of 4

WHEREFORE, Rose C. Cuison-Villazor respectfully moves this Court or leave to appear *pro hac vice* on behalf of proposed amicus curiae the Rutgers Center for Immigration Law, Policy and Justice.

Dated:  June 13, 2023                 /s/ *Rose C. Cuison-Villazor*
                                      Rose C. Cuison-Villazor
                                      Rutgers Law School
                                      Center for Immigration Law, Policy and Justice
                                      123 Washington Street
                                      Newark, NJ 07102
                                      rose.villazor@law.rutgers.edu
                                      Tel: (973) 353-3159

**CERTIFICATE OF SERVICE**

I, Rose C. Cuison-Villazor, hereby certify that on June 13, 2023, I caused the foregoing to be filed with the Clerk of Court for the United States District Court for the Northern District of Florida by using the CM/ECF system (NextGen). I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: June 13, 2023

                                                */s/ Rose C. Cuison-Villazor*
                                                Rose C. Cuison-Villazor