IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission, R.J. LARIZZA, in his official capacity as State Attorney for the 7th Judicial Circuit, MONIQUE WORRELL, in her official capacity as State Attorney for the 9th Judicial Circuit, and KATHERINE FERNANDEZ RUNDLE, in her official capacity as State Attorney for the 11th Judicial Circuit,<br><br>*Defendants*. | Case No. 4:23-cv-208-AW-MAF |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1, Robert S. Chang, Esq., respectfully moves this Court for leave to appear *pro hac vice* on behalf of proposed amicus curiae The Fred T. Korematsu Center for Law and Equality ("Korematsu Center"), in this case, and states as follows:

1

1. I represent the Korematsu Center in this matter. In addition, the Amici are also represented by Foley Hoag, LLP, Rose Cuison-Villazor, Esq., and Gabriel J. Chin, Esq.

2. I reside in the State of Washington. I am a member of the Bar of the State of Washington (Bar No. 44083), where I am a member in good standing. A current Certificate of Good Standing is attached as **Exhibit A**.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND1685552189606.

5. I have reviewed the CM/ECF Attorney User's Guide.

6. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Robert S. Chang respectfully moves this Court for leave to appear *pro hac vice* on behalf of proposed amicus curiae the Korematsu Center.

Dated:  June 13, 2023

                                       /s/ *Robert S. Chang*
                                       Robert S. Chang
                                       Fred T. Korematsu Center for Law and Equality
                                       Seattle University School of Law
                                       901 12th Avenue
                                       Seattle, WA 98122
                                       changro@seattleu.edu
                                       Tel: (206) 398-4025
                                       Fax: (206) 398-4077

## **CERTIFICATE OF SERVICE**

I, Robert S. Chang, hereby certify that on June 13, 2023, I caused the foregoing to be filed with the Clerk of Court for the United States District Court for the Northern District of Florida by using the CM/ECF system (NextGen). I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: June 13, 2023

*/s/ Robert S. Chang*
Robert S. Chang