IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTI-CHOICE REALTY, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission, R.J. LARIZZA, in his official capacity as State Attorney for the 7th Judicial Circuit, MONIQUE WORRELL, in her official capacity as State Attorney for the 9th Judicial Circuit, and KATHERINE FERNANDEZ RUNDLE, in her official capacity as State Attorney for the 11th Judicial Circuit,<br><br>*Defendants*. | Case No. 4:23-cv-208-AW-MAF |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1, Gabriel J. Chin, Esq., respectfully moves this Court for leave to appear *pro hac vice* on behalf of proposed amicus curiae Aoki Center for Critical Race and Nation Studies ("Aoki Center"), and states as follows:

1

1. I represent the Aoki Center in this matter. Other proposed *Amici* are represented by Foley Hoag, LLP, Rose C. Cuison-Villazor, Esq., and Robert S. Chang, Esq.

2. I am a member in good standing of the Bars of the State of New York (Bar No. 2257087) and the U.S. Court of Appeals for the Ninth Circuit. I regularly practice law in those jurisdictions. A current Certificate of Good Standing is attached as Exhibit A.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND1685549436604.

5. I have reviewed the CM/ECF Attorney User's Guide.

6. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Gabriel J. Chin respectfully moves this Court for leave to appear *pro hac vice* on behalf of the Aoki Center.

Dated: June 13, 2023

/s/ Gabriel J. Chin
Gabriel J. Chin
University of California Davis School of Law
400 Mrak Hall Drive
Davis, CA 95616
gjchin@ucdavis.edu
Tel: (530) 752-3112

# Exhibit A



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Gabriel Jackson Chin

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 28, 1989**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on May 30, 2023.

Clerk of the Court

CertID-00121587



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS  
CLERK OF THE COURT

MARGARET SOWAH  
DEPUTY CLERK OF THE COURT

To Whom It May Concern

     An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

     An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

     New York State does not register attorneys as active or inactive.

     An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

     Bar examination history is available from the New York State Board of Law Examiners.

     Instructions, forms and links are available on this Court's website.

*Susanna Rojas*  
Susanna Rojas  
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201  
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/