IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, *et al.*,

   *Plaintiffs*,

v.

WILTON SIMPSON, *et al.*,

   *Defendants*.

Case No. 4:23-cv-208-AW-MAF

**PLAINTIFFS' REPORT REGARDING SERVICE OF PROCESS ON DEFENDANT STATE ATTORNEYS**

At the scheduling conference held on June 9, 2023, the Court instructed Plaintiffs' counsel to serve the three newly-added Defendants—State Attorneys R.J. Larizza (7th Judicial Circuit), Monique Worrell (9th Judicial Circuit), and Katherine Fernandez Rundle (11th Judicial Circuit)—and to promptly notify them of the pendency of this action and Plaintiffs' Motion for a Preliminary Injunction. The following is a status report on Plaintiffs' counsel's efforts:

1. Upon the issuance of the summons the same day, June 9, 2023, Plaintiffs' counsel immediately engaged a process server to conduct rush service on Defendant State Attorneys Larizza and Worrell.

2. On the same day, Plaintiffs' counsel served Defendant State Attorney Rundle by hand. The executed summons return was filed on the docket that day (ECF No. 32).

3. Today, June 13, 2023, Defendant State Attorney Worrell was served by the process server. The affidavit of service was filed on the docket today (ECF No. 35).

4. The process server will attempt to serve Defendant State Attorney Larizza tomorrow. Plaintiffs' counsel provided a copy of the First Amended Complaint, the Motion for a Preliminary Injunction, and the Summons to the main secretary in Defendant Larizza's office by email on Friday, June 9, 2023, with a request to immediately confer.

5. Since the June 9 scheduling conference, Plaintiffs' counsel has made approximately a dozen calls to the phone numbers listed on the three State Attorneys' official websites and left messages regarding the urgent need to confer about this pending action. As noted above, Plaintiffs' counsel has also sought to provide notice by email where appropriate contact information was available. As of today, Plaintiffs' counsel has only been able to speak with an attorney in Defendant Worrell's office, who indicated that process had been served and the matter was being reviewed. Plaintiffs' counsel will continue attempting to meet and confer with the Defendant State Attorneys.

Respectfully submitted this 13th day of June, 2023,

 /s/ Patrick Toomey

-

Daniel B. Tilley (FBN 102882)
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2707
dtilley@aclufl.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Ashley Gorski*
Patrick Toomey*
Sarah Taitz*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
agorski@aclu.org
ptoomey@aclu.org
staitz@aclu.org

Cody Wofsy*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Email: cwofsy@aclu.org

Keliang (Clay) Zhu*
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
(925) 399-5856
czhu@dehengsv.com

Derek L. Shaffer*
William A. Burck[†]
Haiyan Tang*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com
williamburck@quinnemanuel.com
haiyantang@quinnemanuel.com

Bethany Y. Li*
Elizabeth Koo*
Razeen Zaman**
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
bli@aaldef.org
ekoo@aaldef.org

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*
*\*\* Motion for leave to appear pro hac vice pending*
*[†] Motion for leave to appear pro hac vice forthcoming*