IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.                                   Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING LEAVE TO FILE AMICUS BRIEF

The motion for leave to file an amicus brief (ECF No. 36) is GRANTED. The amicus brief (ECF No. 36-1) is accepted and deemed properly filed.

SO ORDERED on June 14, 2023.

                                                s/ *Allen Winsor*
                                                United States District Judge