UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, et al.,

    *Plaintiffs*,

v.

    Case No. 4:23-cv-208-AW-MAF

WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, et al.,

    *Defendants*.

_____/

## JOINT MOTION TO STAY

Plaintiffs and Defendants Wilton Simpson, Meredith Ivey, and Patricia Fitzgerald jointly move to stay the deadlines in this case for responding to Plaintiffs' First Amended Complaint and for discovery matters under Federal Rule of Civil Procedure 26 until the Court issues a ruling on Plaintiff's Corrected Emergency Motion for Preliminary Injunction (ECF No. 23). The parties to this motion believe that the Court's decision on Plaintiffs' Motion for Preliminary Injunction is likely to generate an immediate interlocutory appeal and, in any event, will resolve legal issues that will impact the remainder of the proceedings.

Respectfully submitted this June 14, 2023,

ASHLEY MOODY
*Attorney General*

HENRY C. WHITAKER (FBN 1031175)
  *Solicitor General*
/s/ *Daniel W. Bell*
DANIEL W. BELL (FBN 1008587)
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
  *Solicitor General Fellow*

OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*henry.whitaker@myfloridalegal.com*
*daniel.bell@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*

*Counsel for Defendants Wilton Simpson, Meredith Ivey, and Patricia Fitzgerald*


/s/ *Patrick Toomey*
Daniel B. Tilley (FBN 102882)
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2707
dtilley@aclufl.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769

2

nwarren@aclufl.org

Ashley Gorski*
Patrick Toomey*
Sarah Taitz*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
agorski@aclu.org
ptoomey@aclu.org
staitz@aclu.org

Cody Wofsy*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Email: cwofsy@aclu.org

Keliang (Clay) Zhu*
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
(925) 399-5856
czhu@dehengsv.com

Derek L. Shaffer*
William A. Burck†
Haiyan Tang*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com
williamburck@quinnemanuel.com
haiyantang@quinnemanuel.com

3

Bethany Y. Li*
Elizabeth Koo*
Razeen Zaman**
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
bli@aaldef.org
ekoo@aaldef.org

*Counsel for Plaintiffs*

*\* Admitted pro hac vice*
*\*\* Motion for leave to appear pro hac vice pending*
*† Motion for leave to appear pro hac vice forthcoming*

## CERTIFICATE OF WORD COUNT

Consistent with Local Rule 7.1(F), this motion contains 94 words.

> */s/ Daniel W. Bell*
> Chief Deputy Solicitor General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been furnished by electronic service through the CM/ECF Portal on June 14, 2023, to all counsel of record. Undersigned counsel will also furnish a copy of this motion to the State Attorney Defendants by e-mail.

*/s/ Daniel W. Bell*
Chief Deputy Solicitor General
