IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| YIFAN SHEN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILTON SIMPSON, *etc., et al.*, <br><br> *Defendants*. | Case No. 4:23-cv-208-AW-MAF |

**PLAINTIFFS' CERTIFICATE OF SERVICE
OF JUNE 14, 2023 ORDER REGARDING SCHEDULE (ECF 44)**

Pursuant to the Court's June 14, 2023 Order Regarding Schedule (ECF 44), I certify that all three State Attorney Defendants, who have not yet appeared in this action, have been served with a copy of the Order.

I certify that Plaintiffs' counsel served the Order on State Attorney Katherine Fernandez Rundle today by handing a copy to Elijah Delgado, Clerical Specialist III in the 11th Circuit State Attorney's Office, who accepted service on her behalf. I certify that Plaintiffs' counsel retained a process server to serve the Order on State Attorneys R.J Larizza and Monique Worrell. The Order was personally served on the 7th Circuit State Attorney's Office today. The process server has not yet confirmed if the 9th Circuit State Attorney's Office has been served.

Additionally, at 2:55 P.M. today, Arthur I. "Buddy" Jacobs called me and communicated that he is representing all three State Attorney Defendants in this

- 1 -

matter. Mr. Jacobs consented to service of the Order Regarding Schedule on behalf of all three State Attorney Defendants by email, and I emailed him a copy of the Order at 3:04 P.M.

Finally, before speaking with Mr. Jacobs, Plaintiffs' counsel emailed the Order to Kamilah Perry, Executive Director and General Counsel for the 9th Circuit State Attorney's Office, with whom Plaintiffs' counsel had previously spoken about the lawsuit. And, Plaintiffs' counsel emailed the Order to a Joanne Barnett, main secretary in the 7th Circuit State Attorney's Office.

Respectfully submitted this 15th day of June, 2023,

/s/ *Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

*Attorney for Plaintiffs*