# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.                                            Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## **ORDER GRANTING MOTION TO STAY**

The joint motion to stay (ECF No. 45) is GRANTED. All deadlines (other than those related to the preliminary injunction briefing) are STAYED. Until ordered otherwise, Defendants need not respond to the complaint and the parties need not conduct a Rule 26(f) conference.

Any party may move to lift the stay at any time.

SO ORDERED on June 15, 2023.

                                                  s/ *Allen Winsor*
                                                  United States District Judge