## AFFIDAVIT OF SERVICE
UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:23-CV-208-AW-MAF

Plaintiff: YIFAN SHEN, ZHIMING XU, XINXI WANG, YONGXIN LIU, and MULTICHOICE REALTY, LLC
vs.
Defendant: WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission

LIN2023024749

For:
Daniel B. Tilley
ACLU
4343 West Flagler Street
Miami, FL 33134

Received by LYNX LEGAL SERVICE on the 14th day of June, 2023 at 8:00 am to be served on **R.J Larizza Office Of The State Attorney, 7th Judicial Circuit, 215 North Ridgewood Avenue, Daytona Beach, FL 32114.**

I, Kevin Whitton, being duly sworn, depose and say that on the **14th day of June, 2023** at **10:20 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **21-Day Summons in a Civil Action, First Amended Complaint, Plaintiff's Motion For Expedited Briefing & Hearing On Plaintiff's Motion For Preliminary Injunction, Plaintiff's Corrected Emergency Motion For Preliminary Injunction, Order Setting Hearing, Plaintiff's Rule 7.1 Corporate Disclosure Statement, Civil Cover Sheet, Plaintiff's Emergency Motion For Preliminary Injunction, Proposed Order Granting Plaintiff's Motion For Preliminary Injunction, Declaration Of Zhiming XU, Exhibit "1", Declaration Of Yifan Shen, Exhibit "1", Declaration Of XinXi Wang, Declaration Of Yongxin Liu, Declaration Of Jian Song, Declaration Of Kelliang Zhu and Exhibits** with the date and hour of service endorsed thereon by me, to: **LISA SNOWDEN** as **ASSISTANT TO STATE ATTORNEY R.J. LARIZZA** at the address of: **215 North Ridgewood Avenue, Daytona Beach, FL 32114**, who stated they are authorized to accept service for **R.J Larizza**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45 to 50, Sex: F, Race/Skin Color: White, Height: 5'7" to 5'8", Weight: 125 to 130, Hair: Light Brown, Glasses: Y

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. F.S. 92.525(2)

Subscribed and Sworn to before me on the 15th day of June, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

KIMBERLY ANN WISEMAN
Notary Public - State of Florida
Commission # HH 210514
My Comm. Expires Dec 21, 2025
Bonded through National Notary Assn.

Kevin Whitton
APPOINTED

LYNX LEGAL SERVICE
201 E. Pine Street
Suite 740
Orlando, FL 32801
(407) 872-0707

Our Job Serial Number: LIN-2023024749

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m