IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN**, an individual,
**ZHIMING XU**, an individual,
**XINXI WANG**, an individual,
**YONGXIN LIU**, an individual, and
**MULTI-CHOICE REALTY, LLC,**

    Plaintiffs,

vs.　　　　　　　　　　　　　　　　Case No. 4:23cv208-AW-MAF

**WILTON SIMPSON**, in his
official capacity as Florida
Commissioner of Agriculture
and Consumer Affairs,
**MEREDITH IVEY**, in her official
capacity as Acting Secretary of
the Florida Department of
Economic Opportunity, and
**PATRICIA FITZGERALD**, in her
official capacity as Chair of the
Florida Real Estate Commission,

    Defendants.
_____/

**O R D E R**

Several motions for leave to proceed *pro hac vice* have been filed in this case. The first motion was filed by attorney Razeen Zaman, seeking to appear on behalf of the Plaintiffs. ECF No. 33. The motion demonstrates

that counsel resides in the State of New York and not in Florida. *Id.* at 2. Counsel is an active member in good standing of the New York Bar, has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid. The motion, ECF No. 33, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The second motion was filed by attorney Rose C. Cuison-Villazor, who is seeking leave to appear on behalf of proposed amici curiae, the Rutgers Center for Immigration Law, Policy and Justice. ECF No. 37. The motion demonstrates that counsel is an active member in good standing of the New York Bar, where she resides and regularly practices law. *Id.* at 2. Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid. The motion, ECF No. 37, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The third motion was filed by attorney Robert S. Chang, also seeking leave to appear on behalf of proposed amici curiae, The Fred T. Korematsu Center for Law and Equality. ECF No. 38. The motion demonstrates that counsel resides in the State of Washington and is a member in good standing of the Bar of the State of Washington. *Id.* at 2. Counsel has

completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid. The motion, ECF No. 38, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The third motion was filed by attorney Robert S. Chang, also seeking leave to appear on behalf of proposed amici curiae, The Fred T. Korematsu Center for Law and Equality. ECF No. 38. The motion demonstrates that counsel resides in the State of Washington and is a member in good standing of the Bar of the State of Washington. *Id.* at 2. Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid. The motion, ECF No. 38, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The fourth motion was filed by attorney Gabriel J. Chin, also seeking leave to appear on behalf of proposed amici curiae, Aoki Center for Critical Race and Nation Studies. ECF No. 39. The motion demonstrates that counsel is a member in good standing of the Bar of the State of New York, and it is presumed he resides in California based on his signature block. *Id.* at 2. Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid.

The motion, ECF No. 39, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motions for leave to appear *pro hac vice* for Plaintiffs, ECF No. 33, 37-39, are **GRANTED**.

**DONE AND ORDERED** on June 27, 2023.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**