UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, et al.,

    *Plaintiffs,*

v.                                            Case No. 4:23-cv-208-AW-MAF

WILTON SIMPSON, in his official
capacity as Florida Commissioner of
Agriculture, et al.,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of the undersigned as counsel for Defendants, Commissioner Wilton Simpson, Acting Secretary Meredith Ivey, and Chair Patricia Fitzgerald. Please serve copies of all filings, orders, and other correspondence at the addresses listed below:

Primary email address: Erik.Sayler@myfloridalegal.com

Secondary email address: ComplexLitigation.eservice@myfloridalegal.com

                                        Respectfully submitted,

                                        ASHLEY MOODY
                                        ATTORNEY GENERAL

>*/s/ Erik Sayler*
>Erik Sayler (FBN 29525)
>Special Counsel
>Complex Litigation Division
>Office of the Attorney General
>PL - 01, The Capitol
>Tallahassee, Florida 32399-1050
>Erik.Sayler@myfloridalegal.com
>850-414-3300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2023, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

>*/s/ Erik Sayler*
>Erik Sayler