IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| YIFAN SHEN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:23-cv-208-AW-MAF |
| WILTON SIMPSON, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The undersigned attorney hereby gives notice of her appearance as counsel on behalf of the United States in this matter.

Dated: June 27, 2023

Respectfully submitted,

/s/ Alisha Jarwala
ALISHA JARWALA, DC Bar No. 1724840
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, DC 20530
Phone: (202) 538-1028
Fax: (202) 514-1116
Email: alisha.jarwala@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Alisha Jarwala
Alisha Jarwala