IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN; ZHIMING XU, XINXI WANG; YONGXIN LIU; and MULTI-CHOICE REALTY, LLC,

    *Plaintiffs*,

v.

WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture; J. ALEX KELLY, in his official capacity as Florida Secretary of Commerce; PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission; R.J. LARIZZA, in his official capacity as State Attorney for the 7th Judicial Circuit; MONIQUE WORRELL; in her official capacity as State Attorney for the 9th Judicial Circuit; and KATHERINE FERNANDEZ RUNDLE, in her official capacity as State Attorney for the 11th Judicial Circuit,

    *Defendants*.

Case No. 4:23-cv-208-AW-MAF

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO
FILE A RESPONSE TO PLAINTIFFS' MOTION
THAT EXCEEDS THE WORD LIMIT**

Defendants move for leave to file a response of no more than 10,500 words to Plaintiffs' motion for preliminary injunction (ECF 23). Plaintiffs sought and received the same extension for their memorandum in support of their motion (ECF 15, 18). Plaintiffs have consented to the extension of the word limit.

1

Respectfully submitted,

July 3, 2023

ASHLEY MOODY
  *Attorney General*

*/s/ Henry C. Whitaker*
Henry C. Whitaker (FBN 1031175) *
  *Solicitor General*

Daniel William Bell (FBN 1008587)
  *Chief Deputy Solicitor General*

Nathan A. Forrester (FBN 1045107)
  *Senior Deputy Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Henry.Whitaker@myfloridalegal.com

David M. Costello (FBN 1004952)
  *Deputy Solicitor General*

Robert S. Schenk (FBN 1044532)
  *Solicitor General Fellow*

*Counsel for Defendants*

* *Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Henry C. Whitaker*
Solicitor General

## CERTIFICATE OF COMPLIANCE

I hereby certify that this filing contains 67 words, consistent with the 8,000-word limit in Local Rule 7.1(F).

<em>/s/ Henry C. Whitaker</em><br>
Solicitor General

## CERTIFICATE OF CONFERRAL

I hereby certify that Counsel for Defendants conferred with Counsel for Plaintiffs, who do not oppose this motion.

/s/ Henry C. Whitaker
Solicitor General