## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

   **Plaintiffs,**

**v.**                                                    **Case No. 4:23-cv-208-AW-MAF**

**WILTON SIMPSON, in his official
capacity as Florida Commissioner of
Agriculture, MEREDITH IVEY, in her
official capacity as Acting Florida
Secretary of Economic Opportunity, et
al.,**

   **Defendants.**

_____/

## ORDER GRANTING MOTION FOR EXPANDED WORD LIMIT

   Defendants' unopposed motion for an expanded word limit (ECF No. 57) is

GRANTED. Defendants' response (ECF No. 56) is accepted as filed.

   SO ORDERED on July 5, 2023.

                                        s/ *Allen Winsor*_____
                                        United States District Judge