IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.                                                          Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION TO STAY

Plaintiffs and the State Attorney Defendants filed a stipulation and joint motion to stay. ECF No. 55. The joint motion to stay deadlines is GRANTED, and all deadlines are stayed as to the Defendant State Attorneys.

SO ORDERED on July 5, 2023.

                                                  s/ *Allen Winsor*
                                                  United States District Judge