IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN; ZHIMING XU, XINXI WANG; YONGXIN LIU; and MULTI-CHOICE REALTY, LLC,

    *Plaintiffs*,

v.

WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture; J. ALEX KELLY, in his official capacity as Florida Secretary of Commerce; PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission; R.J. LARIZZA, in his official capacity as State Attorney for the 7th Judicial Circuit; MONIQUE WORRELL; in her official capacity as State Attorney for the 9th Judicial Circuit; and KATHERINE FERNANDEZ RUNDLE, in her official capacity as State Attorney for the 11th Judicial Circuit,

    *Defendants*.

Case No. 4:23-cv-208-AW-MAF

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Defendants respectfully request that this Court grant permission to substitute their Corrected Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction, which Defendants are filing simultaneously with this motion, for their original Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction, which Defendants filed July 3.

1

The amendment changes one word in this sentence at the top of page 10: "None of the Plaintiffs are domiciled in **Florida**, so the statute does not even apply to them." As amended, the sentence states: "None of the Plaintiffs are domiciled in **China**, so the statute does not even apply to them."

## LOCAL RULE 7.01(B) CERTIFICATION

Consistent with Local Rule 7.01(B), counsel for Defendants have conferred with counsel for Plaintiffs by telephone in a good-faith effort to resolve the issues raised in the motion. Counsel for Plaintiffs do not oppose the motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| July 5, 2023 | ASHLEY MOODY<br>  *Attorney General* |
|  | */s/ Henry C. Whitaker*<br>Henry C. Whitaker (FBN 1031175) *<br>  *Solicitor General* |
|  | Daniel William Bell (FBN 1008587)<br>  *Chief Deputy Solicitor General* |
|  | Nathan A. Forrester (FBN 1045107)<br>  *Senior Deputy Solicitor General* |
|  | David M. Costello (FBN 1004952)<br>  *Deputy Solicitor General* |
|  | Robert S. Schenk (FBN 1044532)<br>  *Solicitor General Fellow* |
| Daniel E. Nordby (FSB 14588)<br>Shutts & Bowen LLP<br>215 South Monroe Street, Ste. 804<br>Tallahassee, FL 32301<br>(850) 241-1725<br>DNordby@shutts.com | Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>Henry.Whitaker@myfloridalegal.com |
| *Counsel for Defendants* | * *Lead Counsel* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Henry C. Whitaker*
Solicitor General

4