IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.                                      Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR LEAVE
## TO FILE CORRECTED MEMORANDUM

Defendants' unopposed motion for leave to file a corrected memorandum (ECF No. 61) is GRANTED. The amended document (ECF No. 60) is accepted as a substitute for the original filing (ECF No. 56).

SO ORDERED on July 5, 2023.

                                      s/ *Allen Winsor*
                                      United States District Judge