# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| YIFAN SHEN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILTON SIMPSON, *et al.*,<br><br>*Defendants*. | Case No. 4:23-cv-208-AW-MAF<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Joshua N. Turner hereby appears as an attorney of record for the State of Idaho. All future pleadings, submissions, and correspondence should be addressed to Joshua N. Turner.

DATED: July 6, 2023.

By: /s/ *Joshua N. Turner*
JOSHUA N. TURNER
Deputy Solicitor General
Idaho Office of the Attorney General
700 W. Jefferson St.
Suite 210
Boise, ID 83720
(208) 334-2400
Josh.Turner@ag.idaho.gov

NOTICE OF APPEARANCE – 1

# CERTIFICATE OF SERVICE

I Hereby Certify that on June 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Daniel B. Tilley
**ACLU FOUNDATION OF FLORIDA**
dtilley@aclufl.org

Nicholas L.V. Warren
**ACLU FOUNDATION OF FLORIDA**
nwarren@aclu.org

Ashley Gorski
Patrick Toomey
Sarah Taity
**AMERICAN CIVIL LIBERTIES UNION FOUNDTAION**
agorski@aclu.org
ptoomey@aclu.org
staity@aclu.org

Keliang (Clay) Zhu
**DEHENG LAW OFFICES PC**
czhu@dhengsv.com

Bethany Y. Li
Elizabeth Koo
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
bli@aaldef.org
ekoo@aaldef.org

Cody Wofsy
**AMERICAN CIVIL LIVERTIES UNTION FOUNDTAION**
cwofsy@aclu.org

 /s/ *Joshua N. Turner*
Joshua N. Turner
Deputy Solicitor General