IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.                                        Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER REGARDING HEARING

At tomorrow's hearing, the parties should be prepared to address (along with all other issues raised in the papers) the Eleventh Circuit's decision in *Bankshot Billiards, Inc. v. City of Ocala*, 634 F.3d 1340 (11th Cir. 2011), and is effect (if any) on Plaintiffs' ability to bring a preenforcement void-for-vagueness challenge.

SO ORDERED on July 17, 2023.

                                            s/ *Allen Winsor*
                                            United States District Judge