|  |  |
|---|---|
|  | Start:  1:33 p.m. |
|  | Stop:  3:40 p.m. |

## UNITED STATES DISTRICT COURT
## CIVIL MINUTES - GENERAL

| Case No: | 4:23-cv-208-AW | Date: 7-18-2023 |
|---|---|---|
| Title: | Shen et al. v Simpson et al. |  |

DOCKET ENTRY:

Motion Hearing - ECF 21 and ECF 22

PRESENT:    Honorable ALLEN WINSOR, District Judge

| TiAnn Stark, Cindy Markley | Lisa Snyder (USDC-Tallahassee) |
|---|---|
| Deputy Clerk | Court Reporter |
| Nicholas Warren, Keliang Zhu |  |
| Ashley Gorski, Bethany Li | Robert Shank, Daniel Nordby |
| Attorney for Plaintiff | Attorney for Defendant |

PROCEEDINGS:

**1:33 p.m.**   **Court called to order**

1:34 p.m.   Arguments presented by Plaintiff (Gorski)

2:16 p.m.   Arguments presented by Defendant (Schenck)

2:27 p.m.   Arguments continued by Defendant (Whitaker)

3:19 p.m.   Plaintiff's Rebuttal (Gorski)

3:39 p.m.   Written order to follow

**3:40 p.m.**   **Court adjourned**