# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

YIFAN SHEN et al.,

    VS                                      USDC NO. 4:23-cv-208 AW-MAF
                                              USCA NO. _____

SIMPSON et al.,

## TRANSMITTAL OF NOTICE OF APPEAL

       The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
The appellate docket fee paid: 8/21/23
Court Reporter(s): Lisa Snyder


Please acknowledge receipt on the enclosed copy of this transmittal to: TALLAHASSEE DIVISION

                                                        JESSICA J. LYUBLANOVITS,
                                                        CLERK OF COURT

                                                        By: <u>Blair Patton</u>
                                                        Deputy Clerk
                                                        111 North Adams Street
August 23, 2023                                Tallahassee, Florida 32301