STAYED,APPEAL

**U.S. District Court**
**Northern District of Florida (Tallahassee)**
**CIVIL DOCKET FOR CASE #: 4:23-cv-00208-AW-MAF**
**Internal Use Only**

SHEN et al v. SIMPSON et al                     Date Filed: 05/22/2023
Assigned to: JUDGE ALLEN C WINSOR             Jury Demand: None
Referred to: MAGISTRATE JUDGE MARTIN A FITZPATRICK     Nature of Suit: 440 Civil Rights: Other
Cause: 42:1983 Civil Rights Act               Jurisdiction: Federal Question

**Plaintiff**

**YIFAN SHEN**                    represented by    **GABRIEL J CHIN**
*AN INDIVIDUAL*                                    UNIVERSITY OF CALIFORNIA
                                                   DAVIS SCHOOL OF LAW
                                                   400 MRAK HALL DRIVE
                                                   DAVIS, CA 95616
                                                   520-401-6586
                                                   Email: gjackchin@gmail.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **ROBERT SEUNGCHUL CHANG**
                                                   RONALD A PETERSON LAW CLINIC -
                                                   SEATTLE WA
                                                   901 12TH AVENUE
                                                   SEATTLE, WA 98122
                                                   206-398-4025
                                                   Email: changro@seattleu.edu
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **ROSE CUISON-VILLAZOR**
                                                   RUTGERS LAW SCHOOL - NEWARK NJ
                                                   123 WASHINGTON STREET
                                                   NEWARK, NJ 07102
                                                   646-283-5007
                                                   Email: rose.villazor@law.rutgers.edu
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **ASHLEY MARIE GORSKI**
                                                   AMERICAN CIVIL LIBERTIES UNION
                                                   FOUNDATION
                                                   125 BROAD STREET
                                                   18TH FLOOR
                                                   NEW YORK, NY 10004
                                                   212-284-7305
                                                   Email: agorski@aclu.org
                                                   *ATTORNEY TO BE NOTICED*

**BETHANY YUE-PING LI**
ASIAN AMERICAN LEGAL DEFENSE &
EDUCATION FUND
99 HUDSON STREET
12TH FLOOR
NEW YORK, NY 10013
212-966-5932
Email: bli@aaldef.org
*ATTORNEY TO BE NOTICED*

**CODY H WOFSY**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 DRUMM STREET
SAN FRANCISCO, CA 94111
415-343-0785
Email: cwofsy@aclu.org
*ATTORNEY TO BE NOTICED*

**DANIEL BOAZ TILLEY**
ACLU FOUNDATION OF FLORIDA INC
- MIAMI FL
4343 W FLAGLER STREET
SUITE 400
MIAMI, FL 33134
786-363-2714
Fax: 786-363-1257
Email: dtilley@aclufl.org
*ATTORNEY TO BE NOTICED*

**DEREK LAWRENCE SHAFFER**
QUINN EMANUEL URQUHART ETC -
WASHINGTON DC
1300 I STREET NW
SUITE 900
WASHINGTON, DC 20005
929-327-2281
Email: derekshaffer@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**ELIZABETH L KOO**
ASIAN AMERICAN LEGAL DEFENSE &
EDUCATION FUND
99 HUDSON STREET
12TH FLOOR
NEW YORK, NY 10013
212-966-5932
Email: ekoo@aaldef.org
*ATTORNEY TO BE NOTICED*

**HAIYAN TANG**
13578 SAGE MESA ROAD
SAN DIEGO, CA 92130

650-507-9036
Email: haiyantang@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**KELIANG ZHU**
DEHENG LAW OFFICES PC -
PLEASANTON CA
7901 STONERIDGE DRIVE
SUITE 208
PLEASANTON, CA 94588
408-399-5856
Email: czhu@dehengsv.com
*ATTORNEY TO BE NOTICED*

**PATRICK CHRISTOPHER TOOMEY**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 BROAD STREET
18TH FLOOR
NEW YORK, NY 10004
212-519-7816
Email: ptoomey@aclu.org
*ATTORNEY TO BE NOTICED*

**RAZEEN J ZAMAN**
ASIAN AMERICAN LEGAL DEFENSE &
EDUCATION FUND
99 HUDSON STREET
12TH FLOOR
NEW YORK, NY 10013
347-323-4521
Email: rzaman@aaldef.org
*ATTORNEY TO BE NOTICED*

**SARAH MICHELLE TAITZ**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 BROAD STREET
18TH FLOOR
NEW YORK, NY 10004
914-260-0038
Email: staitz@aclu.org
*ATTORNEY TO BE NOTICED*

**NICHOLAS WARREN**
ACLU FOUNDATION OF FLORIDA -
TALLAHASSEE FL
336 E COLLEGE AVENUE
SUITE 203
TALLAHASSEE, FL 32301
786-363-1769
Email: nwarren@aclufl.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ZHIMING XU**
*AN INDIVIDUAL*

represented by  **GABRIEL J CHIN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT SEUNGCHUL CHANG**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROSE CUISON-VILLAZOR**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ASHLEY MARIE GORSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BETHANY YUE-PING LI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CODY H WOFSY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL BOAZ TILLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DEREK LAWRENCE SHAFFER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH L KOO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAIYAN TANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELIANG ZHU**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK CHRISTOPHER TOOMEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAZEEN J ZAMAN**
(See above for address)

