# Adelita Tinaya-Miller

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Friday, August 25, 2023 5:39 PM |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 23-12737-B Yifan Shen, et al v. Commissioner, Florida Department of Agriculture, et al "Civil Appeal Docketed - Notice of Appeal" (4:23-cv-00208-AW-MAF) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was entered on 08/25/2023 at 5:37:23 PM Eastern Daylight Time and filed on 08/23/2023

| | |
|---|---|
| **Case Name:** | Yifan Shen, et al v. Commissioner, Florida Department of Agriculture, et al |
| **Case Number:** | 23-12737 |
| **Document(s):** | 1 |

**Docket Text:**
CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellants Yongxin Liu, Multi-Choice Realty LLC, Yifan Shen, Xinxi Wang and Zhiming Xu on 08/21/2023. Fee Status: Fee Paid. Awaiting Appellant's Certificate of Interested Persons due on or before 09/08/2023 as to Appellant Yifan Shen. Awaiting Appellee's Certificate of Interested Persons due on or before 09/22/2023 as to Appellee Commissioner, Florida Department of Agriculture and Consumer Services

**Notice will be electronically mailed to:**

Florida Attorney General Service
Daniel William Bell
Clerk - Northern District of Florida, Clerk of Court
Nathan Andrew Forrester
Ashley Gorski
Daniel Nordby
Robert Scott Schenck
Derek L. Shaffer
Daniel Boaz Tilley
Patrick Toomey
Nicholas Warren
Henry Charles Whitaker
Cody Wofsy

**Notice sent via US Mail to:**

Robert Seungchul Chang
Ronald A Peterson Law Clinic - Seattle WA
901 12TH AVE
SEATTLE, WA 98122

Gabriel J. Chin
University of California at Davis
King Hall Civil Rights Clinic
400 MARK HALL DR
DAVIS, CA 95616-5201

Rose Cuison-Villazor
Rutgers Law School
217 N 5TH ST
CAMDEN, NJ 08102-1203

Elizabeth Koo
Asian American Legal Defense and Education Fund
99 HUDSON ST 12TH FLOOR
NEW YORK, NY 10013

Bethany Y. Li
Asian American Legal Defense and Education Fund
99 HUDSON ST 12TH FLOOR
NEW YORK, NY 10013

Erik Louis Sayler
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Sarah Taitz
American Civil Liberties Union Foundation
125 BROAD ST FL 18
NEW YORK, NY 10004

Haiyan Tang
Quinn Emanuel Urquhart & Sullivan, LLP
1300 EYE ST NW STE 900
WASHINGTON, DC 20005

Razeen Zaman
Asian American Legal Defense and Education Fund
99 HUDSON ST 12TH FLOOR
NEW YORK, NY 10013

Keliang Clay Zhu
DeHeng Law Offices
7901 STONERIDGE DR STE 208
PLEASANTON, CA 94588

The following document(s) are associated with this transaction:
**Document Description:** CIVIL - Notice of Docketing
**Original Filename:** /opt/ACECF/live/forms/KathrynKemp_2312737_10013761_CIVIL-NoticeofDocketing_443.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=08/23/2023] [FileNumber=10013761-2]
[4dd826d96a9a242021274c7f2e6f2ae887666607625adf18d45ec05d94b43c4398da0d96338eb7d736419878d1cbe3e35b3b295664177087915b2ebf7837ab2e]]
**Recipients:**

- Florida Attorney General Service
- Daniel William Bell
- Robert Seungchul Chang
- Gabriel J. Chin
- Clerk - Northern District of Florida, Clerk of Court
- Rose Cuison-Villazor
- Nathan Andrew Forrester
- Ashley Gorski
- Elizabeth Koo
- Bethany Y. Li
- Daniel Nordby
- Erik Louis Sayler
- Robert Scott Schenck
- Derek L. Shaffer
- Sarah Taitz
- Haiyan Tang
- Daniel Boaz Tilley
- Patrick Toomey
- Nicholas Warren
- Henry Charles Whitaker
- Cody Wofsy
- Razeen Zaman
- Keliang Clay Zhu

**Document Description:** Civil Appeal Docketed - Notice of Appeal
**Original Filename:** 23-12737 DC NOA doc#70.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=08/23/2023] [FileNumber=10013761-0]
[1652335c9719ebc8c15c90e19dbe4ba79331a4c836b54702864b062f61433af68a0e64f1ad9efcef00774dd329c55c2be2fe7f86ca400a4247fbfb176c5e199c]]

**Document Description:** 23-12737 DC Order doc#69
**Original Filename:** 23-12737 DC Order doc#69.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=08/23/2023] [FileNumber=10013761-1]
[41e0e2dbb306b88409210579b6a9f25aa2e1cf44a40bc377d1f48a8471c727738af6432966fffc5646a76e415f693030626e6164be2b47b21f8d18813731f7cd]]