UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Y<small>IFAN</small> S<small>HEN</small>, et al.,

    *Plaintiffs*,

v.

                      Case No. 4:23-cv-208-AW-MAF

W<small>ILTON</small> S<small>IMPSON</small>, in his official
capacity as Florida Commissioner of
Agriculture, et al.,

    *Defendants*.

_____/

## JOINT REPORT CONCERNING STAY

Pursuant to the Court's order of August 17, 2023 (ECF No. 69), Plaintiffs and Defendants Wilton Simpson, J. Alex Kelly, and Patricia Fitzgerald ("State Defendants") write jointly concerning the stay entered on June 15, 2023 (ECF No. 48). Plaintiffs and the State Defendants agree that the stay of all deadlines should remain in place at least until the Eleventh Circuit holds oral argument on Plaintiffs' appeal from this Court's denial of their motion for a preliminary injunction. *See* ECF No. 69. Plaintiffs are seeking an expedited appeal in the Eleventh Circuit, and the State Defendants have consented to that motion. Because the Eleventh Circuit's decision on Plaintiffs' appeal may affect the nature and scope of relevant discovery in this matter, Plaintiffs and the State Defendants respectfully request that the stay

remain in place until oral argument on appeal, and they propose to submit a joint report to the Court within three days of that date concerning the stay.

Separately, Plaintiffs' counsel has conferred with counsel for Defendant State Attorneys R.J. Larizza, Monique Worrell, and Katherine Fernandez Rundle, concerning the stay and stipulation entered by the Court on July 5, 2023 (ECF No. 59). Plaintiffs and Defendant State Attorneys agree that this separate stay, which is specific to the Defendant State Attorneys, should remain in effect.

Respectfully submitted this September 7, 2023,

/s/ *Ashley Gorski*

Ashley Gorski*
Patrick Toomey*
Sarah Taitz*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
agorski@aclu.org
ptoomey@aclu.org
staitz@aclu.org
Daniel B. Tilley (FBN 102882)
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2707
dtilley@aclufl.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA**
336 East College Avenue, Suite 203

2

Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Cody Wofsy*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Email: cwofsy@aclu.org

Keliang (Clay) Zhu*
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
(925) 399-5856
czhu@dehengsv.com

Derek L. Shaffer*
Haiyan Tang*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com
haiyantang@quinnemanuel.com

Bethany Y. Li*
Elizabeth Koo*
Razeen Zaman*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
bli@aaldef.org
ekoo@aaldef.org

*Counsel for Plaintiffs*
*\* Admitted pro hac vice*


ASHLEY MOODY
*Attorney General*

HENRY C. WHITAKER (FBN 1031175)
  *Solicitor General*
/s/ *Daniel W. Bell*
DANIEL W. BELL (FBN 1008587)
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
  *Solicitor General Fellow*

OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*henry.whitaker@myfloridalegal.com*
*daniel.bell@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*

*Counsel for Defendants Wilton Simpson, Meredith Ivey, and Patricia Fitzgerald*

## CERTIFICATE OF WORD COUNT

Consistent with Local Rule 7.1(F), this report contains 219 words.

Dated: September 7, 2023                */s/ Ashley Gorski*
                                        Ashley Gorski

                                        *Attorney for Plaintiffs*