IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, *et al.*,

    Plaintiffs,                                              CASE NO.: 4:23-cv-208-AW-MAF

v.

WILTON SIMPSON, *etc., et al.*,

    Defendants.

_____/

## NOTICE OF APPEARANCE & DESIGNATION OF EMAIL ADDRESS

**PLEASE TAKE NOTICE** that Arthur I. Jacobs, Esq. of the law firm of JACOBS SCHOLZ & WYLER, LLC, as General Counsel for the Florida Prosecuting Attorneys Association, Inc., is hereby entering an appearance on behalf of Defendant State Attorneys,[1] and in compliance with the Florida Rule of Judicial

---

[1] Defendant State Attorneys are: GINGER BOWDEN-MADDEN in her official capacity as State Attorney for the First Judicial Circuit of Florida; JACK CAMPBELL in his official capacity as State Attorney for the Second Judicial Circuit of Florida; JOHN F. DURRETT in his official capacity as State Attorney for the Third Judicial Circuit of Florida; WILLIAM M. GLADSON in his official capacity as State Attorney for the Fifth Judicial Circuit of Florida; BRUCE L. BARTLETT in his official capacity as State Attorney for the Sixth Judicial Circuit of Florida; R.J. LARIZZA in his official capacity as State Attorney for the Seventh Judicial Circuit of Florida; BRIAN S. KRAMER in his official capacity as State Attorney for the Eighth Judicial Circuit of Florida; MONIQUE H. WORRELL in her official capacity as State Attorney for the Ninth Judicial Circuit of Florida; BRIAN W. HAAS in his official capacity as State Attorney for the Tenth Judicial Circuit of Florida; KATHERINE FERNANDEZ RUNDLE in her official capacity as State Attorney for the Eleventh Judicial Circuit of Florida;  ED A. BRODSKY in his official capacity as State Attorney for the Twelfth Judicial Circuit of Florida; SUSAN LOPEZ  in her official capacity as State Attorney for the Thirteenth Judicial Circuit of Florida; LARRY R. BASFORD in his official capacity as State Attorney for the Fourteenth Judicial Circuit of Florida; DAVID. A. ARONBERG in his official capacity as State Attorney for the Fifteenth Judicial Circuit of Florida; DENNIS W. WARD in his official capacity as State Attorney for the Sixteenth Judicial Circuit of Florida; HAROLD F. PRYOR in his official capacity as State Attorney for the Seventeenth Judicial Circuit of Florida; PHILIP G. ARCHER in his official capacity as State Attorney for the Eighteenth Judicial Circuit of Florida; THOMAS R. BAKKEDAHL in his official capacity as State Attorney for the Nineteenth Judicial Circuit of Florida; AMIRA D. FOX, in her official capacity as State Attorney for the Twentieth Judicial Circuit of Florida.

Administration 2.516, hereby designates the following e-mail addresses for e-mail service:

    Primary:    filings@jswflorida.com
    Secondary:    buddy@jswflorida.com
                   doug@jswflorida.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2023, a copy of the foregoing NOTICE OF APPEARANCE & DESIGNATION OF EMAIL ADDRESS was electronically filed with the Florida E-File Portal for e-service on the parties herein.

**JACOBS, SCHOLZ & WYLER, LLC**

*/s/ Arthur I. Jacobs*

_____
Arthur I. Jacobs, Esq.
Fla. Bar No.: 108249
Richard J. Scholz, Esq.
Fla. Bar No.: 0021261
Douglas A. Wyler, Esq.
Fla. Bar No.: 119979
961687 Gateway Blvd., Suite 201-I
Fernandina Beach, FL 32034
(904) 261-3693
(904) 261-7879 Fax
Primary: filings@jswflorida.com

---

Defendant State Attorney MELISSA W. NELSON in her official capacity as State Attorney for the Fourth Judicial Circuit of Florida is not included for purposes of this stipulation.