IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.                                                                              Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER STAYING CASE

Having considered the parties' joint status report (ECF No. 78), the court now orders that this case is STAYED on the terms outlined in the status report. Any party may move to lift the stay at any time.

SO ORDERED on September 8, 2023.

                                              s/ *Allen Winsor*
                                              United States District Judge