IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, *et al.*,

    *Plaintiffs*,

v.

WILTON SIMPSON, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-208-AW-MAF

## PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 1.4, Sarah Taitz of the American Civil Liberties Union Foundation moves to withdraw as counsel for Plaintiffs in the above-captioned matter. In support of this motion, undersigned counsel states as follows:

1. She is a legal fellow with the American Civil Liberties Union Foundation and is one of the attorneys for Plaintiffs in the above-captioned matter.

2. As of September 15, 2023, undersigned counsel will have completed her fellowship and will no longer be employed as an attorney with the American Civil Liberties Union Foundation.

3. Plaintiffs were provided 14 days' notice prior to the filing of this motion for withdrawal of counsel.

4. The remaining co-counsel of record will continue to represent plaintiffs in this case.

## CERTIFICATE OF CONFERRAL

Consistent with Local Rule 7.1(B), counsel for Plaintiffs conferred by with counsel for Defendants who do not oppose this motion.

## CERTIFICATE OF COMPLIANCE

This motion complies with the requirements of Local Rule 7.1(F) because it contains 129 words.

Dated: September 15, 2023          Respectfully submitted,

*/s/ Sarah Taitz*
Sarah Taitz
American Civil Liberties Union
    Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 284-7305
agorski@aclu.org

*Attorney for Plaintiffs*