IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN et al.,

    Plaintiffs,

v.                               Case No.: 4:23-CV-208-AW-MAF

WILTON SIMLSON et al.,

    Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Pursuant to Local Rule 11.1(H), Erik Louis Sayler moves to withdraw as counsel of record for Defendants, Commissioner Wilton Simpson, Acting Secretary Meredith Ivey, and Chair Patricia Fitzgerald. The undersigned counsel is no longer assigned to be counsel of record in this case. The Defendants continue to be represented in this case through other counsel. Accordingly, the undersigned counsel's withdrawal from this case should not cause any prejudice or delay. Moreover, the undersigned counsel is authorized to represent that the Defendants consent to the withdrawal and that Plaintiffs do not oppose this motion.

Wherefore, good cause having been shown, Erik Louis Sayler requests that this Court enter an order allowing him to withdraw as counsel from this case.

1

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

*/s/ Erik Louis Sayler*
Erik Louis Sayler (FBN 29525)
Special Counsel
Complex Litigation
Office of the Attorney General
PL – 01 The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3630
Erik.Sayler@myfloridalegal.com

## LOCAL RULE 11.1(H)(1)(b) CERTIFICATION

I CERTIFY that my client consents to my withdrawal as counsel of record in this case.

*/s/ Erik Louis Sayler*
Erik Louis Sayler

## LOCAL RULE 7.1 (B)

I CERTIFY that I conferred with counsel for Plaintiffs, who indicated that Plaintiffs to not oppose this motion.

*/s/ Erik Louis Sayler*
Erik Louis Sayler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September 2023 a true and

correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF system, which provides notices to all counsel of record.

*/s/ Erik Louis Sayler*
Erik Louis Sayler
