IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.                                           Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING LEAVE TO WITHDRAW

Attorney Erik Louis Sayler moves for leave to withdraw. The unopposed motion (ECF No. 82) is GRANTED, and Mr. Sayler is relieved of further responsibility in this case. The clerk will remove him from the CM/ECF distribution list.

SO ORDERED on September 18, 2023.

                                                        s/ *Allen Winsor*
                                                        United States District Judge