**Adelita Tinaya-Miller**

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Tuesday, October 3, 2023 9:29 AM |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 23-12737-B Yifan Shen v. Commissioner, Florida Department of Agriculture, et al "FRAP 11 Certification Requested" (4:23-cv-00208-AW-MAF) |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

**United States Court of Appeals for the Eleventh Circuit**

**Notice of Docket Activity**

The following transaction was filed on 10/03/2023

**Case Name:**   Yifan Shen v. Commissioner, Florida Department of Agriculture, et al

**Case Number:**   23-12737

**Docket Text:**
**Please certify that the electronic record, including transcripts and exhibits, is complete for purposes of this appeal pursuant to 11th Cir. R. 11-2. Electronic versions of all documentary exhibits admitted into evidence at trial or any evidentiary hearing must be included in the electronic record on appeal pursuant to 11th Cir. R. 11-3. Please see 11th Cir. R. 11-3 for additional information about transmitting sealed or confidential exhibits, audio or video exhibits, and non-documentary physical exhibits.**

**Notice will be electronically mailed to:**

Clerk - Northern District of Florida, Clerk of Court