## Adelita Tinaya-Miller

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Thursday, November 9, 2023 3:46 PM |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 23-12737-B Yifan Shen v. Commissioner, Florida Department of Agriculture, et al "Court Order Filed Granted by Court File Amicus Brief" (4:23-cv-00208-AW-MAF) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Eleventh Circuit**

**Notice of Docket Activity**

The following transaction was filed on 11/09/2023

| | |
|---|---|
| **Case Name:** | Yifan Shen v. Commissioner, Florida Department of Agriculture, et al |
| **Case Number:** | 23-12737 |
| **Document(s):** | 50 |

**Docket Text:**

ORDER: The "Motion for Leave to File Brief of Amici Curiae in Support of Plaintiffs-Appellants by Racial Justice Centers, Affini-ty Bar and Professional Associations, and Civil Rights Advocacy Organizations" is GRANTED.. [44] JP (See attached order for complete text)

**Notice will be electronically mailed to:**

Florida Attorney General Service
Daniel William Bell
Robert Seungchul Chang
Gabriel J. Chin
Clerk - Northern District of Florida, Clerk of Court
Rose Cuison-Villazor
Nathan Andrew Forrester
Ashley Gorski
Omar C. Jadwat
Elizabeth Koo
Bethany Yue Ping Li
Sidra Mahfooz
Daniel Nordby
Madeleine Kristine Rodriguez
Robert Scott Schenck
Derek L. Shaffer
Sarah Taitz

Daniel Boaz Tilley
Patrick Toomey
Nicholas Warren
Henry Charles Whitaker
Cody Wofsy
Noor Zafar
Razeen Zaman
Keliang Zhu

The following document(s) are associated with this transaction:
**Document Description:** MOT-2 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/MichelleDowdell_2312737_10071001_MOT-2NoticeofCourtAction_249.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=11/09/2023] [FileNumber=10071001-1]
[7ee9f09a7c867ebe69627e4c5debd1fa0d59b47319dbb29cf87fc63846b8e25de78acfa9d94feaadb24dd58c26809cc6ec29
01f17d9b9ff43127354ca2ca2107]]
**Recipients:**

- Florida Attorney General Service
- Daniel William Bell
- Robert Seungchul Chang
- Gabriel J. Chin
- Clerk - Northern District of Florida, Clerk of Court
- Rose Cuison-Villazor
- Nathan Andrew Forrester
- Ashley Gorski
- Omar C. Jadwat
- Elizabeth Koo
- Bethany Yue Ping Li
- Sidra Mahfooz
- Daniel Nordby
- Madeleine Kristine Rodriguez
- Robert Scott Schenck
- Derek L. Shaffer
- Sarah Taitz
- Daniel Boaz Tilley
- Patrick Toomey
- Nicholas Warren
- Henry Charles Whitaker
- Cody Wofsy
- Noor Zafar
- Razeen Zaman
- Keliang Zhu

**Document Description:** Court Order Filed
**Original Filename:** 23-12737 order for filing granting motion.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=11/09/2023] [FileNumber=10071001-0]
[33490af4ee965a21459d2bf8c7ab90d3a9abe2f39da10dce78d5a11157fffa8d515a1f5b8b1a57215a6c9dfca38b8bd136faf
fafd2f50fe8233240228c9f148d]]

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 09, 2023

Madeleine Kristine Rodriguez
Foley Hoag, LLP
155 SEAPORT BLVD
BOSTON, MA 02210

Appeal Number: 23-12737-B
Case Style: Yifan Shen v. Commissioner, Florida Department of Agriculture, et al
District Court Docket No: 4:23-cv-00208-AW-MAF

The enclosed order granting motion to file Amicus Brief has been entered. The Amicus Brief is deemed filed as of the date of this order.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 23-12737

————————————————

YIFAN SHEN,
ZHIMING XU,
indviduals,
XINXI WANG,
YONGXIN LIU,
an individual,
MULTI-CHOICE REALTY LLC,
a Limited Liability Corporation,

Plaintiffs-Appellants,

*versus*

COMMISSIONER, FLORIDA DEPARTMENT OF
AGRICULTURE AND CONSUMER SERVICES,
SECRETARY, FLORIDA DEPARTMENT OF ECONOMIC
OPPORTUNITY,
CHAIR, FLORIDA REAL ESTATE COMMISSION,
STATE ATTORNEY, 7TH JUDICIAL CIRCUIT,

2                          Order of the Court                        23-12737

STATE ATTORNEY, 9TH JUDICIAL CIRCUIT, et al.,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00208-AW-MAF

_____

ORDER:

    The "Motion for Leave to File Brief of Amici Curiae in Support of Plaintiffs-Appellants by Racial Justice Centers, Affinity Bar and Professional Associations, and Civil Rights Advocacy Organizations" is GRANTED.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE