# Kelli Malu

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Wednesday, January 17, 2024 10:30 AM |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 23-12737-DD Yifan Shen v. Commissioner, Florida Department of Agriculture, et al "EROA Request for USDC to Compile" (4:23-cv-00208-AW-MAF) |

\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.

United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 01/17/2024

**Case Name:** Yifan Shen v. Commissioner, Florida Department of Agriculture, et al
**Case Number:** 23-12737

**Docket Text:**
USDC Clerk is requested to forward the Electronic Record on Appeal to our court. We've made several unsuccessful attempts to electronically compile the Record on Appeal. The following error message appears 'Unable to create PDF file.' Please compile the record and forward in pdf format to the following secure email address: ▬▬▬▬▬▬▬▬▬▬ If the record is forwarded via OneDrive, please email it to Brian Edenfield.

**Notice will be electronically mailed to:**

Clerk - Northern District of Florida, Clerk of Court