# Kelli Malu

| | |
|---|---|
| **From:** | Kelli Malu |
| **Sent:** | Friday, January 26, 2024 11:43 AM |
| **To:** | CA11db_EROA |
| **Subject:** | 4:23-cv-00208-AW-MAF   // USCA #23-12737  YIFAN SHEN, et al  v WILTON SIMPSON, et al  --- Original papers attached Part 1  Docs 1-12 |
| **Attachments:** | 423cv208 Doc 1.pdf; 423cv208 Doc 2.pdf; 423cv208 Doc 3.pdf; 423cv208 Doc 4.pdf; 423cv208 Doc 5.pdf; 423cv208 Doc 6.pdf; 423cv208 Doc 7.pdf; 423cv208 Doc 8.pdf; 423cv208 Doc 9.pdf; 423cv208 Doc 10.pdf; 423cv208 Doc 11.pdf; 423cv208 Doc 12.pdf |

# Kelli Malu

| | |
|---|---|
| **From:** | Kelli Malu |
| **Sent:** | Friday, January 26, 2024 11:45 AM |
| **To:** | CA11db_EROA |
| **Subject:** | 4:23-cv-00208-AW-MAF  // USCA #23-12737  YIFAN SHEN, et al  v WILTON SIMPSON, et al  --- Original papers attached Part 2  Docs 13-20 |
| **Attachments:** | 423cv208 Doc 13.pdf; 423cv208 Doc 14.pdf; 423cv208 Doc 15.pdf; 423cv208 Doc 16.pdf; 423cv208 Doc 17.pdf; 423cv208 Doc 18.pdf; 423cv208 Doc 19.pdf; 423cv208 Doc 20.pdf |

Kelli Malu
Court Operations Specialist
US District Court
Northern District of Florida
352-380-2405

# Kelli Malu

| | |
|---|---|
| **From:** | Kelli Malu |
| **Sent:** | Friday, January 26, 2024 11:47 AM |
| **To:** | CA11db_EROA |
| **Subject:** | 4:23-cv-00208-AW-MAF   // USCA #23-12737  YIFAN SHEN, et al  v WILTON SIMPSON, et al  --- Original papers attached Part 3  Doc 21 - Part 1 and Part 2 |
| **Attachments:** | 423cv208 Doc 21 Part 1.pdf; 423cv208 Doc 21 Part 2.pdf |

Kelli Malu
Court Operations Specialist
US District Court
Northern District of Florida
352-380-2405

1

# Kelli Malu

| | |
|---|---|
| **From:** | Kelli Malu |
| **Sent:** | Friday, January 26, 2024 11:49 AM |
| **To:** | CA11db_EROA |
| **Subject:** | 4:23-cv-00208-AW-MAF   // USCA #23-12737  YIFAN SHEN, et al  v WILTON SIMPSON, et al  --- Original papers attached Part 4  Docs 22 - 34 |
| **Attachments:** | 423cv208 Doc 22.pdf; 423cv208 Doc 23.pdf; 423cv208 Doc 24.pdf; 423cv208 Doc 26.pdf; 423cv208 Doc 27.pdf; 423cv208 Doc 28.pdf; 423cv208 Doc 29.pdf; 423cv208 Doc 30.pdf; 423cv208 Doc 31.pdf; 423cv208 Doc 32.pdf; 423cv208 Doc 33.pdf; 423cv208 Doc 34.pdf |

Kelli Malu
Court Operations Specialist
US District Court
Northern District of Florida
352-380-2405

1

# Kelli Malu

| | |
|---|---|
| **From:** | Kelli Malu |
| **Sent:** | Friday, January 26, 2024 11:51 AM |
| **To:** | CA11db_EROA |
| **Subject:** | 4:23-cv-00208-AW-MAF   // USCA #23-12737  YIFAN SHEN, et al  v WILTON SIMPSON, et al  --- Original papers attached Part 5  Docs 35 - 47 |
| **Attachments:** | 423cv208 Doc 35.pdf; 423cv208 Doc 36.pdf; 423cv208 Doc 37.pdf; 423cv208 Doc 38.pdf; 423cv208 Doc 39.pdf; 423cv208 Doc 40.pdf; 423cv208 Doc 41.pdf; 423cv208 Doc 42.pdf; 423cv208 Doc 43.pdf; 423cv208 Doc 44.pdf; 423cv208 Doc 45.pdf; 423cv208 Doc 47.pdf |

