UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Y**IFAN** S**HEN**, et al.,

    *Plaintiffs*,

v.

    Case No. 4:23-cv-208-AW-MAF

W**ILTON** S**IMPSON**, in his official
capacity as Florida Commissioner of
Agriculture, et al.,

    *Defendants*.

_____/

## JOINT REPORT CONCERNING STAY

Pursuant to the Court's order of September 8, 2023 (ECF No. 79), Plaintiffs and Defendants Wilton Simpson, J. Alex Kelly, and Richard Barbara[1] ("State Defendants") write jointly concerning the stay entered on that date.

On Friday, April 19, 2024, the Eleventh Circuit heard oral argument on Plaintiffs' expedited appeal from this Court's denial of their motion for a preliminary injunction. *See* ECF No. 69. Plaintiffs and the State Defendants agree that the stay of all deadlines should remain in place until the Eleventh Circuit issues the mandate in connection with its ruling on Plaintiffs' appeal, but that any party may move to

---

[1] Richard Barbara succeeded Patricia Fitzgerald as Chair of the Florida Real Estate Commission and was automatically substituted as a Defendant in her place pursuant to Federal Rule of Civil Procedure 25(d).

lift the stay at any time. Because the Eleventh Circuit's decision on Plaintiffs' appeal may affect the nature and scope of relevant discovery in this matter, Plaintiffs and the State Defendants respectfully request that the stay remain in place until the mandate issues, and they propose to submit a joint report to the Court within five days of that date concerning the stay.

    Respectfully submitted this April 22, 2024,

/s/ *Ashley Gorski*
Ashley Gorski*
Patrick Toomey*
Shaiba Rather*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
agorski@aclu.org
ptoomey@aclu.org
srather@aclu.org

Daniel B. Tilley (FBN 102882)
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2707
dtilley@aclufl.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA**
1809 Art Museum Drive, Suite 203
Jacksonville, FL 32205
(786) 363-1769
nwarren@aclufl.org

2

Cody Wofsy*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Email: cwofsy@aclu.org

Keliang (Clay) Zhu*
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
(925) 399-5856
czhu@dehengsv.com

Derek L. Shaffer*
Haiyan Tang*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com
haiyantang@quinnemanuel.com

Bethany Y. Li*
Elizabeth Koo*
Razeen Zaman*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
bli@aaldef.org
ekoo@aaldef.org

*Counsel for Plaintiffs*
*\* Admitted pro hac vice*

ASHLEY MOODY
*Attorney General*

HENRY C. WHITAKER (FBN 1031175)
  *Solicitor General*
*/s/ Daniel W. Bell*
DANIEL W. BELL (FBN 1008587)
  *Chief Deputy Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
  *Senior Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
  *Assistant Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*henry.whitaker@myfloridalegal.com*
*daniel.bell@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*

*Counsel for Defendants Wilton Simpson, Meredith Ivey, and Richard Barbara*

## CERTIFICATE OF WORD COUNT

Consistent with Local Rule 7.1(F), this report contains 196 words.

Dated: April 22, 2024                               */s/ Ashley Gorski*
                                                    Ashley Gorski

                                                    *Attorney for Plaintiffs*