IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.   Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER REGARDING STAY

Having reviewed the parties' joint status report (ECF No. 91), the court now orders that this case will remain STAYED pending appeal. Any party may move to lift the stay at any time. Within five days after the Eleventh Circuit issues its mandate, Plaintiffs and the State Defendants must submit a joint report that includes a proposed litigation schedule.

SO ORDERED on April 23, 2024.

                                                    s/ *Allen Winsor*
                                                  United States District Judge