IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| YIFAN SHEN; ZHIMING XU, XINXI WANG; YONGXIN LIU; and MULTI-CHOICE REALTY, LLC,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture; J. ALEX KELLY, in his official capacity as Florida Secretary of Commerce; PATRICIA FITZGERALD, in her official capacity as Chair of the Florida Real Estate Commission; R.J. LARIZZA, in his official capacity as State Attorney for the 7th Judicial Circuit; MONIQUE WORRELL; in her official capacity as State Attorney for the 9th Judicial Circuit; and KATHERINE FERNANDEZ RUNDLE, in her official capacity as State Attorney for the 11th Judicial Circuit,<br><br>    *Defendants*. | Case No. 4:23-cv-208-AW-MAF |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(h)(1)(b), Daniel W. Bell moves for leave to withdraw as counsel for J. Alex Kelly as Secretary of Commerce, Richard L. Barbara as Chair of the Real Estate Commission, and Wilton Simpson as Commissioner of the Department of Agriculture, as Mr. Bell will depart the Office of the Attorney General on January 31, 2025, to pursue another opportunity. The defendants do not object to Mr. Bell's withdrawal, and the Plaintiffs do not object to this motion either.

1

The defendants will continue to be represented by undersigned counsel, Nathan Forrester, David Costello, and Robert Schenck.

January 31, 2025

Respectfully submitted,

JOHN GUARD
  *Acting Attorney General*

*/s/ Daniel W. Bell*
Daniel William Bell (FBN 1008587)
  *Chief Deputy Attorney General*

Nathan A. Forrester (FBN 1045107)
David M. Costello (FBN 1004952)
  *Chief Deputy Solicitors General*

Robert S. Schenck (FBN 1044532)
  *Assistant Solicitor General*

Daniel E. Nordby (FSB 14588)
Shutts & Bowen LLP
215 South Monroe Street, Ste. 804
Tallahassee, FL 32301
(850) 241-1725
DNordby@shutts.com

*Counsel for Defendants*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Daniel.bell@myfloridalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

>                          */s/ Daniel W. Bell*
>                          Counsel for Defendants