## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

     **Plaintiffs,**

**v.**                                                     **Case No. 4:23-cv-208-AW-MAF**

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

     **Defendants.**

_____/

## ORDER GRANTING MOTION TO WITHDRAW

Daniel Bell's motion for leave to withdraw (ECF No. 93) is GRANTED. Mr. Bell is relieved of further responsibility in this case. The clerk will remove him from the CM/ECF distribution list.

SO ORDERED on February 3, 2025.

                          *s/ Allen Winsor*_____
                          United States District Judge