# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# Tallahassee DIVISION

**YIFAN SHEN, et al.,**

    **Plaintiff,**

**vs.**                                             **Case No. 4:23cv208-AW-MAF**

**WILTON SIMPSON, in his official capacity as Commissioner of Agriculture for the Florida Department of Agriculture and Consumer Affairs, et al.,**

    **Defendants.**

_____/

## O R D E R

A motion for leave to appear *pro hac vice* have been filed by attorney Justin M. Sadowsky, seeking leave to appear as so-counsel on behalf of the Plaintiffs. ECF No. 95. The motion has been reviewed, but does not comply with the Rules of this Court because counsel's certificate of good standing from the Bar of the District of Columbia was not issued "within 30 days of the filing" of the motion. Instead, it was issued on January 30, 2025. *Id.* at 8.

Furthermore, counsel has not shown that he maintains an upgraded PACER account and he has not provided confirmation of completing the Attorney Admission Tutorial.  Indeed, counsel certified that he "studied the Local Rules of the United States District Court for the *Southern District* of Florida."  ECF No. 95 at 4 (emphasis added).  Although the docket confirms that the $219 *pro hac vice* admission fee has been paid, the motion does not comply with N.D. Fla. Loc. R. 11.1(C) and it is **DENIED** without prejudice.  Counsel will not be required to submit another fee should he decide to file an amended motion.

Accordingly, it is **ORDERED:**

1.  The motion for leave to appear *pro hac vice*, ECF No. 95, filed by Justin Sadowsky is **DENIED without prejudice**.

2.  Counsel is permitted to file an amended motion in compliance with Local Rule 11.1 and in doing so, should reference the filing fee paid with the instant motion.

**DONE AND ORDERED** on May 7, 2025.

> S/   Martin A. Fitzpatrick
> **MARTIN A. FITZPATRICK**
> **UNITED STATES MAGISTRATE JUDGE**

Case No. 4:23cv208-AW-MAF