IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, et al.,

    *Plaintiffs,*

v.

WILTON SIMPSON, in his official capacity as Commissioner of Agriculture for the Florida Department of Agriculture and Consumer Affairs, *et al.*,

    *Defendants.*

Case No. 4:23-cv-208-AW-MAF

**AMENDED MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 11.1(c) Justin Sadowsky of the law firm of Chinese American Legal Defense Alliance, at 4250 N. Fairfax Drive, #600, Arlington, VA 22203, (646) 785-9154, respectfully moves to appear pro hac vice for purposes of appearance as co-counsel on behalf of Plaintiffs Yifan Shen, Xhiming Xu, Xinxi Wang, Yongxin Liu, and Multi-Choice Realty LLC, in the above-styled case only, and to permit Justin Sadowsky to receive electronic filings in this case, and in support thereof states as follows:

    1.    Justin Sadowsky is not admitted to practice in the Northern District of Florida and is a member in good standing of the State Bar of the District of Columbia, United States District Court for the District of Columbia, Virginia

General District Court, United States District Court for the District of Maryland, United States District Court for the Eastern District of Virginia, United States District Court for the Eastern District of Michigan, United States District Court for the Eastern District of Arkansas, United States District Court for the District of Minnesota, United States District Court of Western District of Texas, United States District Court for the Eastern District of Missouri, District Court of Appeals Fourth District Court, District Court of Appeals Fifth District Court, District Court of Appeals Sixth District Court, United States Courts for the Ninth Circuit, and United States Courts for the Eleventh Circuit.

    2.    Daniel B. Tilley (FBN 102882), Esquire, of the law firm of ACLU Foundation of Florida, at 4343 West Flagler Steet, Suite 400, Miami, FL 33134, (786) 363-2714, is a member in good standing of The Florida Bar and the United States District Court for the Northern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

    3.    In accordance with the local rules of this Court, Justin Sadowsky has made payment of this Court's admission fee of $219. A certificate of good standing by the District of Columbia Court of Appeals (the highest court in DC), dated May 7, 2025, is attached hereto.

    4.    Justin Sadowsky passed the Local Rules Tutorial for the Northern District of Florida on May 6, 2025 (Confirmation # FLND17465424322904).

4. Justin Sadowsky has an upgraded NextGen PACER account, has registered for ECF access, and requests the Court to provide Notice of Electronic Filings to Justin Sadowsky at email address: justins@caldausa.org.

WHEREFORE, Justin Sadowsky moves this Court to enter an Order permitting him to appear before this Court on behalf of Plaintiffs for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Justin Sadowsky.

Date: May 7, 2025                                    Respectfully submitted,


                                                     /s/    Justin Sadowky
                                                     Justin Sadowsky (SBN 977642)
                                                     **CHINESE AMERICAN LEGAL DEFENSE ALLIANCE**
                                                     4250 N. Fairfax Drive, #600
                                                     Arlington, VA 22203
                                                     (646) 785 9154
                                                     justins@caldausa.org

                                                     *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERNDISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| YIFAN SHEN, *et al.*,<br><br>  *Plaintiffs,*<br><br>v.<br><br>WILTON SIMPSON, in his official capacity as Commissioner of Agriculture for the Florida Department of Agriculture and Consumer Affairs, *et al.*,<br><br>  *Defendants.* | Case No. 4:23-cv-208-AW-MAF |

## **CERTIFICATION OF JUSTIN SADOWSKY**

Justin Sadowsky, Esquire, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Northern District of Florida; (2) I am a member in good standing of the District of Columbia (977642), United States District Court for the District of Columbia, Virginia General District Court, United States District Court for the District of Maryland, United States District Court for the Eastern District of Virginia, United States District Court for the Eastern District of Michigan, United States District Court for the Eastern District of Arkansas, United States District Court for the District of Minnesota, United States District Court

of Western District of Texas, United States District Court for the Eastern District of Missouri, District Court of Appeals Fourth District Court, District Court of Appeals Fifth District Court, District Court of Appeals Sixth District Court, United States Courts for the Ninth Circuit, and United States Courts for the Eleventh Circuit; (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days; (4) I passed the Local Rules Tutorial for the Northern District of Florida on May 6, 2025 (Confirmation # FLND17465424322904); (5) I have paid the $219 pro hac vice fee; and (6) I maintain an upgraded NextGen PACER account with ECF filing access.

/s/   Justin Sadowsky
Justin Sadowsky

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERNDISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| YIFAN SHEN, *et al.*,<br><br>    *Plaintiffs,*<br>v.<br><br>WILTON SIMPSON, in his official capacity as Commissioner of Agriculture for the Florida Department of Agriculture and Consumer Affairs, *et al.*,<br><br>    *Defendants.* | Case No. 4:23-cv-208-AW-MAF |

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Justin Sadowsky, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Northern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Justin Sadowsky, may appear and participate in this action on behalf of Plaintiffs Yifan Shen, Xhiming Xu, Xinxi Wang, Yongxin Liu, and Multi-Choice Realty LLC. The Clerk shall provide electronic notification of all electronic filings to Justin Sadowsky, at justins@caldausa.org.

DONE AND ORDERED in Chambers at _____,
Florida, this\_\_\_day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record