**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
Tallahassee DIVISION**


**YIFAN SHEN, et al.,**

     **Plaintiff,**

**vs.**                                   **Case No. 4:23cv208-AW-MAF**

**WILTON SIMPSON, in his
official capacity as
Commissioner of Agriculture
for the Florida Department of
Agriculture and Consumer
Affairs, et al.,**

     **Defendants.**
_____/


**O R D E R**

An amended motion for leave to appear *pro hac vice* have been filed by attorney Justin M. Sadowsky, seeking leave to appear as so-counsel on behalf of the Plaintiffs.  ECF No. 97.  The motion demonstrates counsel is a member in good standing of the Bar of the District of Columbia, and it does not appear that he resides in Florida.  *Id.*  Counsel has completed this Court's local rules tutorial, has an upgraded PACER account for filing with CM/ECF, and the docket confirms that the $219 *pro hac vice* admission fee

has been paid.  *Id.*  The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the amended motion for leave to appear *pro hac vice*, ECF No. 97, filed by Justin Sadowsky is **GRANTED**.

**DONE AND ORDERED** on May 8, 2025.

**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**