IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.        Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER LIFTING STAY

On its own motion, the court lifts the stay as to the State Defendants. Within 14 days, Plaintiffs and the State Defendants must confer and submit a status report and proposed litigation schedule. Within 21 days, the State Defendants must respond to the complaint.

This order does not affect the stay regarding the State Attorney Defendants. *See* ECF No. 59. But the other parties' status report must indicate whether that stay should be maintained.

SO ORDERED on December 3, 2025.

                                s/ *Allen Winsor*
                                Chief United States District Judge