# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 09, 2025

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 23-12737-GG
Case Style: Yifan Shen v. Commissioner, Florida Department of Agriculture, et al
District Court Docket No: 4:23-cv-00208-AW-MAF

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel. A copy of the court's decision was previously forwarded to counsel on the date it was issued.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12737
_____

YIFAN SHEN,
ZHIMING XU,
   indviduals,
XINXI WANG,
YONGXIN LIU,
   an individual,
MULTI-CHOICE REALTY LLC,
   a Limited Liability Corporation,

                                            *Plaintiffs-Appellants,*

versus

COMMISSIONER, FLORIDA DEPARTMENT OF
AGRICULTURE AND CONSUMER SERVICES,
SECRETARY, FLORIDA DEPARTMENT OF ECONOMIC
OPPORTUNITY,
CHAIR, FLORIDA REAL ESTATE COMMISSION,
STATE ATTORNEY, 7TH JUDICIAL CIRCUIT,
STATE ATTORNEY, 9TH JUDICIAL CIRCUIT, et al.,

                                            *Defendants-Appellees.*

Case 4:23-cv-00208-AW-MAF   Document 101   Filed 12/09/25   Page 3 of 3
USCA11 Case: 23-12737   Document: 36-2   Date Filed: 12/09/2025   Page: 2 of 2

2                                                                    23-12737

―――――――――――

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00208-AW-MAF

―――――――――――

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 4, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: DECEMBER 9, 2025