IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHEN, et al.,

    Plaintiffs,

v.                                                        Case No. 4:23-cv-208-AW-MAF

SIMPSON, et al.,

    Defendants.

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Douglas A. Wyler, Esq., General Counsel for the Florida Prosecuting Attorney's Association, hereby enters an appearance on behalf of Defendants, R.J. LARIZZA, in his official capacity as State Attorney for the Seventh Judicial Circuit of Florida; MONIQUE WORRELL, in her official capacity as State Attorney for the Ninth Judicial Circuit of Florida; and KATHERINE FERNANDEZ RUNDLE, in her official capacity as State Attorney for the Eleventh Judicial Circuit of Florida, and requests that all papers filed in this case be served upon him.

Respectfully submitted this 10th day of December, 2025.

*/s/ Douglas A. Wyler*

_____
Douglas A. Wyler, Esq.
Fla. Bar No.: 119979
Wyler Law Firm

961687 Gateway Blvd., Suite 101-L
Fernandina Beach, FL 32034
Telephone: (904) 261-3690
E-mail: doug@wylerlawfirm.com

*General Counsel, Florida Prosecuting Attorneys Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2025, a copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF, which automatically serves all counsel of record for the parties who have appeared in this proceeding.

 */s/ Douglas A. Wyler*
 _____
 Douglas A. Wyler, Esq.