UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Y<span>IFAN</span> S<span>HEN</span>, et al.,

    *Plaintiffs*,

v.

    Case No. 4:23-cv-208-AW-MAF

W<span>ILTON</span> S<span>IMPSON</span>, in his official capacity as Florida Commissioner of Agriculture, et al.,

    *Defendants*.

_____/

## JOINT MOTION FOR EXTENSION OF DEADLINES

Plaintiffs and Defendants Wilton Simpson, Meredith Ivey, and Patricia Fitzgerald ("State Defendants") jointly move to extend the deadlines for (1) their joint status report and proposed litigation schedule and (2) the State Defendants' response to Plaintiffs' First Amended Complaint.

On December 3, 2025, the Court ordered that Plaintiffs and State Defendants submit a status report and proposed litigation schedule by December 17, 2025. *See* ECF No. 100. The Court further ordered that State Defendants respond to the complaint by December 24. *See id.*

Plaintiffs and State Defendants respectfully request that the Court extend the deadline for the status report and proposed schedule to December 30, 2025. Plaintiffs' counsel are still in the process of conferring with Plaintiffs about whether

and how they wish to proceed in this case, in light of the Eleventh Circuit's ruling on their appeal from this Court's denial of their motion for a preliminary injunction. These conversations with Plaintiffs will inform both the status report and proposed litigation schedule.

Plaintiffs and State Defendants further request that the Court extend the deadline for the State Defendants' response to the complaint to January 27, 2026. This would provide time for Plaintiffs and their Counsel to consider the possibility of amending the complaint, which would reset the time for a response by the State Defendants and obviate the need for the State Defendants to work on a response to the current complaint. Counsel for State Defendants carry a heavy caseload with upcoming obligations in litigation in federal and state courts, and the Office of the Solicitor General has limited staff and resources to meet those obligations. The upcoming holidays and related travel further affect Counsel's ability to effectively respond to the complaint and the several legal issues it raises.

Respectfully submitted this December 12, 2025,

JAMES UTHMEIER
  *Attorney General*

  */s/ Robert S. Schenck*
JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
  *Deputy Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
robert.schenck@*myfloridalegal.com*

*Counsel for the State Defendants*


*/s/ Ashley Gorski*
Ashley Gorski*
Patrick Toomey*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
agorski@aclu.org
ptoomey@aclu.org

Daniel B. Tilley (FBN 102882)
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2707
dtilley@aclufl.org

3

Nicholas L.V. Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Cody Wofsy*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org

Keliang (Clay) Zhu*
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
(925) 399-5856
czhu@dehengsv.com

Derek L. Shaffer*
Haiyan Tang*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com
haiyantang@quinnemanuel.com

Bethany Y. Li*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
bli@aaldef.org

4

Justin Sadowsky*
**CHINESE AMERICAN LEGAL DEFENSE ALLIANCE**
4250 N. Fairfax Drive #600
Arlington, VA 22203
(646) 785-9154
justins@caldausa.org

*Counsel for Plaintiffs*

**Admitted pro hac vice*

## CERTIFICATE OF WORD COUNT

Consistent with Local Rule 7.1(F), this motion contains 296 words.

*/s/ Ashley Gorski*
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on December 12, 2025, to all counsel of record.

*/s/ Ashley Gorski*
Counsel for Plaintiffs
