IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.                                                                       Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER CONFORMING PRELIMINARY INJUNCTION ORDER TO ELEVENTH CIRCUIT MANDATE

In reviewing the court's earlier order denying Plaintiffs' preliminary injunction motion, the Eleventh Circuit held the following:

> Because we conclude that the plaintiffs have not shown they have standing to challenge the purchase restriction, we reverse that part of the district court's order and remand for the district court to deny the preliminary injunction motion without prejudice as to the purchase restriction. As to the registration and affidavit requirements, we conclude that the district court did not abuse its discretion in denying the plaintiffs' preliminary injunction motion.

ECF No. 99 at 65. Now that the mandate has issued, ECF No. 101, this court modifies its earlier order (ECF No. 69) to deny the preliminary injunction motion without prejudice as to the purchase restriction based on Plaintiffs' failure to show standing to challenge that provision.

1

SO ORDERED on December 15, 2025.

s/ *Allen Winsor*  
Chief United States District Judge