IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.    Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR EXTENSION

The joint motion for extension (ECF No. 103) is GRANTED. The deadline to file the status report and proposed litigation schedule is extended to December 30. The State Defendants' deadline to respond to the complaint is extended to January 27, 2026.

SO ORDERED on December 15, 2025.

                                              s/ *Allen Winsor*
                                              Chief United States District Judge