IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YIFAN SHEN, et al.,

    Plaintiffs,

v.                                        Case No. 4:23-cv-208-AW-MAF

WILTON SIMPSON, in his official
capacity as Florida Commissioner
of Agriculture, et al.,

    Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT STATE ATTORNEYS

Pursuant to Local Rule 11.1(H), Arthur I. Jacobs moves to withdraw as counsel of record for Defendants, GINGER BOWDEN MADDEN, in her official capacity as State Attorney for the First Judicial Circuit of Florida; JACK CAMPBELL, in his official capacity as State Attorney for the Second Judicial Circuit of Florida; JOHN DURRETT, in his official capacity as State Attorney for the Third Judicial Circuit of Florida; MELISSA W. NELSON, in her official capacity as State Attorney for the Fourth Judicial Circuit of Florida; BILL GLADSON, in his official capacity as State Attorney for the Fifth Judicial Circuit of Florida; BRUCE BARTLETT, in his official capacity as State Attorney for the Sixth Judicial Circuit of Florida; R.J. LARIZZA, in his official capacity as State

Attorney for the Seventh Judicial Circuit of Florida; BRIAN KRAMER, in his official capacity as State Attorney for the Eighth Judicial Circuit of Florida; MONIQUE WORRELL, in her official capacity as State Attorney for the Ninth Judicial Circuit of Florida; BRIAN HAAS, in his official capacity as State Attorney for the Tenth Judicial Circuit of Florida; KATHERINE FERNANDEZ RUNDLE, in her official capacity as State Attorney for the Eleventh Judicial Circuit of Florida; ED BRODSKY, in his official capacity as State Attorney for the Twelfth Judicial Circuit of Florida; SUSAN LOPEZ, in her official capacity as State Attorney for the Thirteenth Judicial Circuit of Florida; LARRY BASFORD, in his official capacity as State Attorney for the Fourteenth Judicial Circuit of Florida; ALEXCIA COX, in her official capacity as State Attorney for the Fifteenth Judicial Circuit of Florida; DENNIS W. WARD, in his official capacity as State Attorney for the Sixteenth Judicial Circuit of Florida; HAROLD F. PRYOR, in his official capacity as State Attorney for the Seventeenth Judicial Circuit of Florida; WILL SCHEINER, in his official capacity as State Attorney for the Eighteenth Judicial Circuit of Florida; THOMAS BAKKEDAHL, in his official capacity as State Attorney for the Nineteenth Judicial Circuit of Florida; and AMIRA D. FOX, in her official capacity as State Attorney for the Twentieth Judicial Circuit of Florida, (the "State Attorneys"), and as grounds therefore states the following:

1. The undersigned attorney, Arthur I. Jacobs, is no longer assigned as counsel of record for the State Attorneys in this case.

2. The Wyler Law Firm, and Douglas A. Wyler, will continue to represent the State Attorneys in this action.

3. Accordingly, the undersigned attorney's withdrawal from this case should not cause any prejudice or delay.

4. Moreover, the undersigned attorney is authorized to represent that the Defendant State Attorneys consent to the withdrawal and that Plaintiffs do not oppose this motion.

WHEREFORE, the undersigned attorney hereby respectfully requests that this Honorable Court grant the instant Motion to Withdraw as Counsel, thereby discharging him from any further responsibility herein as to the Defendant State Attorneys and removing him from service of future filings.

Respectfully submitted this 15th day of December, 2025.

**THE LAW OFFICES OF**
**JACOBS & ASSOCIATES, P.A.**

*/s/ Arthur I. Jacobs*
Arthur I. Jacobs, Esq.
Fla. Bar No. 108249
961687 Gateway Blvd, Ste 201-I
Fernandina Beach, FL 32034
(904) 261-3693
(904) 261-7879 Fax
filings@jswflorida.com
buddy@jswflorida.com

taran@jswflorida.com

## LOCAL RULE 11.1(H)(1)(b)

I CERTIFY that my clients consent to my withdrawal as counsel of record in this case.

*/s/ Arthur I. Jacobs*
Arthur I. Jacobs, Esq.

## LOCAL RULE 7.1(B)

I CERTIFY that I conferred with counsel for Plaintiffs, who indicated that Plaintiffs do not oppose this motion.

*/s/ Arthur I. Jacobs*
Arthur I. Jacobs, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2025, a copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF, which provides notice to all counsel of record.

*/s/ Arthur I. Jacobs*
Arthur I. Jacobs, Esq.