IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.                                          Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION TO WITHDRAW

Arthur I. Jacobs's motion for leave to withdraw (ECF No. 106) is GRANTED. Attorney Jacobs is relieved of further responsibility in this case. The clerk will remove him from the CM/ECF distribution list.

SO ORDERED on December 16, 2025.

                                                s/ *Allen Winsor*
                                                Chief United States District Judge