UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Y<small>IFAN</small> S<small>HEN</small>, et al.,

    *Plaintiffs*,

v.

W<small>ILTON</small> S<small>IMPSON</small>, in his official capacity as Florida Commissioner of Agriculture, et al.,

    *Defendants*.

_____/

Case No. 4:23-cv-208-AW-MAF

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss all claims in the above-captioned action without prejudice against all Defendants.

Dated: December 30, 2025

    /s/ *Ashley Gorski*
    Ashley Gorski*
    Patrick Toomey*
    **AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
    125 Broad Street, 18th Floor
    New York, NY 10004
    (212) 549-2500
    agorski@aclu.org
    ptoomey@aclu.org

Cody Wofsy*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
cwofsy@aclu.org

Daniel B. Tilley (FBN 102882)
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2707
dtilley@aclufl.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Keliang (Clay) Zhu*
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
(925) 399-5856
czhu@dehengsv.com

Derek L. Shaffer*
Haiyan Tang*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com
haiyantang@quinnemanuel.com

Bethany Y. Li*
**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
bli@aaldef.org

Justin Sadowsky*
**CHINESE AMERICAN LEGAL DEFENSE ALLIANCE**
4250 N. Fairfax Drive #600
Arlington, VA 22203
(646) 785-9154
justins@caldausa.org

*Counsel for Plaintiffs*

*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on December 30, 2025, to all counsel of record.

*/s/ Ashley Gorski*
Counsel for Plaintiffs
