IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**YIFAN SHEN, ZHIMING XU, et al.,**

    **Plaintiffs,**

v.                                                     Case No. 4:23-cv-208-AW-MAF

**WILTON SIMPSON, in his official capacity as Florida Commissioner of Agriculture, MEREDITH IVEY, in her official capacity as Acting Florida Secretary of Economic Opportunity, et al.,**

    **Defendants.**

_____/

## ORDER CLOSING THE FILE

Plaintiffs have filed a notice of voluntary dismissal without prejudice. ECF No. 108. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) ("It is well established that Rule 41(a)(1)(i) grants a plaintiff an unconditional right to dismiss his complaint by notice and without an order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment."). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on December 31, 2025.

                                                  s/ *Allen Winsor*_____
                                                  Chief United States District Judge