*ATTORNEY TO BE NOTICED*

**SARAH MICHELLE TAITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS WARREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**XINXI WANG**                    represented by   **GABRIEL J CHIN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT SEUNGCHUL CHANG**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROSE CUISON-VILLAZOR**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ASHLEY MARIE GORSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BETHANY YUE-PING LI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CODY H WOFSY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL BOAZ TILLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DEREK LAWRENCE SHAFFER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH L KOO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAIYAN TANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELIANG ZHU**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK CHRISTOPHER TOOMEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAZEEN J ZAMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH MICHELLE TAITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS WARREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**YONGXIN LIU**                    represented by   **ROBERT SEUNGCHUL CHANG**
*AN INDIVIDUAL*                                     (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**ROSE CUISON-VILLAZOR**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ASHLEY MARIE GORSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BETHANY YUE-PING LI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CODY H WOFSY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL BOAZ TILLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DEREK LAWRENCE SHAFFER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH L KOO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAIYAN TANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELIANG ZHU**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK CHRISTOPHER TOOMEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAZEEN J ZAMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH MICHELLE TAITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS WARREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MULTI-CHOICE REALTY LLC**               represented by **GABRIEL J CHIN**
*A LIMITED LIABILITY CORPORATION*          (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**ROBERT SEUNGCHUL CHANG**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROSE CUISON-VILLAZOR**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ASHLEY MARIE GORSKI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BETHANY YUE-PING LI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CODY H WOFSY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL BOAZ TILLEY**

(See above for address)
*ATTORNEY TO BE NOTICED*

**DEREK LAWRENCE SHAFFER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ELIZABETH L KOO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HAIYAN TANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELIANG ZHU**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PATRICK CHRISTOPHER TOOMEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RAZEEN J ZAMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH MICHELLE TAITZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NICHOLAS WARREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WILTON SIMPSON**
*IN HIS OFFICIAL CAPACITY AS*
*COMMISSIONER OF AGRICULTURE*
*FOR THE FLORIDA DEPARTMENT OF*
*AGRICULTURE AND CONSUMER*
*AFFAIRS*

represented by **DANIEL WILLIAM BELL**
FLORIDA ATTORNEY GENERALS
OFFICE
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399
786-473-2923
Email: daniel.bell@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**DANIEL ELDEN NORDBY**
SHUTTS & BOWEN LLP -
TALLAHASSEE FL
215 S MONROE ST - STE 804
TALLAHASSEE, FL 32301
850-241-1720

Email: dnordby@shutts.com
*ATTORNEY TO BE NOTICED*

**ERIK LOUIS SAYLER**
FLORIDA ATTORNEY GENERAL'S
OFFICE
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399-1050
850-414-3630
Email: erik.sayler@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**HENRY CHARLES WHITAKER**
FLORIDA OFFICE OF THE ATTORNEY
GENERAL
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399-1050
850-414-3688
Email: henry.whitaker@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**NATHAN ANDREW FORRESTER**
OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399
703-906-0298
Email:
nathan.forrester@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**ROBERT SCOTT SCHENCK**
OFFICE OF THE ATTORNEY GENERAL
OFFICE OF THE SOLICITOR GENERAL
COLLINS BUILDING
107 GAINES STREET
SUITE 424
TALLAHASSEE, FL 32399
727-272-0521
Email: robert.schenck@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MEREDITH IVEY**
*IN HER OFFICIAL CAPACITY AS ACTING
SECRETARY OF THE FLORIDA
DEPARTMENT OF ECONOMIC
OPPORTUNITY*

represented by **DANIEL WILLIAM BELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ERIK LOUIS SAYLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HENRY CHARLES WHITAKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN ANDREW FORRESTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT SCOTT SCHENCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PATRICIA FITZGERALD**                 represented by   **DANIEL WILLIAM BELL**
*IN HER OFFICIAL CAPACITY AS CHAIR*                     (See above for address)
*OF THE FLORIDA REAL ESTATE*                            *ATTORNEY TO BE NOTICED*
*COMMISSION*

**ERIK LOUIS SAYLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**HENRY CHARLES WHITAKER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NATHAN ANDREW FORRESTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT SCOTT SCHENCK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**R J LARIZZA**

**Defendant**

**MONIQUE H WORRELL**

**Defendant**

**KATHERINE FERNANDEZ RUNDLE**

**Amicus**

**FRED T KOREMATSU CENTER FOR**          represented by   **MADELEINE KRISTINE RODRIGUEZ**
**LAW AND EQUALITY AT SEATTLE**                           FOLEY HOAG LLP - BOSTON MA
**UNIVERSITY SCHOOL OF LAW**                              155 SEAPORT BOULEVARD
                                                         SUITE 1600
                                                         BOSTON, MA 02210
                                                         617-832-1720
                                                         Email: mrodriguez@foleyhoag.com
                                                         *ATTORNEY TO BE NOTICED*