Kelli Malu
Court Operations Specialist
US District Court
Northern District of Florida
352-380-2405

# Kelli Malu

| | |
|---|---|
| **From:** | Kelli Malu |
| **Sent:** | Friday, January 26, 2024 11:52 AM |
| **To:** | CA11db_EROA |
| **Subject:** | 4:23-cv-00208-AW-MAF  // USCA #23-12737  YIFAN SHEN, et al  v WILTON SIMPSON, et al  --- Original papers attached Part 6  Docs 48 - 59 |
| **Attachments:** | 423cv208 Doc 48.pdf; 423cv208 Doc 49.pdf; 423cv208 Doc 50.pdf; 423cv208 Doc 51.pdf; 423cv208 Doc 52.pdf; 423cv208 Doc 53.pdf; 423cv208 Doc 54.pdf; 423cv208 Doc 55.pdf; 423cv208 Doc 56.pdf; 423cv208 Doc 57.pdf; 423cv208 Doc 58.pdf; 423cv208 Doc 59.pdf |

Kelli Malu
Court Operations Specialist
US District Court
Northern District of Florida
352-380-2405

# Kelli Malu

| | |
|---|---|
| **From:** | Kelli Malu |
| **Sent:** | Friday, January 26, 2024 11:55 AM |
| **To:** | CA11db_EROA |
| **Subject:** | 4:23-cv-00208-AW-MAF   // USCA #23-12737  YIFAN SHEN, et al  v WILTON SIMPSON, et al  --- Original papers attached Part 7  Docs 60 - 72 |
| **Attachments:** | 423cv208 Doc 61.pdf; 423cv208 Doc 62.pdf; 423cv208 Doc 63.pdf; 423cv208 Doc 64.pdf; 423cv208 Doc 65.pdf; 423cv208 Doc 66.pdf; 423cv208 Doc 67.pdf; 423cv208 Doc 68.pdf; 423cv208 Doc 69.pdf; 423cv208 Doc 70.pdf; 423cv208 Doc 71.pdf; 423cv208 Doc 72.pdf; 423cv208 Doc 60.pdf |

Kelli Malu
Court Operations Specialist
US District Court
Northern District of Florida
352-380-2405

# Kelli Malu

| | |
|---|---|
| **From:** | Kelli Malu |
| **Sent:** | Friday, January 26, 2024 12:09 PM |
| **To:** | CA11db_EROA |
| **Subject:** | RESENT - FW: 4:23-cv-00208-AW-MAF  // USCA #23-12737  YIFAN SHEN, et al  v  WILTON SIMPSON, et al --- Original papers attached Part 8  Docs 73 - 88  (Last One) |
| **Attachments:** | 423cv208 Doc 73.pdf; 423cv208 Doc 74.pdf; 423cv208 Doc 75.pdf; 423cv208 Doc 76.pdf; 423cv208 Doc 77.pdf; 423cv208 Doc 78.pdf; 423cv208 Doc 79.pdf; 423cv208 Doc 80.pdf; 423cv208 Doc 81.pdf; 423cv208 Doc 82.pdf; 423cv208 Doc 83.pdf; 423cv208 Doc 84.pdf; 423cv208 Doc 86.pdf; 423cv208 Doc 87.pdf; 423cv208 Doc 88.pdf |

**From:** Kelli Malu
**Sent:** Friday, January 26, 2024 11:58 AM
**To:** CA11db_EROA <eroa@ca11.uscourts.gov>
**Subject:** 4:23-cv-00208-AW-MAF // USCA #23-12737 YIFAN SHEN, et al v WILTON SIMPSON, et al --- Original papers attached Part 8 Docs 73 - 88

Kelli Malu
Court Operations Specialist
US District Court
Northern District of Florida
352-380-2405

1