**ROBERT SEUNGCHUL CHANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**CENTER FOR IMMIGRATION LAW POLICY AND JUSTICE AT RUTGERS LAW SCHOOL**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROSE CUISON-VILLAZOR**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**AOKI CENTER FOR CRITICAL RACE AND NATION STUDIES AT UC DAVIS SCHOOL OF LAW**

represented by **GABRIEL J CHIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**LLS ANTI-RACISM CENTER OF LMU LOYOLA LAW SCHOOL**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**CENTER ON RACE INEQUALITY AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**BOSTON UNIVERSITY CENTER FOR ANTIRACIST RESEARCH**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**CENTER FOR CIVIL RIGHTS AND RACIAL JUSTICE AT THE UNIVERSITY OF PITTSBURGH SCHOOL OF LAW**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**ASIAN PACIFIC AMERICAN BAR ASSOCIATION OF TAMPA BAY**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**CONFERENCE OF ASIAN PACIFIC AMERICAN LAW FACULTY**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**HISPANIC NATIONAL BAR ASSOCIATION**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)

*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**NATIONAL ASIAN PACIFIC
AMERICAN BAR ASSOCIATION**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**SOUTH ASIAN BAR ASSOCIATION
OF NORTH AMERICA**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**ASIAN AMERICANS ADVANCING
JUSTICE - ASIAN LAW CAUCUS**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**ASIAN AMERICANS ADVANCING
JUSTICE ATLANTA**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**ASIAN AMERICAN WOMENS
POLITICAL INITIATIVE**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**ASIAN LAW ALLIANCE**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**CHINESE FOR AFFIRMATIVE
ACTION**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**JAPANESE AMERICAN CITIZENS
LEAGUE**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**LATINOJUSTICE PRLDEF**

represented by **MADELEINE KRISTINE RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**UNITED STATES OF AMERICA**

represented by **ALISHA JARWALA**
DOJ-CRT
150 M STREET NE
WASHINGTON, DC 20002

202-538-1028
Email: alisha.jarwala@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF IDAHO**                     represented by **JOSHUA NATHANIEL TURNER**
IDAHO OFFICE OF THE ATTORNEY
GENERAL
OFFICE OF THE SOLICITOR GENERAL
PO BOX 83720
BOISE, ID 83720-0010
208-332-3548
Email: josh.turner@ag.idaho.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2023 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC-7879853.), filed by XINXI WANG, ZHIMING XU, YONGXIN LIU, YIFAN SHEN, MULTI-CHOICE REALTY LLC. (Attachments: # 1 Summons - Simpson, # 2 Summons - Ivey, # 3 Summons - Fitzgerald) (WARREN, NICHOLAS) (Entered: 05/22/2023) |
| 05/22/2023 | 2 | CIVIL COVER SHEET. (WARREN, NICHOLAS) (Entered: 05/22/2023) |
| 05/22/2023 | 3 | Corporate Disclosure Statement/Certificate of Interested Persons by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (WARREN, NICHOLAS) (Entered: 05/22/2023) |
| 05/23/2023 | 4 | Summons Issued as to All Defendants. (Attachments: # 1 Chair, # 2 Acting Secretary) (bkp) (Entered: 05/23/2023) |
| 05/23/2023 | 5 | SUMMONS Returned Executed by XINXI WANG, ZHIMING XU, YONGXIN LIU, YIFAN SHEN, MULTI-CHOICE REALTY LLC. WILTON SIMPSON served on 5/23/2023, answer due 6/13/2023. (WARREN, NICHOLAS) (Entered: 05/23/2023) |
| 05/23/2023 | 6 | SUMMONS Returned Executed by XINXI WANG, ZHIMING XU, YONGXIN LIU, YIFAN SHEN, MULTI-CHOICE REALTY LLC. MEREDITH IVEY served on 5/23/2023, answer due 6/13/2023. (WARREN, NICHOLAS) (Entered: 05/23/2023) |
| 05/24/2023 | 7 | MOTION to Appear Pro Hac Vice by Ashley Gorski.( Filing fee $ 208 receipt number AFLNDC-7886489.) by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (GORSKI, ASHLEY) (Entered: 05/24/2023) |
| 05/24/2023 | 8 | MOTION to Appear Pro Hac Vice by Patrick Toomey.( Filing fee $ 208 receipt number AFLNDC-7886497.) by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (TOOMEY, PATRICK) (Entered: 05/24/2023) |
| 05/24/2023 | 9 | MOTION to Appear Pro Hac Vice by Sarah Taitz.( Filing fee $ 208 receipt number AFLNDC-7886506.) by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (Attachments: # 1 Exhibit A: Certificate of Good Standing) (TAITZ, SARAH) (Entered: 05/24/2023) |

| 05/25/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 8 MOTION to Appear Pro Hac Vice by Patrick Toomey.( Filing fee $ 208 receipt number AFLNDC-7886497.), 7 MOTION to Appear Pro Hac Vice by Ashley Gorski.( Filing fee $ 208 receipt number AFLNDC-7886489.), 9 MOTION to Appear Pro Hac Vice by Sarah Taitz.( Filing fee $ 208 receipt number AFLNDC-7886506.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 05/25/2023) |
| 05/26/2023 | 10 | ORDER. The motion for leave to appear pro hac vice for Plaintiffs, ECF No. 7 , is GRANTED. The motion for leave to appear pro hac vice for Plaintiffs, ECF No. 8 , is GRANTED. The motion for leave to appear pro hac vice for Plaintiffs, ECF No. 9 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 05/26/2023. (rcb) (Entered: 05/26/2023) |
| 05/31/2023 | 11 | NOTICE of Appearance by ROBERT SCOTT SCHENCK on behalf of All Defendants (SCHENCK, ROBERT) (Entered: 05/31/2023) |
| 06/01/2023 | 12 | SUMMONS Returned Executed by XINXI WANG, ZHIMING XU, YONGXIN LIU, YIFAN SHEN, MULTI-CHOICE REALTY LLC. PATRICIA FITZGERALD served on 5/23/2023, answer due 6/13/2023. (WARREN, NICHOLAS) (Entered: 06/01/2023) |
| 06/02/2023 | 13 | MOTION to Appear Pro Hac Vice by Keliang Zhu.( Filing fee $ 208 receipt number AFLNDC-7900984.) by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (Attachments: # 1 Exhibit 1) (ZHU, KELIANG) (Entered: 06/02/2023) |
| 06/03/2023 | 14 | MOTION to Appear Pro Hac Vice by Cody Wofsy.( Filing fee $ 208 receipt number AFLNDC-7902088.) by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (Attachments: # 1 Certificate of Good Standing) (WOFSY, CODY) (Entered: 06/03/2023) |
| 06/05/2023 | 15 | Consent MOTION for Leave to File *a Memorandum that Exceeds the Word Limit* by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (WARREN, NICHOLAS) (Entered: 06/05/2023) |
| 06/05/2023 | 16 | MOTION to Appear Pro Hac Vice by Derek L. Shaffer.( Filing fee $ 208 receipt number AFLNDC-7903752.) by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (SHAFFER, DEREK) (Entered: 06/05/2023) |
| 06/05/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 13 MOTION to Appear Pro Hac Vice by Keliang Zhu.( Filing fee $ 208 receipt number AFLNDC-7900984.), 14 MOTION to Appear Pro Hac Vice by Cody Wofsy.( Filing fee $ 208 receipt number AFLNDC-7902088.), 16 MOTION to Appear Pro Hac Vice by Derek L. Shaffer.( Filing fee $ 208 receipt number AFLNDC-7903752.), 12 Summons Returned Executed. Referred to MARTIN A FITZPATRICK. (bkp) (Entered: 06/05/2023) |
| 06/05/2023 | 17 | FIRST AMENDED COMPLAINT against All Defendants All Defendants., filed by XINXI WANG, ZHIMING XU, YONGXIN LIU, YIFAN SHEN, MULTI-CHOICE REALTY LLC. (Attachments: # 1 Summons - Larizza, # 2 Summons - Worrell, # 3 Summons - Rundle) (WARREN, NICHOLAS) (Entered: 06/05/2023) |
| 06/05/2023 | 18 | ORDER GRANTING 15 MOTION FOR EXPANDED WORD LIMIT. Signed by JUDGE ALLEN C WINSOR on 6/5/2023. (atm) (Entered: 06/05/2023) |

| 06/05/2023 | 19 | MOTION to Appear Pro Hac Vice by Elizabeth Koo.( Filing fee $ 208 receipt number AFLNDC-7905249.) by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (KOO, ELIZABETH) (Entered: 06/05/2023) |
|---|---|---|
| 06/05/2023 | 20 | MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number AFLNDC-7905269.) by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (LI, BETHANY) (Entered: 06/05/2023) |
| 06/06/2023 | 21 | Emergency MOTION for Preliminary Injunction by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (Attachments: # 1 Proposed Order, # 2 Shen Declaration, # 3 Xu Declaration, # 4 Wang Declaration, # 5 Liu Declaration, # 6 Song Declaration, # 7 Zhu Declaration, # 8 Ex. 1 to Zhu Decl., # 9 Ex. 2 to Zhu Decl., # 10 Ex. 3 to Zhu Decl., # 11 Ex. 4 to Zhu Decl., # 12 Ex. 5 to Zhu Decl., # 13 Ex. 6 to Zhu Decl., # 14 Ex. 7 to Zhu Decl., # 15 Ex. 8 to Zhu Decl., # 16 Ex. 9 to Zhu Decl., # 17 Ex. 10 to Zhu Decl., # 18 Ex. 11 to Zhu Decl., # 19 Ex. 12 to Zhu Decl., # 20 Ex. 13 to Zhu Decl., # 21 Ex. 14 to Zhu Decl., # 22 Ex. 15 to Zhu Decl., # 23 Ex. 16 to Zhu Decl., # 24 Ex. 17 to Zhu Decl., # 25 Ex. 18 to Zhu Decl., # 26 Ex. 19 to Zhu Decl., # 27 Ex. 20 to Zhu Decl., # 28 Ex. 21 to Zhu Decl., # 29 Ex. 22 to Zhu Decl., # 30 Ex. 23 to Zhu Decl., # 31 Ex. 24 to Zhu Decl., # 32 Ex. 25 to Zhu Decl., # 33 Ex. 26 to Zhu Decl., # 34 Ex. 27 to Zhu Decl., # 35 Ex. 28 to Zhu Decl., # 36 Ex. 29 to Zhu Decl., # 37 Ex. 30 to Zhu Decl., # 38 Ex. 31 to Zhu Decl., # 39 Ex. 32 to Zhu Decl., # 40 Ex. 33 to Zhu Decl., # 41 Ex. 34 to Zhu Decl., # 42 Ex. 35 to Zhu Decl., # 43 Ex. 36 to Zhu Decl., # 44 Ex. 37 to Zhu Decl., # 45 Ex. 38 to Zhu Decl., # 46 Ex. 39 to Zhu Decl., # 47 Ex. 40 to Zhu Decl., # 48 Ex. 41 to Zhu Decl., # 49 Ex. 42 to Zhu Decl., # 50 Ex. 43 to Zhu Decl., # 51 Ex. 44 to Zhu Decl., # 52 Ex. 45 to Zhu Decl., # 53 Ex. 46 to Zhu Decl., # 54 Ex. 47 to Zhu Decl., # 55 Ex. 48 to Zhu Decl., # 56 Ex. 49 to Zhu Decl., # 57 Ex. 50 to Zhu Decl., # 58 Ex. 51 to Zhu Decl., # 59 Ex. 52 to Zhu Decl., # 60 Ex. 53 to Zhu Decl., # 61 Ex. 54 to Zhu Decl., # 62 Ex. 55 to Zhu Decl., # 63 Ex. 56 to Zhu Decl., # 64 Ex. 57 to Zhu Decl.) (WARREN, NICHOLAS) (Entered: 06/06/2023) |
| 06/06/2023 | 22 | MOTION for Expedited Briefing and Hearing Schedule re 21 Emergency MOTION for Preliminary Injunction by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (WARREN, NICHOLAS) (Entered: 06/06/2023) |
| 06/07/2023 | 23 | Amended MOTION for Preliminary Injunction *to correct typographical error* by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (GORSKI, ASHLEY) (Entered: 06/07/2023) |
| 06/07/2023 |  | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 19 MOTION to Appear Pro Hac Vice by Elizabeth Koo.( Filing fee $ 208 receipt number AFLNDC-7905249.), 20 MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number AFLNDC-7905269.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 06/07/2023) |
| 06/07/2023 | 24 | ORDER SETTING HEARING signed by JUDGE ALLEN C WINSOR on 6/7/23. The clerk will set a telephonic scheduling conference for June 9 at 11:00 a.m. The purpose of the hearing will be to address timing and procedure, not the substance of Plaintiffs 21 request for an injunction. If the parties all agree, the clerk will reset the hearing for any other time available on the courts calendar. (tss) (Entered: 06/07/2023) |

| | | |
|---|---|---|
| 06/07/2023 | 25 | NOTICE OF TELEPHONIC HEARING<br><br>Telephonic Hearing set for **6/9/2023 at 11:00 AM Eastern Time** before JUDGE ALLEN C WINSOR.<br><br>ALL PARTIES are directed to call the AT&T Conference Line (see below)<br><br>Conference Call Information<br><br>You may dial into the call up to five minutes before start time. Call in number: 877 873 8018 When prompted for an access code, enter: 6109198# If you are asked to join as the host, just ignore and wait until you are asked for a security code. When asked for a security code, enter: 7020# Say your name, when prompted. You are now in the conference call. Remember to mute your phone when you are not speaking. The Court also asks that counsel try NOT use cell phones or speaker phones during the call as the quality of the audioconnection is compromised by these devices.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/TiAnn Stark*<br>Courtroom Deputy Clerk (tss) (Entered: 06/07/2023) |
| 06/07/2023 | 26 | ORDER. The motion for leave to appear pro hac vice for Plaintiffs, ECF No. 13 , is GRANTED. The motion for leave to appear pro hac vice for Plaintiffs, ECF No. 14 , is GRANTED. The motion for leave to appear pro hac vice for Plaintiffs, ECF No. 16 , is GRANTED. The motion for leave to appear pro hac vice for Plaintiffs, ECF No. 19 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 6/7/2023. (rcb) (Entered: 06/07/2023) |
| 06/07/2023 | 27 | MOTION to Appear Pro Hac Vice by Haiyan Tang.( Filing fee $ 208 receipt number AFLNDC-7909234.) by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (TANG, HAIYAN) (Entered: 06/07/2023) |
| 06/08/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 27 MOTION to Appear Pro Hac Vice by Haiyan Tang.( Filing fee $ 208 receipt number AFLNDC-7909234.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 06/08/2023) |
| 06/08/2023 | 28 | NOTICE of Appearance by DANIEL ELDEN NORDBY on behalf of WILTON SIMPSON (NORDBY, DANIEL) (Entered: 06/08/2023) |
| 06/08/2023 | 30 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice for Plaintiffs, ECF No. 27 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 06/08/2023. (rcb) (Entered: 06/09/2023) |
| 06/09/2023 | 29 | Summons Issued as to R J LARIZZA, KATHERINE FERNANDEZ RUNDLE, MONIQUE H WORRELL. (Attachments: # 1 sm worrell, # 2 sm rundle) (atm) (Entered: 06/09/2023) |

| | | |
|---|---|---|
| 06/09/2023 | 31 | NOTICE of Appearance by DANIEL BOAZ TILLEY on behalf of YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU (TILLEY, DANIEL) (Entered: 06/09/2023) |
| 06/09/2023 | 32 | SUMMONS Returned Executed by XINXI WANG, ZHIMING XU, YONGXIN LIU, YIFAN SHEN, MULTI-CHOICE REALTY LLC. KATHERINE FERNANDEZ RUNDLE served on 6/9/2023, answer due 6/30/2023. (WARREN, NICHOLAS) (Entered: 06/09/2023) |
| 06/09/2023 | 34 | Minute Entry for proceedings held before JUDGE ALLEN C WINSOR:Telephonic Hearing held on 6/9/2023. (Court Reporter Lisa Snyder (USDC-Tallahassee)) (tss) (Entered: 06/13/2023) |
| 06/13/2023 | 33 | First MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number AFLNDC-7918978.) by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (ZAMAN, RAZEEN) (Entered: 06/13/2023) |
| 06/13/2023 | 35 | AFFIDAVIT of Service for Summons in a Civil Action, First Amended Complaint, Plaintiff's Corrected Emergency Motion For Preliminary Injunction, Order Setting Hearing, Plaintiff's Motion On Plaintiff's Motion For Expedited Briefing & Hearing On Plaintiff's Motion For Preliminary Injunction, Plaintiff's Rule 7.1 Corporate Disclosure Statement, Civil Cover Sheet, Plaintiff's Emergency Motion For Preliminary Injunction, Proposed Order Granting Plaintiff's Motion For Preliminary Injunction, Declaration Of Zhiming XU, Exhibit "1", Declaration Of Yifan Shen, Exhibit "1", Declaration Of XinXi Wang, Declaration Of Yongxin Liu, Declaration Of Jian Song, Declaration Of Keliang Zhu and Exhibits served on MONIQUE WORRELL on 06/13/2023, filed by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (TOOMEY, PATRICK) Modified on 6/15/2023 using correct docketing event (atm). (Entered: 06/13/2023) |
| 06/13/2023 | 36 | MOTION to File Amicus Brief by FRED T. KOREMATSU CENTER FOR LAW AND EQUALITY AT SEATTLE UNIVERSITY SCHOOL OF LAW, CENTER FOR IMMIGRATION LAW, POLICY, AND JUSTICE AT RUTGERS LAW SCHOOL, AOKI CENTER FOR CRITICAL RACE AND NATION STUDIES AT UC DAVIS SCHOOL OF LAW, LLS ANTI-RACISM CENTER OF LMU LOYOLA LAW SCHOOL, CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW, BOSTON UNIVERSITY CENTER FOR ANTIRACIST RESEARCH, CENTER FOR CIVIL RIGHTS AND RACIAL JUSTICE AT THE UNIVERSITY OF PITTSBURGH SCHOOL OF LAW, ASIAN PACIFIC AMERICAN BAR ASSOCIATION OF TAMPA BAY, CONFERENCE OF ASIAN PACIFIC AMERICAN LAW FACULTY, HISPANIC NATIONAL BAR ASSOCIATION, NATIONAL ASIAN PACIFIC AMERICAN BAR ASSOCIATION, SOUTH ASIAN BAR ASSOCIATION OF NORTH AMERICA, ASIAN AMERICANS ADVANCING JUSTICE - ASIAN LAW CAUCUS, ASIAN AMERICANS ADVANCING JUSTICE ATLANTA, ASIAN AMERICAN WOMENS POLITICAL INITIATIVE, ASIAN LAW ALLIANCE, CHINESE FOR AFFIRMATIVE ACTION, JAPANESE AMERICAN CITIZENS LEAGUE, LATINOJUSTICE PRLDEF. (Internal deadline for referral to judge if response not filed earlier: **6/27/2023**). (Attachments: # 1 Exhibit A - Proposed Amici Curiae Brief for Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations, # 2 Exhibit B - Corporate Disclosures) (RODRIGUEZ, MADELEINE) (Entered: 06/13/2023) |
| 06/13/2023 | 37 | MOTION to Appear Pro Hac Vice by Rose C. Cuison-Villazor.( Filing fee $ 208 receipt number AFLNDC-7919581.) by CENTER FOR IMMIGRATION LAW, POLICY, AND JUSTICE AT RUTGERS LAW SCHOOL. (Attachments: # 1 |

| | | Exhibit A - Certificate of Good Standing) (CUISON-VILLAZOR, ROSE) (Entered: 06/13/2023) |
|---|---|---|
| 06/13/2023 | 38 | MOTION to Appear Pro Hac Vice by Robert S. Chang.( Filing fee $ 208 receipt number AFLNDC-7919584.) by FRED T. KOREMATSU CENTER FOR LAW AND EQUALITY AT SEATTLE UNIVERSITY SCHOOL OF LAW. (Attachments: # 1 Exhibit A - Certificate of Good Standing) (CHANG, ROBERT) (Entered: 06/13/2023) |
| 06/13/2023 | 39 | MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number AFLNDC-7919596.) by AOKI CENTER FOR CRITICAL RACE AND NATION STUDIES AT UC DAVIS SCHOOL OF LAW. (CHIN, GABRIEL) (Entered: 06/13/2023) |
| 06/13/2023 | 40 | STATUS REPORT *re Service of Process* by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (TOOMEY, PATRICK) (Entered: 06/13/2023) |
| 06/13/2023 | 46 | SUMMONS Returned Executed on 6/13/2023 on Monique Worrell (see pdf 35 .) (atm) (Entered: 06/15/2023) |
| 06/14/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 38 MOTION to Appear Pro Hac Vice by Robert S. Chang.( Filing fee $ 208 receipt number AFLNDC-7919584.), 39 MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number AFLNDC-7919596.), 37 MOTION to Appear Pro Hac Vice by Rose C. Cuison-Villazor.( Filing fee $ 208 receipt number AFLNDC-7919581.), 33 First MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number AFLNDC-7918978.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 06/14/2023) |
| 06/14/2023 | 41 | SUMMONS Returned Executed by ZHIMING XU, YIFAN SHEN, XINXI WANG, YONGXIN LIU, MULTI-CHOICE REALTY LLC. MONIQUE H WORRELL served on 6/13/2023, answer due 7/5/2023. (TOOMEY, PATRICK) (Entered: 06/14/2023) |
| 06/14/2023 | 42 | ORDER GRANTING 36 LEAVE TO FILE AMICUS BRIEF - The amicus brief (ECF No. 36-1) is accepted and deemed properly filed. Signed by JUDGE ALLEN C WINSOR on 6/14/2023. (erl) (Entered: 06/14/2023) |
| 06/14/2023 | 43 | AMICUS BRIEF OF RACIAL JUSTICE CENTERS, AFFINITY BAR AND PROFESSIONAL ASSOCIATIONS, AND CIVIL RIGHTS ADVOCACY ORGANIZATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION. (erl) (Entered: 06/14/2023) |
| 06/14/2023 | 44 | ORDER REGARDING SCHEDULE - The deadline for all Defendants to respond to the preliminary injunction motion is **7/3/2023**. Plaintiffs may file a reply by **7/11/2023**. The court will hold a hearing on the motion on **7/18/2023 01:30 PM** at the United States Courthouse, Tallahassee. The motion to expedite (ECF No. 22 ) is GRANTED in part, to the extent set out above. Signed by JUDGE ALLEN C WINSOR on 6/14/2023. (erl) (Entered: 06/14/2023) |
| 06/14/2023 | 45 | Joint MOTION to Stay *Deadlines* by PATRICIA FITZGERALD, MEREDITH IVEY, WILTON SIMPSON. (BELL, DANIEL) (Entered: 06/14/2023) |
| 06/15/2023 | 47 | CERTIFICATE OF SERVICE by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU re 44 Order,, Set Deadlines/Hearings, (WARREN, NICHOLAS) (Entered: 06/15/2023) |
| 06/15/2023 | 48 | ORDER GRANTING MOITON TO STAY re: 45 Joint MOTION to Stay Deadlines. All deadlines (other than those related to the preliminary injunctions |

| | | | |
|---|---|---|---|
| | | | briefing) are STAYED signed by JUDGE ALLEN C WINSOR on 6/15/23. (bkp) (Entered: 06/15/2023) |
| 06/21/2023 | 🔒 | 49 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Telephonic Proceedings held on 6/9/2023, before Judge Allen Winsor. Court Reporter/Transcriber Lisa Snyder, Telephone number 850-567-1374.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **6/28/2023**. Release of Transcript Restriction set for **9/26/2023**. (ls) (Entered: 06/21/2023) |
| 06/21/2023 | | 50 | SUMMONS Returned Executed by ZHIMING XU, YIFAN SHEN, XINXI WANG, YONGXIN LIU, MULTI-CHOICE REALTY LLC. R J LARIZZA served on 6/14/2023, answer due 7/5/2023. (TOOMEY, PATRICK) (Entered: 06/21/2023) |
| 06/27/2023 | | 51 | ORDER. Accordingly, it is ORDERED that the motions for leave to appear pro hac vice for Plaintiffs, ECF No. 33 , 37 - 39 , are GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 06/27/2023. (rcb) (Entered: 06/27/2023) |
| 06/27/2023 | | 52 | NOTICE of Appearance by ERIK LOUIS SAYLER on behalf of PATRICIA FITZGERALD, MEREDITH IVEY, WILTON SIMPSON (SAYLER, ERIK) (Entered: 06/27/2023) |
| 06/27/2023 | | 53 | NOTICE of Appearance by ALISHA JARWALA on behalf of UNITED STATES OF AMERICA (JARWALA, ALISHA) (Entered: 06/27/2023) |
| 06/27/2023 | | 54 | AMICUS CURIAE BRIEF by UNITED STATES OF AMERICA *28 U.S.C. § 517 Statement of Interest*. (JARWALA, ALISHA) (Entered: 06/27/2023) |
| 06/30/2023 | | 55 | STIPULATION AMD JOINT MOTION OF PLAINTIFFS AND DEFENDANT STATE ATTORNEYS FOR STAY by R J LARIZZA, KATHERINE FERNANDEZ RUNDLE. (JACOBS, ARTHUR) Modified on 7/3/2023 to clarify title (tss). (Entered: 06/30/2023) |
| 07/03/2023 | | 56 | ***ACCEPTED AS FILED PER 58 ORDER GRANTING 57 MOTION FOR EXPANDED WORD LIMIT*** --- RESPONSE in Opposition re 23 Amended MOTION for Preliminary Injunction *to correct typographical error* filed by PATRICIA FITZGERALD, MEREDITH IVEY, WILTON SIMPSON. (FORRESTER, NATHAN) Modified on 7/5/2023 to add text (kdm). (Entered: 07/03/2023) |
| 07/03/2023 | | 57 | MOTION for Leave to File Excess Pages by PATRICIA FITZGERALD, MEREDITH IVEY, WILTON SIMPSON. (FORRESTER, NATHAN) (Entered: 07/03/2023) |
| 07/05/2023 | | 58 | ORDER GRANTING 57 MOTION FOR EXPANDED WORD LIMIT. Signed by JUDGE ALLEN C WINSOR on 7/5/2023. Defendants response (ECF No. 56 ) is accepted as filed. (kdm) (Entered: 07/05/2023) |
| 07/05/2023 | | 59 | ORDER GRANTING 55 MOTION TO STAY. Signed by JUDGE ALLEN C WINSOR on 7/5/2023. All deadlines are stayed as to the Defendant State Attorneys. (kdm) (Entered: 07/05/2023) |

| | | |
|---|---|---|
| 07/05/2023 | 60 | MEMORANDUM in Opposition re 23 Amended MOTION for Preliminary Injunction *to correct typographical error* filed by PATRICIA FITZGERALD, MEREDITH IVEY, WILTON SIMPSON. (FORRESTER, NATHAN) (Entered: 07/05/2023) |
| 07/05/2023 | 61 | Consent MOTION to Amend/Correct 60 Memorandum in Opposition to Motion *for Preliminary Injunction* by PATRICIA FITZGERALD, MEREDITH IVEY, WILTON SIMPSON. (FORRESTER, NATHAN) (Entered: 07/05/2023) |
| 07/05/2023 | 62 | ORDER GRANTING 61 MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM signed by JUDGE ALLEN C WINSOR on 7/5/23. The 60 amended document is accepted as a substitute for the original filing (ECF No. 56 ). (tss) (Entered: 07/05/2023) |
| 07/06/2023 | 63 | NOTICE of Appearance by JOSHUA NATHANIEL TURNER on behalf of STATE OF IDAHO (TURNER, JOSHUA) (Entered: 07/06/2023) |
| 07/07/2023 | 64 | AMICUS CURIAE BRIEF by STATE OF IDAHO *Arkansas, Georgia, Indiana, Mississippi, Missouri, Montana, New Hampshire, North Dakota, South Carolina, South Dakota and Utah*. (TURNER, JOSHUA) (Entered: 07/07/2023) |
| 07/11/2023 | 65 | REPLY to Response to Motion re 23 Amended MOTION for Preliminary Injunction *to correct typographical error* filed by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (Attachments: # 1 Affidavit Supplemental Declaration of Jian Song) (GORSKI, ASHLEY) (Entered: 07/11/2023) |
| 07/17/2023 | 66 | ORDER REGARDING HEARING. Signed by JUDGE ALLEN C WINSOR on 7/17/2023. (vkm) (Entered: 07/17/2023) |
| 07/18/2023 | 67 | Minute Entry for proceedings held before JUDGE ALLEN C WINSOR: Motion Hearing held on 7/18/2023 re 21 Emergency MOTION for Preliminary Injunction and 22 MOTION for Expedited Briefing and Hearing Schedule re 21 Emergency MOTION for Preliminary Injunction - written order to follow (Court Reporter Lisa Snyder (USDC-Tallahassee)) (tss) (Entered: 07/18/2023) |
| 07/20/2023 | 🔒 68 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Preliminary Injunction Hearing Proceedings held on 7/18/2023, before Judge Allen Winsor. Court Reporter/Transcriber Lisa Snyder, Telephone number 850-567-1374.<br><br>*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*<br><br>Redaction Request due **7/27/2023**. Release of Transcript Restriction set for **10/25/2023**. (ls) (Entered: 07/20/2023) |
| 08/17/2023 | 69 | ORDER DENYING 23 PRELIMINARY INJUNCTION MOTION. Within 21 days, the parties must confer and submit a joint report stating their positions on whether the stay should continue, see ECF No. 48 . Signed by JUDGE ALLEN C WINSOR on 8/17/2023. (atm) (Entered: 08/17/2023) |
| 08/21/2023 | 70 | NOTICE OF APPEAL as to 69 Order,, Set Deadlines/Hearings, by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. ( Filing fee $505 Receipt Number AFLNDC-8077186.) (GORSKI, ASHLEY) (Entered: 08/21/2023) |

| 08/21/2023 | 71 | Emergency MOTION for injunction pending appeal by YONGXIN LIU, MULTI-CHOICE REALTY LLC, YIFAN SHEN, XINXI WANG, ZHIMING XU. (GORSKI, ASHLEY) (Entered: 08/21/2023) |
|---|---|---|
| 08/23/2023 | 72 | ORDER DENYING MOTION FOR INJUNCTION PENDING APPEAL re 71 Emergency MOTION for injunction pending appeal re: 23 Amended MOTION for Preliminary Injunction *to correct typographical error* filed by YONGXIN LIU, YIFAN SHEN, MULTI-CHOICE REALTY LLC, ZHIMING XU, XINXI WANG. The parties must confer and submit a joint report signed by JUDGE ALLEN C WINSOR on 8/23/23. (Joint Report due by **9/18/2023**.) (bkp) Modified on 8/23/2023 (bkp). (Entered: 08/23/2023) |
| 08/23/2023 | 73 | Appeal Instructions re: 70 Notice of Appeal : The Transcript Request Form is available on the Internet at https://www.flnd.uscourts.gov/form/eleventh-circuit-transcript-information-form **PLEASE NOTE** Separate forms must be filed for each court reporter in both the district court and the appeals court. Transcript Order Form due by **9/6/2023**. (bkp) (Entered: 08/23/2023) |